Eugene P. Ramirez (State Bar No. 134865)
  epr@manningllp.com
Tony M. Sain (State Bar No. 251626)
  tms@manningllp.com
Garros Chan (State Bar No. 320561)
  gxc@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, COUNTY OF RIVERSIDE, RIVERSIDE SHERIFF'S DEPARTMENT, and SHERIFF-CORONER CHAD BIANO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRACY ALVES, Individually and as Successor in Interest for KEVIN R. NIEDZIALEK, deceased,<br><br>Plaintiff,<br><br>v.<br><br>RIVERSIDE COUNTY, RIVERSIDE SHERIFF'S DEPARTMENT, SHERIFF-CORONER CHAD BIANCO and DOES 1-10,<br><br>Defendant. | Case No. 5:19-CV-02083-JGB (SHKx)<br><br>*[The Hon. Jesus G. Bernal, Magistrate, Shashi H. Kewalramani]*<br><br>**ANSWER OF DEFENDANT TO PLAINTIFFS' COMPLAINT; DEMAND FOR JURY TRIAL**<br><br>Complaint Filed: 11/26/2019<br>Trial Date: Not Yet Set |

Defendants RIVERSIDE COUNTY ("County"), RIVERSIDE SHERIFF'S DEPARTMENT, and SHERIFF-CORONER CHAD BIANO ("Defendants") hereby Answer plaintiff's Complaint on file herein (filed November 26, 2019 and herein after as "Complaint") and defendants hereby admit, deny, and allege as follows:

1. Answering paragraph 1 of the Complaint, under the header "Jurisdiction": Defendants admit that claims arising from events that occurred in

Temecula, California may be brought before the venue of this federal court, including the federal law claims brought by plaintiff on behalf of plaintiff's decedent. As to the remaining allegations of this paragraph, at present, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

2. Answering paragraph 2 of the Complaint, under the header "Parties": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

3. Answering paragraph 3 of the Complaint, under the header "Parties": Defendants admit that defendants County's principal place of business is in the COUNTY OF RIVERSIDE, and that the County is a public entity organized under the laws of the State of California. As to the remaining allegations in this paragraph, at present, defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

4. Answering paragraph 4 of the Complaint, under the header "Parties": defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

5. Answering paragraph 5 of the Complaint, under the header "Parties": defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as

stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

6. Answering paragraph 6 of the Complaint, under the header "Parties": defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

7. Answering paragraph 7 of the Complaint, under the header "Parties": defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

8. Answering paragraph 8 of the Complaint, under the header "Parties": defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

9. Answering paragraph 9 of the Complaint, under the header "Exhaustion of Administrative Remedies": Defendants deny all of the allegations in this paragraph.

10. Answering paragraph 10 of the Complaint, under the header "Facts": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on

those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

11. Answering paragraph 11 of the Complaint, under the header "Facts": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

12. Answering paragraph 12 of the Complaint, under the header "Facts": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

13. Answering paragraph 13 of the Complaint, under the header "Facts": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing

14. Answering paragraph 14 of the Complaint, under the header "Facts": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

15. Answering paragraph 15 of the Complaint, under the header "Policy and Practice Allegations": Defendants deny all of the allegations in this paragraph,

as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

16. Answering paragraph 16 of the Complaint, under the header "Policy and Practice Allegations": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

17. Answering paragraph 17 of the Complaint, under the header "Policy and Practice Allegations": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

18. Answering paragraph 18 of the Complaint, under the header "Damages": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

19. Answering paragraph 19 of the Complaint, under the header "Damages": Defendants deny all of the allegations in this paragraph, as phrased.

Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

20. Answering paragraph 20 of the Complaint, under the header "Damages": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

21. Answering paragraph 21 of the Complaint, under the header "Damages": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

22. Answering paragraph 22 of the Complaint, under the header "First Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, and on those grounds, deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

23. Answering paragraph 23 of the Complaint, under the header "First Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within

such paragraph, and on those grounds, deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

24. Answering paragraph 24 of the Complaint, under the header "First Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, and on those grounds, deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

25. Answering paragraph 25 of the Complaint, under the header "First Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, and on those grounds, deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

26. Answering paragraph 26 of the Complaint, under the header "First Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, and on those grounds, deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

27. Answering paragraph 27 of the Complaint, under the header "First Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, and on those grounds, deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

28. Answering paragraph 28 of the Complaint, under the header "First

Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, and on those grounds, deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

29. Answering paragraph 29 of the Complaint, under the header "First Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, and on those grounds, deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

30. Answering paragraph 30 of the Complaint, under the header "First Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, and on those grounds, deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

31. Answering paragraph 31 of the Complaint, under the header "Second Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, and on those grounds, deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

32. Answering paragraph 32 of the Complaint, under the header "Second Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, and on those grounds, deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all

1 liability and/or wrongdoing.

