UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **5:19-cv-02083-JGB-SHKx**                                     Date: April 1, 2021

Title     **_Tracy Alves v. County of Riverside, et al_**

Present: The Honorable:  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Microsoft Teams |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Thomas Kennedy Helm | Garros Chan |

**Proceedings:**   **INFORMAL DISCOVERY DISPUTE**

At the request of the parties, the Court held a deposition discovery dispute conference. Attorney Thomas Kennedy Helm appeared on behalf of Plaintiff. Attorney Garros Chan appeared on behalf of Defendants. Following discussion between the Court and counsel, the parties are to continue discussing possible arrangements to allow the depositions of Plaintiff's experts to be taken in person and the Court scheduled a follow-up conference for **Tuesday, April 6, 2021 at 9 a.m.** to resolve any remaining conflicts via Teams. The Court will send the parties an invite to this hearing. If the parties reach a resolution, they are to notify the Court as soon as practicable.

**IT IS SO ORDERED.**

:33

**Initials of Preparer**   SHK