# EXHIBIT 11

## DAILY DISPATCH REGISTER OF ACTIONS

```
INCIDENT NUMBER: TE-192100105  PRI: 2  NOI: 5150        UNIT/OFFICER:2TE61 /3910
LOCATION:  42200 MORAGA RD, TEM ( X MARGARITA APT 27E)

ENTERED:     07-29-2019 14:12:34  BY: N6840    AT: 058
DISPATCHED: 07-29-2019 14:14:17  BY: N6680    AT: 005
ARRIVED:    07-29-2019 14:28:38  BY: 3910     AT: 998
CLOSED:     07-29-2019 20:08:48  BY: 3910     AT: 998    CLOSED EDP: 25M3N
RP NAME: JARED SWINDELL                  ADDR:
RP PHONE: 9518409496                911 TIME: 07-29-2019 14:12:34
CLOSE AGCY: TE REPORTING DISTRICT:  910H   DR: TE-192100105


TIME      OPER   ACTION    TEXT
--------  ------ --------  -----------------------------------------------------
07-29-2019
14:12:34  058              UPLC: $SAGE CANYON APARTMENTS'TEME; /NEA
                           R: TB 958 J5 AND 41901 MARGARITA RD'TEM
14:12:34  058              E/ WILL BE APT BELOW LOC/RP HEARS SCREAM
                           ING INSIDE/ RP HAS VIS OF
14:14:05  058    TEXTF     MALE POUNDING ON THE DOOR TO TRY TO GET
                           INSIDE/ RP BELIEVES POSS PYCHIATRIC MEL
14:14:05  058    TEXTF     TDOWN REF UNABLE TO UNDERSTAND WHAT IS B
                           EING SAID
14:14:17  005    DISP      2TE61-R
14:15:08  058    TEXTF     RP HAS SEEN 3 WMA AND 1 WFA 97 RESD IN P
                           AST/ NEG JUVS SEEN
14:15:37  058    TEXTF     UNK HBD CD N/ NEG WPNS SEEN
14:18:18  998    MDTACK    2TE61
14:18:18  998    MDTACK    2TE61
14:18:19  998    MDTACK    2TE61
14:18:19  998    MDTACK    2TE61
14:28:38  998    ARRIVE    2TE61
14:30:15  247    TEXTF     RP'S WIFE ALSO CALLING ADV SUBJ IS WMA 3
                           0-40YRS 602 WEARING BLUE PAJAMA PANTS N
14:30:15  247    TEXTF     O SHIRT
14:30:49  247    TEXTF     HE WAS LAST SEEN DOWNSTAIRS RUNNING BETW
                           EEN RP'S APT AND THE LAUNDRYROOM
14:30:58  247    TEXTF     WAS BLEEDING FROM HEAD
14:31:08  004    DISP      2TE65
14:31:14  998    MDTACK    2TE65
14:31:40  247    TEXTF     THEY COULD STILL HEAR HIM YELLING FROM S
                           AME GENERAL AREA
14:31:51  243    TEXTF     ADDTL RP ERIC MORALES 619-213-0556 APT 2
                           2D ADV'G WMA 20-30YR NO SHIRT UNK PANTS
14:31:51  243    TEXTF      BLEEDING FROM THE HEAD ON RP'S PORCH //
                           NEG WPNS SEEN // UNK HBD CDN
14:31:51  004    REMARK    2TE61 :LOC'D OPEN DOOR W/ BLOOD ON THE F
```

## DAILY DISPATCH REGISTER OF ACTIONS

```
                       LOOR
14:31:59 243   TEXTF   SUBJ TOLD RP HE HAD BEEN 242'D BY POLICE
14:33:42 998   ARRIVE  2TE65
14:34:05 004   CONTCT  2TE61; IN 03 MINS
14:35:16 004   ARRIVE  2TE61; AT 42200 MORAGA APT 22D
14:35:22 004   ARRIVE  2TE65; AT 42200 MORAGA APT 22D
14:35:58 004   REMARK  2TE61 :ONE TAZED // ROLL IN MEDICAL
14:36:05 004   REMARK  TE135 CPD
14:37:34 004   BACKUP  2TE61 TE135
14:37:50 998   BACKUP  2TE61 K931
14:37:52 998   MDTACK  K931
14:38:08 004   REMARK  2TE61 :MEDIAL ENRT
14:38:44 007   TEXTF   RCF ADV'D TO ROLL IN
14:39:09 004   BCKAR   2TE61 2TE64
14:39:35 004   RELOCE  TE135
14:40:17 004   ARRIVE  2TE64; AT 42200 MORAGA APT 27A
14:40:25 004   REMARK  2TE64 :MINIMUM REF INTERIOR SEARCH
14:40:32 998   MDTACK  TE135
14:40:39 004   CONTCT  2TE61 2TE65; IN 05 MINS
14:42:23 004   CONTCT  2TE64; TIMER OFF; 1034
14:45:00 004   REMARK  2TE61 :RCF GIVING CPR
14:45:31 004   REMARK  2TE61 :TE135 CPD
14:46:05 004   CONTCT  2TE61 2TE65; TIMER OFF
14:51:40 004   REMARK  2TE61 :RCF STILL WORKING ON SUBJ / TE135
                       CPD
14:53:28 004   ARRIVE  TE135
14:54:02 998   BACKUP  2TE61 5TE428
14:54:03 998   MDTACK  5TE428
14:58:24 004   REMARK  TE135 :SUBJ BEING TRANS TO INLAND VALLEY
14:58:25 998   ARRIVE  K931
14:58:30 998   CONTCT  K931; TIMER OFF
14:58:40 004   CONTCT  TE135; TIMER OFF
14:59:54 998   ARRIVE  5TE428
15:05:20 004   CONTCT  5TE428; TIMER OFF
15:10:55 998   BACKUP  2TE61 2TE67
15:10:58 998   MDTACK  2TE67
15:11:26 998   RELOCE  5TE428; TO INLAND VALEY MED CNTR ER
15:20:12 998   ARRIVE  2TE67
15:28:43 005   CONTCT  2TE67; TIMER OFF
15:29:52 998   ARRIVE  5TE428
15:35:13 005   ARRIVE  5TE428; TIMER OFF
15:50:27 005   DISPAR  TE116
15:56:20 005   CONTCT  TE116; TIMER OFF
16:13:05 005   DISP    K931-R; ASSIGNED TO #TE19210120
16:18:05 006   REMARK  TE135 :ID ENRT REF PHOTOS
16:46:18 005   DISP    5ID18
```