2 33. Answering paragraph 33 of the Complaint, under the header "Second Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, and on those grounds, deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

34. Answering paragraph 34 of the Complaint, under the header "Second Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, and on those grounds, deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

35. Answering paragraph 35 of the Complaint, under the header "Third Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, and on those grounds, deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

36. Answering paragraph 36 of the Complaint, under the header "Third Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, and on those grounds, deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

37. Answering paragraph 37 of the Complaint, under the header "Fourth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within

1  such paragraph, and on those grounds, deny generally and specifically each and
2  every of the remaining allegations contained therein – and Defendants deny all
3  liability and/or wrongdoing.

4        38.    Answering paragraph 38 of the Complaint, under the header "Fourth
5  Cause of Action": Defendants do not have sufficient knowledge, or information or
6  belief, to enable defendants to answer the remaining allegations contained within
7  such paragraph, and on those grounds, deny generally and specifically each and
8  every of the remaining allegations contained therein – and Defendants deny all
9  liability and/or wrongdoing.

10        39.    Answering paragraph 39 of the Complaint, under the header "Fourth
11  Cause of Action": Defendants do not have sufficient knowledge, or information or
12  belief, to enable defendants to answer the remaining allegations contained within
13  such paragraph, and on those grounds, deny generally and specifically each and
14  every of the remaining allegations contained therein – and Defendants deny all
15  liability and/or wrongdoing.

16        40.    Answering paragraph 40 of the Complaint, under the header "Fifth
17  Cause of Action": Defendants do not have sufficient knowledge, or information or
18  belief, to enable defendants to answer the remaining allegations contained within
19  such paragraph, and on those grounds, deny generally and specifically each and
20  every of the remaining allegations contained therein – and Defendants deny all
21  liability and/or wrongdoing.

22        41.    Answering paragraph 41 of the Complaint, under the header "Fifth
23  Cause of Action": Defendants do not have sufficient knowledge, or information or
24  belief, to enable defendants to answer the remaining allegations contained within
25  such paragraph, and on those grounds, deny generally and specifically each and
26  every of the remaining allegations contained therein – and Defendants deny all
27  liability and/or wrongdoing.

28        42.    Answering paragraph 42 of the Complaint, under the header "Fifth

Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, and on those grounds, deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

## AFFIRMATIVE DEFENSES

43. As separate and affirmative defenses, defendants allege as follows[1]:

### FIRST AFFIRMATIVE DEFENSE
### (Statute of Limitations)

44. Plaintiffs' Complaint fails to state a claim upon which relief can be granted.

45. Plaintiffs' Complaint also fails to state a claim against any defendant in this action.

46. Plaintiffs' and/or decedent's claims are time-barred by the operative statute(s) of limitations (including, but not limited to, California Code of Civil Procedure § 335.1).

### SECOND AFFIRMATIVE DEFENSE
### (Tort Claims Act Violation)

47. This action is barred by the Plaintiffs' failure to comply with the government tort claims presentation requirements, California Government Code § 900, *et seq.*, including but not limited to §§ 900, 900.4, 901, 905, 905.2, 910, 911, 911.2, 911.4, 945.4, 945.6, 946.6, 950.2, and 950.6, to the extent applicable.

48. The Complaint is barred based on plaintiffs' failure to exhaust administrative remedies prior to filing this lawsuit.

---

[1] For purposes of the affirmative defenses, affirmative defenses that reference "plaintiffs" shall also be construed to apply, wherever feasible, to plaintiffs' decedent.

49. Plaintiffs' recovery is barred for failure to timely comply with the provisions of the claims statutes, including, but not limited to California Government Code §§ 901, 905, 905.2, 911.2, 945.4, 945.6, 950.2.

50. Plaintiffs' recovery is barred because the causes of action stated in the complaint do not correspond with the legal claims asserted in plaintiffs' written claim. The Complaint thereby alleges legal bases for recovery which are not fairly reflected in the written claim.

### THIRD AFFIRMATIVE DEFENSE
### (Waiver, Estoppel, Unclean Hands)

51. Defendants allege that plaintiffs' action is barred by reason of conduct, actions and inactions of plaintiffs which amount to and constitute a waiver of any right plaintiffs may or might have had in reference to the matters and things alleged in the Complaint, or that otherwise estop plaintiffs from recovery in this action, including but not limited to the doctrine of unclean hands.

### FOURTH AFFIRMATIVE DEFENSE
### (Failure to Mitigate Damages)

52. Plaintiffs' claims are barred or limited to the extent plaintiffs failed to mitigate plaintiffs' injuries or damages, if there were any. Plaintiffs have failed to mitigate the damages, if any, which plaintiffs have sustained, and to exercise reasonable care to avoid the consequences of harms, if any, in that, among other things, plaintiffs have failed to use reasonable diligence in caring for any injuries, failed to use reasonable means to prevent aggravation of any injuries and failed to take reasonable precautions to reduce any injuries and damages.

### FIFTH AFFIRMATIVE DEFENSE
### (Contributory and/or Comparative Liability)

53. Plaintiffs' claims are barred or limited by plaintiffs' and/or decedent's contributory/comparative negligence or other conduct, acts, or omissions, and to the extent any plaintiffs suffered any injury or damages, it was the result of plaintiffs'

and/or decedent's own negligent or deliberate actions or omissions.

54. Plaintiffs' recovery is barred because any injury or damage suffered by plaintiffs' decedent and/or to plaintiffs was caused solely by reason of the plaintiffs' decedent's wrongful acts and conduct and the willful resistance to a peace officer in the discharge their duties. The conduct set forth in the Complaint, if and to the extent it occurred, was privileged and justified and done with a good faith belief that it was correct and no action may be taken against the answering defendants on account of such conduct.

## SIXTH AFFIRMATIVE DEFENSE

### (Public Entity/Employee Immunity for Others' Torts)

55. Plaintiffs' recovery is barred because public entities and employees are immune from liability for any injury caused by the act or omission of another person. Gov. Code §§ 815 *et seq.*, 820.2 *et seq.*

56. The answering defendants are informed and believe and thereon allege that if plaintiffs sustained any injury or damages, such injury or damages were solely caused or contributed to by the wrongful conduct of other defendants and/or entities or persons other than the answering defendant. To the extent that plaintiffs' damages were so caused, any recovery by plaintiffs as against the answering defendant should be subject to proportionately comparative equitable indemnity/contribution from such third parties.

## SEVENTH AFFIRMATIVE DEFENSE

### (Public Entity/Employee Immunity for Discretionary Acts)

57. There is no liability for any injury or damages, if any there were, resulting from an exercise of discretion vested in a public employee, whether or not such discretion be abused. Gov. Code § 815.2, 820.2, 820.4, 820.8, 820 *et seq*.

58. Plaintiffs' recovery is barred because public entities and employees are immune from liability for discharging their mandatory duties with reasonable diligence.

59. A public employee may not be held liable for injuries or damages, if any, caused by failure to adopt or by adoption of an enactment or by failure to enforce an enactment and/or law, for an injury caused by his issuance, denial, suspension or revocation or by his failure or refusal to issue, deny, suspend or revoke, any permit, license, certificate, approval, order, or similar authorization, where he is authorized by enactment to determine whether or not such authorization should be issued, denied, suspended or revoked, pursuant to Government Code §§ 818.2, 818.4, 818.8, 821 and 821.2.  Based thereon, each of the answering defendants are immune from liability for any injuries claimed by plaintiffs, herein.

60. This/these defendant(s) are immune for any detriment resulting from any of its actions or omissions at the time of the incident of which plaintiff complains pursuant to Government Code § 810 *et seq.*, 815 *et seq.*, 820 *et seq.*, and 845 *et seq.*, including, but not limited to, §§ 810, 810.2, 810.4, 810.6, 810.8, 811, 811.2, 811.4, 811.6, 811.8, 820.6, 820.8, 821, 821.2, 821.4, 821.6, 821.8, 822.2, 830.5, 830.6, 835.4, 844.6, and Government Code §§ 854, *et seq.*, including, but not limited to, §§ 845.6, 854.6, 854.8(a)(2), and §§ 855.4, 855.6, 855.8 and 856.4.

## EIGHTH AFFIRMATIVE DEFENSE
### (Public Entity Immunity)

61. To the extent that the Complaint attempts to predicate liability upon any public entity defendants or any employees thereof for purported negligence in retention, hiring, employment, training, or supervision of any public employee, such liability is barred by Government Code sections 815.2 and 820.2 and *Herndon v. County of Marin* (1972) 25 Cal. App. 3d 933, 935, 936, *rev'd on other grounds by Sullivan v. County of Los Angeles* (1974) 12 Cal.3d 710; and by the lack of any duty running to any plaintiffs; by the fact that any such purported act or omission is governed exclusively by statute and is outside the purview of any public employees' authority; and by the failure of any such acts or omissions to be the proximate or legal cause of any injury alleged in the Complaint.  *See de Villers v. County of San*

*Diego*, 156 Cal.App.4th 238, 251-253, 255-256 (2007).

62.  These defendants may not be held liable on a *respondeat superior* theory for any negligent or wrongful act or omission on the part of any subordinate. Cal. Government Code §§ 844.6, 845.6; Cal. Civil Code § 2351; *Malloy v. Fong* (1951) 37 Cal.2d 356, 378-379; *Monell v. Department of Social Services of the City of New York* (1978) 436 U.S. 658; *Larez v. City of Los Angeles* (9th Cir. 1991) 946 F.2d 630, 645-646; *cf. City of Canton v. Harris*, 489 U.S. 378, 388-389 (1989); *City of Los Angeles v. Heller*, 475 U.S. 796 (1986).

## NINTH AFFIRMATIVE DEFENSE
### (Qualified Immunity & Good Faith Immunity)

63.  Defendants and their agents or officers at all times relevant to this action acted reasonably and prudently under the circumstances. Defendants therefore assert the individual defendants' Qualified Immunity from liability to the fullest extent applicable.

64.  Defendant(s) is/are immune from liability under the Federal Civil Rights Act because they acted in good faith with an honest and reasonable belief that their actions were necessary and appropriate. Defendant(s) is/are immune from liability under the Federal Civil Rights Act because a reasonable police officer could believe that their acts and conduct were appropriate. Defendant(s) is/are immune from liability under the Federal Civil Rights Act because their conduct did not violate clearly established rights. Defendant(s) is/are also immune from liability under the doctrine of Qualified Immunity.

65.  At all relevant times, defendants acted within the scope of discretion, with due care, and good faith fulfillment of responsibilities pursuant to applicable statutes, rules and regulation, within the bounds of reason, and with the good faith belief that their actions comported with all applicable federal and state laws. *Harlow v. Fitzgerald* (1982) 457 U.S. 800; Cal Gov. Code §§ 815.2 and 820.2.

## TENTH AFFIRMATIVE DEFENSE

**(Assumption of Risk)**

66. At the time and place referred to in the Complaint for Damages, and before such event, plaintiffs' decedent knew, appreciated, and understood each and every risk involved in placing himself in the position which plaintiff then assumed, and willingly, knowingly and voluntarily assumed each of such risks, including, but not limited to, the risk of suffering personal bodily injury, lawful deprivation of right(s), or death.

## JURY DEMAND

67. Defendants demands a trial by jury as to each issue triable by jury.

## PRAYER FOR RELIEF

WHEREFORE, the answering Defendant(s) pray as follows:

1. That Plaintiff takes nothing by this action;
2. That Defendants be awarded attorneys' fees and costs of this suit and costs of proof; and
3. That Defendants be awarded such other relief as the Court deems just.

DATED: December 17, 2019    **MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By:    /S/ Eugene P. Ramirez
Eugene P. Ramirez
Tony M. Sain
Garros Chan
Attorneys for Defendants, COUNTY OF RIVERSIDE, RIVERSIDE SHERIFF'S DEPARTMENT, and SHERIFF-CORONER CHAD BIANO