# EXHIBIT A

CURRICULUM VITAE

**MICHAEL D. FREEMAN**

February 2021

**ADDRESS**
4500 Kruse Way, Plaza I, Suite 385
Lake Oswego, Oregon 97035
Tel 971-255-1008 Fax 971-255-1046
e-mail:  forensictrauma@gmail.com
          m.freeman@maastrichtuniversity.nl

**EDUCATION**
*Doctor of Medicine* (MedDr)
Faculty of Medicine, Umeå University, Umeå, Sweden

*Doctor of Philosophy* (PhD) Public Health/ Epidemiology
Oregon State University, Corvallis, Oregon

*Master of Science in Forensic Medical Science* (MScFMS)
Academy of Forensic Medical Sciences, London, England
University of Verona, Verona, Italy

*Master of Public Health* (MPH), Epidemiology/ Biostatistics
Oregon State University, Corvallis, Oregon

*Doctor of Chiropractic* (DC)
University of Western States, Portland, Oregon

*Bachelor of Science* (BS) General Science
University of Oregon, Eugene, Oregon

**DIPLOMATE**
*Diploma of Legal Medicine* (DLM)
Faculty of Forensic and Legal Medicine, Royal College of Medicine
London, United Kingdom, 2019 to present

**FELLOWSHIPS**
*Fulbright Specialist Roster*
Bureau of Educational and Cultural Affairs and World Learning,
United States Department of State, 2017-2020 tenure

*Postdoctoral Fellowship*
Forensic Pathology
Section of Forensic Medicine, Department of Community Medicine and Rehabilitation,
Umeå University, Umeå, Sweden, 2014-2015

**ACADEMIC POSITIONS**
*Regular Faculty Appointments*
Associate Professor of Forensic Medicine – 2018 (permanent tenured appointment)
      Maastricht University Medical Centre+
      CAHPRI Research Institute for Public Health and Primary care
      Faculty of Health, Medicine, and Life Sciences
      Maastricht, The Netherlands
Associate Professor of Forensic Medicine – 2015 to 2018
      CAPHRI School for Public Health and Primary Care
      Maastricht University Medical Center+
      Maastricht, The Netherlands

*Clinical and Affiliate Appointments*
Joint Clinical Professor, Psychiatry and Public Health & Preventive Medicine – 2016 to present
      Department of Psychiatry
      School of Medicine, Oregon Health & Science University
      Portland, Oregon
Affiliate Professor of Epidemiology – 2010 to 2015
      Department of Public Health and Preventive Medicine
      School of Medicine, Oregon Health & Science University
      Portland, Oregon
Affiliate Professor of Psychiatry – 2011 to present
      Department of Psychiatry
      School of Medicine, Oregon Health & Science University
      Portland, Oregon
Clinical/Affiliate Associate Professor – 2005-10
      Department of Public Health and Preventive Medicine
      School of Medicine, Oregon Health & Science University
      Portland, Oregon
Clinical Assistant Professor – 1997-2005
      Department of Public Health and Preventive Medicine
      School of Medicine, Oregon Health & Science University
      Portland, Oregon

*Visiting Professorships*
Visiting Professor of Medical Science – August 2020-April 2021
      Faculty of Medicine, University of Indonesia
      Jakarta, Indonesia

*Adjunct Appointments*
Adjunct Professor of Forensic Epidemiology and Traumatology – 2012-17
      Department of Forensic Medicine
      Faculty of Health Sciences, Aarhus University
      Aarhus, Denmark
Adjunct/Honorary Associate Professor of Epidemiology and Traumatology – 2012-17
      Department of Forensic Medicine
      Faculty of Health Sciences, Aarhus University
      Aarhus, Denmark
Adjunct Associate Professor of Forensic Medicine and Epidemiology – 2005-12
      Institute of Forensic Medicine
      Faculty of Health Sciences, Aarhus University
      Aarhus, Denmark
Adjunct Professor – 2015-16.
      University of Western States
      Portland, Oregon

**EDITORIAL ACTIVITIES**

Lead Guest Editor, Special Issue on Forensic Epidemiology:
> *International Journal of Environmental Research and Public Health,* 2020

Co-Editor in Chief:
> *Journal of Whiplash-Related Disorders* 1999-2006

Associate Editor:
> *BMC Musculoskeletal Disorders,* 2019-present
> *The Spine Journal* 2007-present
> *PM&R,* official scientific journal of the American Academy of Physical Medicine and Rehabilitation, 2008-present
> *Scandinavian Journal of Forensic Medicine,* 2012-present
> *J of Forensic Biomechanics*, 2010-present
> *OA Epidemiology,* 2014

Editorial Board Member:
> *International Journal of Environmental Research and Public Health,* 2019 to present
> *Forensic Science International Reports,* 2019 to present
> *Orthopedics,* 2019 to present
> > Top 10 Reviewer 2019, *Orthopedics*
> *The Spine Journal,* 2004 to present
> *International Research Journal of Medicine and Medical Sciences,* 2015
> *Egyptian Journal of Forensic Sciences,* 2010 to present
> *Journal of Case Reports in Practice* 2014 to present
> *Austin Journal of Public Health & Epidemiology* 2014-2016
> *Edorium Journal of Public Health,* 2014

Advisory Board Member:
> *Challenges* 2020-present

Editorial Committee Member:
> *Spineline* 2004-2009

Peer reviewer:
> *Journal of Vascular and Interventional Radiology*
> *BMC Musculoskeletal Disorders*
> *BMC Public Health*
> *BMC Research Notes*
> *Annals of Epidemiology* (outstanding reviewer status 2015)
> *Orthopedics*
> *Spine*
> *The Spine Journal*
> *Lancet*
> *Mayo Clinic Proceedings*
> *Annals of Biomechanical Engineering*
> *Journal of the American Board of Family Medicine*
> *Journal of Forensic and Legal Medicine*
> *Acta Neurologica Scandanavica*
> *Medical Science Monitor*
> *Pain Research & Management*
> *Journal of Back and Musculoskeletal Rehabilitation*
> *American Society for Testing and Materials (ASTM)*
> *Biosecurity & Bioterrorism*
> *Annals of Medical and Health Sciences Research*
> *Neurorehabilitation and Neural Repair*
> *International Research Journal of Medicine and Medical Sciences*
> *Jurimetrics*
> *Law, Probability, and Risk*
> *International Journal of Molecular Sciences*

*Journal of Rehabilitation Medicine*
*Arthritis*
*BMC Pediatrics*
*Journal of Back and Musculoskeletal Rehabilitation*
*Diagnostic and Interventional Radiology*
*Healthcare*
*Expert Review of Medical Devices*
*BMC Cancer*

**COURSES TAUGHT**
PHPM 574 Forensic & Trauma Epidemiology
>   Department of Public Health and Preventive Medicine
>   Oregon Health & Science University School of Medicine
>   Portland, Oregon 2006-2013

Principles of Forensic Medicine and Forensic Epidemiology
>   Forensic Psychiatry Fellowship
>   Department of Psychiatry
>   Oregon Health & Science University School of Medicine
>   Portland, Oregon – 2011 to present

PHPM 503 Thesis Advising
>   Department of Public Health and Preventive Medicine
>   Oregon Health & Science University School of Medicine
>   Portland, Oregon 2005-present

PHPM 507 Injury and Trauma Epidemiology
>   Department of Public Health and Preventive Medicine
>   Oregon Health & Science University School of Medicine
>   Portland, Oregon 1999 – 2005

Forensic Epidemiology and Bioterrorism
>   Charles County Department of Public Health
>   College of Southern Maryland, Waldorf, Maryland 2014


**ACTIVITIES and HONORS**
Chair, Research subcommittee, Faculty of Forensic and Legal Medicine, London, UK, 2021-present
Vice Chair, American Academy of Forensic Sciences Standards Board Medicolegal Death Investigation Consensus Body – 2016-present
Affiliate Member, Faculty of Forensic and Legal Medicine, Royal College of Physicians, London, UK.
Faculty, course designer and keynote speaker, "*When Science Meets Law: Forensic Epidemiology in Medicolegal Practice.*" Summer school course, Radboud Medical Center, Nijmegen, Netherlands, August 13-17, 2018.
Fulbright fellowship, US Department of State, *Forensic Epidemiology in Forensic Medicine*, March 2018, Maastricht, Netherlands.
Senatorial letter of commendation, Louisiana Senate (Sen. Jon Milkovich), January 25, 2017.
Keynote speaker, Gran Sesión de Epidemiología Forense. November 18, 2016 Universidad Libre, Seccional Cali, Colombia.
Member, American Academy of Forensic Sciences Standards Board Medicolegal Death Investigation Consensus Body – 2016 to present
Affiliate Medical Examiner, Allegheny County, Pennsylvania, 2014 to present
Member, Scientific Advisory Board, International Conference on Forensic Inference and Statistics. August 2014, Leiden, The Netherlands
Reviewer, National Aeronautical Space Administration (NASA) 2011
Past president, International Cellular Medicine Society, 2009 to 2012
Founding member, International Cellular Medicine Society, 2009
Member, Research Planning Committee, North American Spine Society 2007-2009
Member, Complementary Medicine Committee, North American Spine Society 2007-2009

Special Deputy Sheriff (Forensics), Vehicular Homicide Investigator, Clackamas County, Oregon, 2007-2009

Member, Crash Reconstruction and Forensic Technology (CRAFT) multidisciplinary law enforcement fatal crash investigation team, Clackamas County, Oregon, 2002-2013

Consultant Forensic Trauma Epidemiologist to the Medical Examiner Division of the Oregon Department of State Police – Occupant Kinematics, 1999-2006

Deputy Medical Examiner, Marion County, Oregon. 2000-2005

Moderator, Engineering sciences section, American Academy of Forensic Sciences 62nd Annual Meeting, Seattle, WA 2010

Co-Chair, International Whiplash Trauma Congress V, Lund, Sweden. 2011

Co-Chair, International Whiplash Trauma Congress IV, Miami, FL. October 2007.

Co-Chair, International Whiplash Trauma Congress III, Portland, OR. June 2006.

Co-Chair, International Whiplash Trauma Congress II, Breckenridge, CO. February 2005.

Co-Chair, International Whiplash Trauma Congress I, Denver, CO. October, 2003

Co-Chair, Forensic Section, International Traffic Medicine Association. Budapest, Hungary. September, 2003

Member, Blue Ribbon Panel Congressional Task Force on roller coaster-induced brain injury. Funded by a grant from the National Institute of Child Health and Human Development 2002-2003

President, Spinal Injury Foundation. Denver, CO 2002-2009

Member, Marion-Polk County C.R.A.S.H. Team - Occupant Kinematics Consultant 1999-2004

Scientific Chair, North American Whiplash Trauma Congress. Victoria, British Columbia 1999


**BOARD CERTIFICATION AND ORGANIZATIONS**

American Academy of Forensic Sciences, Pathology/ Biology section
        Fellow       (2016-present)
        Member     (2008-2016)

American College of Epidemiology
        Fellow       (2019-present)
        Member     (2007-2019)

Faculty of Forensic & Legal Medicine, Royal College of Physicians, Affiliate Member

ACTAR Accredited Crash Reconstructionist, Accreditation Commission for Traffic Accident Reconstruction, Accreditation #1581 (December 2005 through December 2024)

Crash Data Retrieval Technician I & II

Certification in basic and advanced crash reconstruction - Northwestern University

Diplomate, American Academy of Pain Management

Member, Fulbright Association

Member, American College of Epidemiology (2007-2019)

Member, Association for the Advancement of Automotive Medicine

Member, Sigma Xi Scientific Honor Society

Member, Society of Automotive Engineers

Past member, International Traffic Medicine Association

Fellow, International College of Chiropractic

Inactive member, North American Spine Society

Past member, Forensic Accident Reconstructionists of Oregon


**GRANTS**

2017-2020 Fulbright scholarship, Fulbright Specialist program, Bureau of Educational and Cultural Affairs and World Learning, United States Department of State.

2015 National Science Foundation Industry/University Cooperative Research Centers Program, NSF 13-594 Planning Grant: I/UCRC for Advanced Research in Forensic Science, National Center for Research on Forensic Epidemiology. Principal Investigator.

2011-2013 World Health Organization – research grant for Rwandan study of relationship between genocide and suicide and homicide victimization and offending. $50,000. Project No: AFRWA 1005685, Award No: 53975.

2010-2015 Centers for Disease Control (Administered by National University of Rwanda and OHSU) SPH/CDC $200,000 over 4 years.

2002-2003 National Institute of Child Health and Human Development – Blue Ribbon Task Force on Roller Coaster Associated Brain Injury. $75,000.

**DISSERTATION SUPERVISION/MENTORING**

Ellen Strömmer BA BS MPH – PhD candidate, CAPHRI School for Public Health and Primary Care, Maastricht University Medical Center (2018 to present)

David Brunarski MSc, DC - PhD candidate, CAPHRI School for Public Health and Primary Care, Maastricht University Medical Center (2019 to present)

Wendy Leith MS MPH – PhD candidate, CAPHRI School for Public Health and Primary Care, Maastricht University Medical Center (2018 to present)

Paul Nolet MPH, MSc, DC – PhD candidate, CAPHRI School for Public Health and Primary Care, Maastricht University Medical Center (2017 to present)

Huijie Wang B.Med., M.Med. – PhD candidate, CAPHRI School for Public Health and Primary Care, Maastricht University Medical Center (2017-2018)

Dritan Bijko MD MSc – PhD candidate, CAPHRI School for Public Health and Primary Care, Maastricht University Medical Center (2017)

Putri Dianita MD – PhD candidate, CAPHRI School for Public Health and  Primary  Care,  Maastricht University Medical Center (2015 to present)

Frank Franklin Ph.D., J.D. (2013), Earle Mack School of Law, Drexel University

Bonnie Colville-Ebeling MD – PhD candidate (2012-15) University of Copenhagen, Faculty of Health Sciences, Department of Forensic Medicine

Dimitrios Papadakis BSc, MRes, Dr.rer.nat. (2012-present) independent mentoring

Wendy Leith MS – MPH (2015) Department of Public Health & Preventive  Medicine,  Oregon  Health & Science University School of Medicine

Konrad Dobbertin – MPH (2011) Department of Public Health & Preventive Medicine, Oregon Health & Science University School of Medicine

Apostolo Alexandridis – MPH (2011) - Department of Public Health & Preventive Medicine, Oregon Health & Science University School of Medicine

Wilson Rubanzana MD – PhD (2016) National University of Rwanda, School of Public Health, Kigali, Rwanda

Catherine Maddux-Gonzalez – MPH (2009) – Department of Public Health & Preventive Medicine, Oregon Health & Science University School of Medicine

Laura Criddle MS, RN – PhD (2008) Oregon Health & Science University   School of Medicine, School of Nursing

Peter Harmer PhD – MPH (2006) Department of Public Health & Preventive Medicine, Oregon Health & Science University School of Medicine

**PUBLICATIONS**

**Peer-reviewed journal articles**

1.    Nolet PS, Nordhoff L Kristman KL, Croft AC, Zeegers MP, **Freeman MD.** Is acceleration a valid proxy for injury risk in minimal damage traffic crashes? A comparative review of volunteer, ADL and real-world studies. *Int J Environ Res Public Health* 2021 (in press).

2.    Dianita Ika Melia P, Zeeger MP, Herkutanto H, **Freeman MD**. Development of the INFERENCE (**IN**tegration of **F**orensic **E**pidemiology and the **R**igorous **E**valuatio**N** of

**C**ausation **E**lements) approach to causal inference in forensic medicine. *Int J Environ Res Public Health* 2020;17:8353; doi:10.3390/ijerph17228353.

3.  Strömmer EMF, Leith WM, Zeegers MP, **Freeman MD.** The role of restraint in fatal excited delirium: a research synthesis and analysis of the literature. *For Sci Med Path* 2020: doi.org/10.1007/s12024-020-00291-8.

4.  **Freeman MD.** Forensic epidemiologic analysis of the cause of an unexpected teen suicide following ingestion of mis-dispensed isosorbide mononitrate. *For Sci Int Rep* 2020: doi.org/10.1016/j.fsir.2020.100093

5.  Tønner G, **Freeman MD,** Rubenstein S. De waarde van chiropractie bij lagerugklachten. *Huisarts Wet* [Dutch Journal of General Practice Medicine] 2020:10.1007/s12445-020-0964-3.

6.  Dianita Ika Melia P, Herkutanto H, Atmadja DS, Cordner S, Eriksson A, Kubat B, Kumar A, Payne-James J, Rubanzana W, Uhrenholt L, **Freeman MD**, Zeeger MP. The PERFORM-P (Principles of Evidence-based Reporting in FORensic Medicine-Pathology version) Guideline. *Forensic Sci Int* (in press)

7.  Dianita Ika Melia P, **Freeman MD**, Herkutanto H, Zeeger MP. A review of causal inference in forensic medicine. *For Sci Med Path* 2020:doi.org/10.1007/s12024-020-00220-9.

8.  **Freeman MD**, Katz EA, Rosa SL, Gatterman BD, Strömmer EMF, Leith WM. Diagnostic accuracy of videofluoroscopy for symptomatic cervical spine injury following whiplash trauma. *Int J Environ Res Public Health* 2020;17:1693 ; doi:10.3390/ijerph17051693

9.  Centeno C, Cartier C, Stemper I, Dodson E, Azuike U, Williams C, Hyzy M, Silva O, Steinmetz N, **Freeman MD**. The treatment of bone marrow lesions associated with advanced knee osteoarthritis: comparing intra-osseous and intra-articular injections with bone marrow concentrate and platelet-rich plasma. *Pain Physician* (*in press*)

10. Nolet P, Emery P, Kristman E, Zeegers M, **Freeman MD**. Exposure to a motor vehicle collision and the risk of future back pain: a systematic review and meta-analysis. *Accid Analysis Prev* 2020:doi.org/10.1016/j.aap.2020.105546.

11. Uhrenholt L, Thomsen CK, Boel LWT, Hansen K, **Freeman MD**. The relationship between head and neck injuries and helmet use in fatal motorcycle and moped crashes. *Scand J For Sci* (*in press*)

12. **Freeman MD**, Leith WM. Estimating the number of traffic crash-related cervical spine injuries in the United States; an analysis and comparison of national crash and hospital data. *Accident Analysis and Prevention* 2020: doi:https://doi.org/10.1016/j.aap.2020.105571.

13. Nolet P, Emery P, Kristman E, Zeegers M. **Freeman MD**. Exposure to a motor vehicle collision and the risk of future neck pain: a systematic review and meta-analysis. *PM R* 2019 Apr 25. doi: 10.1002/pmrj.12173.

14. **Freeman MD.** Medicolegal investigation of *Vibrio parahaemolyticus*-related foodborne illness as the cause of Guillain-Barré Syndrome. *Forensic Science International: Reports* 2019:doi.org/10.1016/j.fsir.2019.100004.

15. **Freeman MD.** Concussion risk from helmeted sports; A reexamination of data and methods. *J Forensic Biomed* 2018;9:139. doi:10.4172/2090-2697.1000139.

16.     Centeno C, Markle J, Dodson E, Stemper I, Hyzy M, Williams C, Ichim T, **Freeman MD** Symptomatic anterior cruciate ligament tears treated with percutaneous injection of autologous bone marrow concentrate: a non-controlled registry study *J Translational Med* 2018;16:246 https://doi.org/10.1186/s12967-018-1623-3.

17.     Dianita Ika Melia P, **Freeman MD**, Herkutanto H, Zeeger MP. A review of the diversity in taxonomy, definitions, scope, and roles in forensic medicine: Implications for evidence-based practice. *For Sci Med Path* 2018;14(4):460-8.

18.     Rubanzana W, Hedt-Gauthier BL, Ntaganira J, **Freeman MD**. Exposure to genocide as a risk factor for homicide perpetration in Rwanda: A population-based case-control study. *J Interpers Violence* 2018;33(12):1855-70.

19.     Centeno C, Markle J, Dodson E, Stemper I, Hyzy M, Williams C, **Freeman MD**. A specific protocol of autologous bone marrow concentrate and platelet products versus exercise therapy for symptomatic knee osteoarthritis: a randomized controlled trial. *J Translational Med* 2018;16:355 https://doi.org/10.1186/s12967-018-1736-8.

20.     **Freeman MD,** Leith WM. The epidemiology of tire failure-related traffic crashes. SAE Technical Paper 2018-01-5031, 2018, doi:10.4271/2018-01-5031.

21.     **Freeman MD**. A practicable and systematic approach to medicolegal causation. *Orthopedics* 2018;41(2):70-2.

22.     Centeno C, Markle J, Dodson E, Stemper I, Hyzy M, Williams C, **Freeman MD.** The safety and efficacy of using lumbar epidural injection of platelet lysate for treatment of radicular pain. *J Exp Orthopaedics* 2017;4:38.

23.     Centeno C, Markle J, Dodson E, Stemper I, Williams C, Hyzy M, Ichim T, **Freeman MD.** Treatment of lumbar degenerative disc disease-associated radicular pain with culture-expanded autologous mesenchymal stem cells *J Translational Medicine* 2017;15:197.

24.     Williams KE. **Freeman MD**. The role of the medical examiner/ coroner system in creating a public database for surveillance and information sharing on drug overdose deaths. *Academic Forensic Pathology.* 2017;7(1):60-72.

25.     Leith W, Lambert W, Boenhlein J, **Freeman MD.** The association between gabapentin and suicidality in bipolar patients. *Int Clin Psychopharm* 2018 doi:10.1097/YIC.0000000000000 242.

26.     Centeno C, Markle J, Dodson E, Stemper I, Williams C, Hyzy M, **Freeman MD.** Symptomatic anterior cruciate ligament tears treated with percutaneous injection of autologous bone marrow concentrate: a non-controlled prospective registry study. *BMC Musculoskeletal Disorders* (in press).

27.     **Freeman MD,** Goodyear S, Leith W. Risk factors for neonatal brachial plexus injury; a multistate epidemiologic study of matched maternal and newborn discharge records. *Int J Gynecology & Obstetrics* 2017;136(3):331-336.

28.     **Freeman MD, Zeegers M.** Forensic Epidemiology: An evidence-based system for analyzing individual causation in a medicolegal setting. *Austin J Public Health Epidemiol* 3(3):2016. ISSN: 2381-9014

29.    Westergren H, Larson L, Carlsson A, Joud A, **Freeman MD,** Malmstrom E-M. Sex-based differences in chronic pain distribution in a cohort of patients with post-traumatic neck pain. *Disabil Rehabil* 2017 DOI: 10.1080/09638288.2017.1280543

30.    Nyström A, **Freeman MD.** Central sensitization is modulated following trigger point anesthetization in patients with chronic pain following whiplash trauma. A double-blind, placebo-controlled, cross-over study. *Pain Med* 2017;0:1-6.

31.    **Freeman MD**, Zeegers M. Principles and applications of forensic epidemiology in the medicolegal setting. *Law, Probability, & Risk* 2015; doi:10.1093/lpr/mgv010.

32.    Centeno CJ, Al-Sayegh H, **Freeman MD** et al. A multi-center analysis of adverse events among 2,372 adult patients undergoing adult autologous stem cell therapy for orthopedic conditions. *International Orthopedics* DOI 10.1007/s00264-016-3162-y.

33.    **Freeman MD**. Medicolegal causation analysis of a lumbar spine fracture following a low speed rear impact traffic crash. *J Case Rep Prac* 2015; 3(2): 23-29.

34.    Uhrenholt L, **Freeman MD,** Webb A, Pedersen M, Thorup-Boel LW. Fatal subarachnoid hemorrhage associated with internal carotid artery dissection resulting from whiplash trauma. *Forens Sci Med Path* 2015;11(4):564-9.

35.    Centeno CJ, Al-Sayegh H, Bashir J, **Freeman MD.** A prospective study of the safety and efficacy of autologous bone marrow concentrate for the treatment of rotator cuff tears and shoulder osteoarthritis *J Pain Res* 2015;8:1-8.

36.    Centeno CJ, Al-Sayegh H, Bashir J, **Freeman MD.** A dose response analysis of bone marrow concentrate injections for knee osteoarthritis. *BMC Musculoskeletal Disorders (Section: Orthopedics and biomechanics)* 2015;16:258. doi: 10.1186/s12891-015-0714-z.

37.    Rubanzana W, Ntanganira J, **Freeman MD,** Hedt-Gauthier B, Risk factors for homicide victimization in post-genocide Rwanda: a population -based case- control study. *BMC Public Health* 2015;15(1):809.

38.    Rubanzana W, Hedt-Gauthier B, Ntanganira J, **Freeman MD**. Exposure to genocide as a risk factor for suicide in Rwanda. *J Epidemiol Community Health* 2015 Feb;69(2):117-22.

39.    Westergren H, **Freeman MD,** Malmström E-M. The whiplash enigma: still searching for answers. *Scand J Pain* 2014; http://dx.doi.org/10.1016/ j.sjpain.2014.08.003.

40.    Centeno CJ, Pitts J, Al-Sayegh H, **Freeman MD.** Efficacy and Safety of Bone Marrow Concentrate for Osteoarthritis of the Hip; Treatment Registry Results for 196 Patients. *J Stem Cell Res Ther* 2014;4:242. doi: 10.4172/2157-7633.1000242

41.    Centeno CJ, Pitts J, Al-Sayegh H, **Freeman MD.** Efficacy of autologous bone marrow concentrate for knee osteoarthritis with and without adipose graft. *Biomed Res Int* 2014. doi:10.1155/2014/370621

42.    Centeno CJ, Pitts J, Al-Sayegh H, **Freeman MD.** Anterior cruciate ligament tears treated with percutaneous injection of autologous bone marrow nucleated cells; a pilot study. *J Pain Res* 2015;8:1–11.

43.    **Freeman MD**, Cahn PJ, Franklin FA. Applied forensic epidemiology. Part 1: medical negligence. *OA Epidemiology* 2014;2(1):2.

44.    Koehler S, **Freeman MD**. Forensic epidemiology; a methodology for investigating and quantifying specific causation. *Forens Sci Med Path* 2014 Jun;10(2):217-22.

45.    Centeno CJ, **Freeman MD**. Percutaneous injection of autologous, culture-expanded mesenchymal stem cells into carpo-metacarpal hand joints: A case series with an untreated comparison group. *Wien Med Wochenschr* 2013:DOI 10.1007/s10354-013-0222-4

46.    **Freeman MD**, Eriksson A, Leith W. Head and neck injury patterns in fatal falls: epidemiologic and biomechanical considerations. *J Forensic Legal Med* 2014;21:64-70.

47.    Colville-Ebeling B, **Freeman MD**, Banner J, Lynnerup N. Autopsy practice in forensic pathology – evidence-based or experience-based? A review of autopsies performed in a case of multiple, simultaneous deaths. *J Forensic Legal Med* 2014;22:33-6.

48.    **Freeman MD**, Eriksson A, Leith W. Injury pattern as an indication of seat belt failure in ejected vehicle occupants *J Forensic Sci* 2014; 59(5):1271-4.

49.    Dobbertin KM, **Freeman MD**, Lambert WE, Lasarev MR, Kohles SS. The relationship between vehicle roof crush and head, neck and spine injury in rollover crashes. *Accid Anal Prev* 2013;58:46-52.

50.    Centeno CJ, Schultz JR, Cheever M, **Freeman M**, Faulkner S, Robinson S. A Case Series of Percutaneous Treatment of Non-Union Fractures with Autologous, Culture Expanded, Bone Marrow Derived, Mesenchymal Stem Cells and Platelet Lysate. *J Bioengineer & Biomedical Sci S2:007* doi:10.4172/2155- 9538.S2-007

51.    Woodham M, Woodham A, Skeate JG, **Freeman MD**. Long-Term lumbar multifidus muscle atrophy changes documented with magnetic resonance imaging; a case series. *Radiology Case Reports* 2014;8(5):27-34

52.    Wendlova J, **Freeman MD**. The Slovak Regression Model of Fall-Related Femoral Neck Fracture Risk. *Journal of Forensic Biomechanics* Vol. 4 2013), Article ID 235595, 5 pages doi:10.4303/jfb/235595

53.    **Freeman MD**, Dobbertin K, Kohles SS, Uhrenholt L, Eriksson A. Serious head and neck injury as a predictor of occupant position in fatal rollover crashes. *Forensic Sci Int* 2012;222:228–33.

54.    **Freeman MD,** Kohles SS. An examination of the threshold criteria for the evaluation of specific causation of mesothelioma following a history of significant exposure to chrysotile asbestos-containing brake dust, *Int J Occ Env Hlth* 2012;18(4):329-36.

55.    **Freeman MD,** Fuerst M. Does the FDA have regulatory authority over adult autologous stem cell therapies? FDCA 21 CFR 1271 and the Emperor's New Clothes. *J Transl Med* 2012;10(1):60.

56.    **Freeman MD,** Everson T, Kohles SS. Forensic epidemiologic and biomechanical analysis of a pelvic cavity blowout injury associated with ejection from a personal watercraft (jet-ski). *J Forens Sci* 2012 doi: 10.1111/j.1556-4029.2012.02250.x

57.    **Freeman MD**, Kohles SS. Plasma levels of polychlorinated biphenyls, non-Hodgkin lymphoma, and causation. *J Environ Public Health* 2012;2012:258981. doi: 10.1155/2012/258981. Review.

58.     Centeno CJ, Fuerst M, Faulkner SJ, **Freeman MD**. Is cosmetic platelet-rich plasma a drug to be regulated by the Food and Drug Administration? *J Cosm Derm* 2011;10:171–3.

59.     Centeno CJ, Schultz JR, Cheever M, **Freeman M**, Faulkner S, Robinson S, Hanson R. Safety and Complications Reporting Update on the Re-Implantation of Culture-Expanded Mesenchymal Stem Cells Using Autologous Platelet Lysate Technique. *Cur Stem Cell Res & Ther* 2011;6(4):XX

60.     **Freeman MD,** Kohles SS. Application of the Hill Criteria to the Causal Association of Post-Traumatic Headache and Assault. *Egypt J Forensic Sci* 2011;1:35-40.

61.     **Freeman MD,** Kohles SS. Application of the Bradford-Hill Criteria for Assessing Specific Causation in Post-Traumatic Headache. *Brain Inj Prof* 2011;8(1):26-8.

62.     **Freeman MD**, Kohles SS. An Evaluation of Applied Biomechanics as an adjunct to systematic specific causation in forensic medicine. *Wien Med Wochenschr* 2011;161:1-11.

63.     Uhrenholt L, **Freeman MD**, Jurik AG, Jensen LJ, Gregersen M, Boel LW, Kohles SS, Thomsen AH. Esophageal injury in fatal rear-impact collisions. *Forensic Sci Int* 2011;206(1-3):e52-7.

64.     **Freeman MD**. A Bayesian assessment of unexplained fracture as a forensic test of child abuse; quantification of uncertainty using the Error Odds approach. *Acta Medicinae Legalis et Socialis* 2010:179-84.

65.     Nystrom NA, Champagne LP, **Freeman MD**, Blix E. Surgical fasciectomy of the trapezius muscle combined with neurolysis of the spinal accessory nerve; results and long-term follow-up in 30 consecutive cases of refractory chronic whiplash syndrome. *J Brachial Plexus and Peripheral Nerve Injury* 2010:5;7.

66.     Centeno CJ, Schultz J, Cheever M, Robinson B, **Freeman MD**, Marasco W. Safety of autologous MSC transplantation: an in vivo MRI study of transplanted MSCs culture-expanded using a novel, platelet-lysate technique. *Cur Stem Cell Res & Ther* 2010;5:81-93.

67.     Dagenais S, Gay RE, Tricco A, Mayer, JM, **Freeman MD**. North American Spine Society Contemporary Concepts in Spine Care: Spinal Manipulation Therapy for Acute Low Back Pain *Spine J* 2010 Oct;10(10):918-40.

68.     Uhrenholt L, Schumacher B, **Freeman MD**. Road traffic fatalities in Aarhus Police District in 2000-2004 - medical investigations and legal consequences. *Ugeskr Laeger.* 2010 Sep 27;172(39):2683-2687. Danish

69.     **Freeman MD**, Woodham M, Woodham A. The role of the lumbar multifidus in chronic low back pain; a review. *PM R* 2010 Feb;2(2):142-6.

70.     **Freeman MD**, Centeno CJ, Kohles SS. A systematic approach to clinical determinations of causation in symptomatic spinal disc injury following motor vehicle crash trauma. *PM R* 2009;1(10):951-6.

71.     **Freeman MD**, Rosa S, Harshfield D, Smith F, Bennett R, Centeno CJ, Kornel E, Nystrom A, Heffez D, Kohles SS. A case-control study of cerebellar tonsillar ectopia and head/neck (whiplash) trauma. *Brain Injury* 2010;24(7-8):988-94.

72.    **Freeman MD**, Kohles SS. Applications and limitation of forensic biomechanics; a Bayesian perspective. *J Forensic Legal Med* 2010;17:67-77.

73.    **Freeman MD**, Nystrom A, Centeno C, Hand M. Chronic whiplash and central sensitization; do a trigger points play an important role in pain modulation? *J Brachial Plex Peripher Nerve Inj* 2009 Apr 23;4:2.

74.    **Freeman MD**, Hand ML, Rossignol AM. Applied Forensic Epidemiology: A Bayesian evaluation of forensic evidence in a vehicular homicide investigation. *J Forensic Legal Med* 2009;16(2):83-92.

75.    Centeno CJ, Busse D, Kisiday J, Keohan C, **Freeman M**, Karli D Regeneration of meniscus cartilage in a knee treated with percutaneously implanted autologous mesenchymal stem cells. *Med Hypothese*. 2008 Dec;71(6):900-8.

76.    Centeno CJ, Schultz J, **Freeman M**. Sclerotherapy of Baker's cyst with imaging confirmation of resolution. *Pain Physician* 2008 Mar-Apr;11(2):257-61.

77.    Centeno CJ, Busse D, Kisiday J, Keohan C, **Freeman M**, Karli D. Increased knee cartilage volume in degenerative joint disease using percutaneously implanted, autologous mesenchymal stem cells. *Pain Physician* 2008 May;11(3):343-53.

78.    **Freeman MD**, Centeno CJ. A fatal case of secondary gain; a cautionary tale. *Amer J Case Reports* 2008;9:97-103.

79.    Centeno CJ, Elkins W, **Freeman M**, Elliott J, Sterling M, Katz E. Total Cervical Translation as a Function of Impact Vector as Measured by Flexion-Extension Radiography *Pain Physician* 2007 Sep;10(5):667-71.

80.    **Freeman MD**, Rossignol AC, Hand M. Forensic Epidemiology: A systematic approach to probabilistic determinations in disputed matters. *J Forensic Legal Med* 2008;15(5):281-90.

81.    Centeno CJ, Kisiday J, **Freeman MD**, Shultz JR. Partial regeneration of the human hip via autologous bone marrow nucleated cell transfer: a case study. *Pain Physician* 2006;9:135-7.

82.    Croft AC, **Freeman MD**. Correlating crash severity with injury risk, injury severity, and long-term symptoms in low velocity motor vehicle collisions. *Med Sci Monit* 2005 Oct;11(10):RA316-21. Epub 2005 Sep 26.

83.    **Freeman MD**, Croft AC, Nicodemus CN, Centeno CJ, Welkins WL. Significant spinal injury resulting from low-level accelerations: A case series of roller coaster injuries. *Arch Phys Med Rehab* November 2005;86:2126-30.

84.    **Freeman MD**, Croft AC, Rossignol AC, Elkins W. Chronic neck pain and whiplash: a case/control study of the relationship between acute whiplash injuries and chronic neck pain. *Pain Res Manag* 2006;11(2):79-83.

85.     Centeno CJ, **Freeman MD**, Welkins WL. A review of the literature refuting the concept of minor impact soft tissue injury. *Pain Res Manag* 2005;10(2):71-4.

86.     Centeno C, Elliot J, Elkins W, **Freeman M**. A prospective case series of fluoroscopically guided cervical prolotherapy for instability with blinded pre and post radiographic reading. *Pain Physician* 2005;8(1):

87.     Centeno CJ, Elkins WL, **Freeman M**. Waddell's signs revisited? *Spine* 2004 Jul 1;29(13):1392

88.     **Freeman MD**, Nelson C. Injury Pattern Analysis as a means of driver identification *Laboratory Medicine* 2004;35(8):502-5.

89.     **Freeman MD**, Olson D. Hemifacial tic following a low-speed motor vehicle crash. *J Whiplash Rel Dis* 2004;3(1).

90.     **Freeman MD**, Nelson C. Injury pattern analysis as a means of driver identification in a vehicular homicide; a case study. *Forensic Examiner* Spring 2004;13(1):24-8.

91.     Croft AC, Haneline MT, **Freeman MD**. Low speed frontal crashes and low speed rear crashes: is there a differential risk for injury? *Annu Proc Assoc Adv Automot Med.* 2002;46:79-91.

92.     Croft AC, Herring P, **Freeman MD**, Haneline MT: The neck injury criterion (NIC): future considerations. *Accid Anal Prev* 2002;34(2):247-55.

93.     **Freeman MD**, Croft AC, Rossignol AM. A critical evaluation of the methodology of a low back pain clinical trial *J Manipulative Physio Ther* 2000; 23(5):363-4.

94.     **Freeman MD**, Croft AC, Rossignol AM, Weaver DS, Reiser M. A review and methodologic critique of the literature refuting whiplash syndrome. *Spine* 1999;24(1):86-98.

95.     **Freeman MD**, Croft AC, Rossignol AM. Whiplash Associated Disorders (WAD) - Redefining Whiplash and its Management" by the Quebec Task Force: A Critical Evaluation. *Spine* 1998;23(9):1043-9.

96.     **Freeman MD**, Fox DD, Richards TR. The superior intracapsular ligament of the sacroiliac joint: confirmation of Illi's ligament. *J Manipulative Physiol Ther* 1990;13(7):374-90.

**Non-peer-reviewed publications**

1.      **Freeman MD**. The problem with probability. *Trial* March 2006, 58-61.

2.      Croft AC, **Freeman MD**. Auto insurers and their new role in whiplash prevention—new rules, new risks, new tests. *Forum* 35(3):9-13, 2005.

3.      O'Shanick G, Varney N, **Freeman MD**, et al. Blue Ribbon Panel Review of the Correlation Between Brain Injury and Roller Coaster Rides (Report to US Congress, Funded by the National Institute of Child Health and Human Development). February 25, 2003.

4.    Croft AC, Herring P, **Freeman MD**, Centeno C, Haneline MT, Baric JJ: Late (chronic) whiplash injury. Public health perspectives amidst a controversial literature. JACA 40(8):26-32, 2003.

5.    **Freeman MD**. Don't fall for defense fallacies. *Trial* 2000.

6.    Seroussi R, **Freeman MD**. A review of original research by Brault et al. "Clinical response of human subjects to rear-end automobile collisions" *Injury Forum* 2000;2(5):49-50.

7.    **Freeman MD**. The epidemiology of acute and chronic whiplash injury in the U.S. Proceedings of HWS-Distorsion (Schleudertrauma) & Leichte Traumatische, Hirnverletzung. Invaliditat und Berufliche Reintegration.  Basel, Switzerland. June 29-30, 2000.

8.    **Freeman MD**. Meta-analysis of whiplash prognosis studies. Proceedings of Whiplash 2000, Bath, England. May 16-18, 2000. pp 102-24.

9.    **Freeman MD**, Croft AC, Reiser M. [reprint of A review and methodologic critique of the literature refuting whiplash syndrome] *Trial* March 1999

10.   Croft AC, **Freeman MD**. From railway spine to whiplash. *Topics in Clinical Chiropractic* (Trauma) 1998;5(3):54-61.

11.   **Freeman MD**, Croft AC, Reiser M.  Die epidemiologie des Schleudertraumas - wo liegt die Schelle Zur Verletzung? (The epidemiology of whiplash - is there a reliable threshold for whiplash injury?) *HWS-Distortion (Schleudertrauma) & Leichte Traumatische, Hirnverletzung*. Edited by Ettlin TM and Mürner J. June 25-6, 1998:99-118.

12.   **Freeman MD**. The first CIREN conference: motor vehicle crash-related trauma and biomechanical engineering. *JACA* 1998;35(4):54-61.


**Theses**

1.    **Freeman MD.** *Principles and methods for the systematic use of epidemiologic data to quantify the effect of seatbelt non-use in crash-related litigation*. Dissertation for completion of Master of Science of Forensic Medical Sciences, Academy of Forensic Medical Sciences UK & University of Verona.

2.    **Freeman MD.** *The role of forensic epidemiology in evidence-based forensic medical practice*. Thesis for completion of Doctor of Medicine degree, Umeå University. Responsible publisher under Swedish law: the Dean of the Medical Faculty of Umeå University, Printed by: Print och Media, Umeå, Sweden 2013. ISBN: 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-729-5 ISSN: 0346-6612

3.    **Freeman MD**. *A study of chronic neck pain and whiplash injuries*. Thesis for completion of Doctor of Philosophy degree, Oregon State University. *UMI Dissertation services*, Ann Arbor, MI. 1998:9820108.

4.    **Freeman MD**. *Analysis of lumbar spinal strength using the doubly multivariate repeated measures design*. Thesis for completion of Master of Public Health degree, Oregon State University. 1995 (unpublished)

**Books**

1.  **Freeman MD**, Zeegers M, Eds. <u>Forensic Epidemiology; Principles and Practice</u>. Elsevier, Amsterdam, NL. 2016

2.  Nordhoff L, **Freeman MD**, Siegmund GP. <u>Human Subject Crash Testing: Innovations and Advances</u>. Society of Automotive Engineers, Detroit MI 2007

3.  Berardinelli D, **Freeman MD**, DeShaw A. <u>From Good Hands to Boxing Gloves; How Allstate Changed Casualty Insurance in America</u>. Trial Guides 2008

4.  **Freeman MD**. Litigating Major Auto Injury and Death Cases; Forensic Science (volume 2 of <u>Litigating Major Auto Injury and Death Cases</u>, Koehler K, Freeman MD). ThomsonWest:2006

5.  **Freeman MD**. Litigating Minor Impact Soft Tissue Cases; Forensic Medicine (volume 2 of <u>Litigating Minor Impact Soft Tissue Cases</u>, Koehler K and Freeman MD). ThomsonWest 2001.

**Book Chapters**

1.  **Freeman MD**. Cervical Sprain and Strain. Medscape. Updated April 2016. Available at: http://emedicine.medscape.com/.

2.  **Freeman MD**, Franklin FA. Criminal Investigation**.** Chapter 15, in <u>Forensic Epidemiology; Principles and Practice</u>. Freeman M, Zeegers M, Eds. Elsevier, Amsterdam, NL. 2016.

3.  **Freeman MD**, Franklin FA, Cahn P. Medical Negligence Investigation**.** Chapter 14, in <u>Forensic Epidemiology; Principles and Practice</u>. Freeman M, Zeegers M, Eds. Elsevier, Amsterdam, NL. 2016.

4.  **Freeman MD**, Franklin FA. Consumer Product Defect Investigation**.** Chapter 13, in <u>Forensic Epidemiology; Principles and Practice</u>. Freeman M, Zeegers M, Eds. Elsevier, Amsterdam, NL. 2016.

5.  **Freeman MD**. Motor Vehicle Defect Investigation**.** Chapter 12, in <u>Forensic Epidemiology; Principles and Practice</u>. Freeman M, Zeegers M, Eds. Elsevier, Amsterdam, NL. 2016.

6.  **Freeman MD**. Traffic Injury Causation Investigation**.** Chapter 11, in <u>Forensic Epidemiology; Principles and Practice</u>. Freeman M, Zeegers M, Eds. Elsevier, Amsterdam, NL. 2016.

7.  Tolley HD, Barnes J, **Freeman MD**. Survival Analysis**.** Chapter 10, in <u>Forensic Epidemiology; Principles and Practice</u>. Freeman M, Zeegers M, Eds. Elsevier, Amsterdam, NL. 2016.

8.  Faure M, Visscher L, Zeegers M, **Freeman MD**. The Role of the Expert Witness**.** Chapter 5, in <u>Forensic Epidemiology; Principles and Practice</u>. Freeman M, Zeegers M, Eds. Elsevier, Amsterdam, NL. 2016.

9.      Zeegers M, Bours M, **Freeman MD**. Methods used in Forensic Epidemiologic Analysis. Chapter 3, in <u>Forensic Epidemiology; Principles and Practice</u>. Freeman M, Zeegers M, Eds. Elsevier, Amsterdam, NL. 2016.

10.     **Freeman MD**, Haneline M. Unintentional and Inte ntional Injuries. Chapter 7, in <u>An Introduction to Public Health in Chiropractic</u>, Jones & Bartlett.

11.     **Freeman MD**, Centeno CJ, Kornel E. Acute cervical spine trauma. British Medical Journal, *BMJ in Practice*. Available online at: https://online.epocrates.com/noFrame/showPage.do?method=diseases&MonographId=944

12.     Hunter OK, **Freeman MD**. Cervical Sprain and Strain. eMedicine from WebMD. Updated July 15, 2009. Available at: http://emedicine.medscape.com/article/306176-overview.

13.     **Freeman MD**. Forensic considerations in the mild traumatic brain injury case. In: <u>Mild Traumatic Brain Injury; Onset, Consequences, & Outcomes</u> Eds. O'Shanick G, Varney N. Springer (in press)

14.     **Freeman MD**. The epidemiologist as forensic scientist pp 178-9. In: <u>Principles and Practice of Epidemiology: An Engaged Approach</u>, Rossignol AM. McGraw-Hill, NY, NY 2007

15.     **Freeman MD**, Nordoff LS. Crash Injury Thresholds, (Ch. 14) in Nordhoff LS. <u>Motor vehicle collision injuries: Biomechanics, diagnosis & management</u>. Jones and Bartlett Publishing, Boston MA 2005.

16.     Murphy D, **Freeman MD**. Management of neck pain and related disorders. In <u>Principles of Chiropractic Text,</u> Haldeman S, Editor in Chief. Third Edition, 2004: 969-998.

17.     **Freeman MD**, Croft AC. The Controversy over Late Whiplash: Are Chronic Symptoms after Whiplash Real? in: <u>Whiplash Injuries</u>, Edited by M. Szpalski and R. Gunzburg. Lippencott-Raven. September 1997

**Scientific and Peer-reviewed Conference Proceedings and Abstracts**

1.      **Freeman MD**, Freeman EM. The Sound of Violence: the utility of voice recording in the investigation of the cause of a sudden death in custody. *Proceedings of 73rd Annual Meeting of the American Academy of Forensic Sciences* 2021 Feb 15-19: Virtual meeting.

2.      **Freeman MD**, Freeman EM. Diagnostic accuracy of unexplained intracranial hemorrhage as an indicator of abusive head trauma, in the context of a coagulopathy *Proceedings of 72th Annual Meeting of the American Academy of Forensic Sciences* 2020 Feb 17-22: Anaheim, CA.

3.      Rosa S, Baird J, **Freeman MD.** Chiari, CSF flow, and upper cervical misalignment; observations from upright MRI studies. *Chiari, Syringomyelia, and EDS,* June 26-28, 2019, Niagara Falls, NY

4.      Nolet P, Emery P, Kristman E, Zeegers M. **Freeman MD**. Exposure to a motor vehicle collision and the risk of future neck pain: a systematic review and meta-analysis. 19th Annual

Scientific Conference of the Canadian Spine Society, February 27 - March 2, 2019, Toronto, CA.

5.  **Freeman MD**, Williams K, Eriksson A. Ballistic analysis of an attempted murder using a porcine model. *Proceedings of 70th Annual Meeting of the American Academy of Forensic Sciences* 2018 Feb 19-23: Seattle, WA. H130.

6.  **Freeman MD**, Freeman EM. A probabilistic analysis of the cause of a traffic death following 2 crashes using national crash data. *Proceedings of 70th Annual Meeting of the American Academy of Forensic Sciences* 2018 Feb 19-23: Seattle, WA. H121.

7.  **Freeman MD,** Lukasevic T, Williams K, Eriksson A. Characteristics of traffic crash related blunt traumatic aortic injury. *Proceedings of 68th Annual Meeting of the American Academy of Forensic Sciences* 2016 Feb 22-26: Las Vegas, NV H61:773-5.

8.  **Freeman MD**. Concussion risk associated with head impact; an analysis of pooled data from helmeted sports. *Proceedings of the 12th Annual Conference of the North American Brain Injury Society* J Head Trauma Rehab 2015;30(3):E72-3.

9.  Franklin F, **Freeman MD.** An analysis of the causal relationship between maternal/ prenatal cocaine use and stillbirth: results of a national hospital database study**.** *Proceedings of 67th Annual Meeting of the American Academy of Forensic Sciences* 2015 Feb 16-21: Orlando, FL H154:975-6.

10. **Freeman MD**. Biomechanical, Mechanical, and Epidemiologic Characteristics of Low Speed Rear Impact Collisions. *Proceedings of 67th Annual Meeting of the American Academy of Forensic Sciences* 2015 Feb 16-21: Orlando, FL. D11:517-8.

11. **Freeman MD**, Cahn P. An unusual case of commotio cordis resulting from a side impact airbag deployment. *Proceedings of the AAFS Scientific Session of the World Forensic Festival*, October 12-18, 2014, Seoul, Korea

12. Williams K, **Freeman MD,** et al. The investigation of a cluster of fentanyl overdose deaths: how the use of epidemiologic surveillance and outbreak methods resulted in the rapid identification of the source of a public health crisis. *Acad Forensic Pathol* 2014;4(Suppl):S-4.

13. **Freeman MD**. Forensic Applications of Epidemiology in Civil and Criminal Litigation. *9th International Conference on Forensic Inference and Statistics* August 19-22, 2014, Leiden, NL

14. Rubanzana W, **Freeman MD**, Hedt-Gauthier B. Exposure to genocide and risk of suicide in Rwanda: a population-based case-control study. *20th IEA World Congress of Epidemiology.* August 2014, Anchorage, AK.

15. **Freeman MD**, Uhrenholt L. Investigation of a disputed mechanism of diffuse axonal injury following a low speed frontal crash. *Proceedings of 66th Annual Meeting of the American Academy of Forensic Sciences* 2014 Feb 17-22: Seattle (WA). 1984:367-8.

16. **Freeman MD**, Cahn P. Cause of death following opiate overdose; a forensic epidemiologic investigation of comparative risk. *Proceedings of 66th Annual Meeting of the American Academy of Forensic Sciences* 2014 Feb 17-22: Seattle (WA). 1984:396.

17. Rubanzana W, **Freeman MD**, Hedt-Gauthier B. Risk factors for homicide victimization in Rwanda, post Genocide: A forensic epidemiological investigation. *Proceedings of 66th*

*Annual Meeting of the American Academy of Forensic Sciences* 2014 Feb 17-22: Seattle (WA). 1984:564-5.

18.  Colville-Ebeling B, **Freeman MD.** An Evaluation of the Discriminatory Power of Clinical Diagnostic Findings of Abusive Head Trauma in U.S. Hospitals. *Proceedings of 66th Annual Meeting of the American Academy of Forensic Sciences* 2014 Feb 17-22: Seattle (WA). 1984:346-7.

19.  Hatten B, **Freeman MD,** Horowitz Z. Coral Snake Envenomations 2001-2011: Antivenin Use and Outcomes. Proceedings of the Society for Academic Emergency Medicine. 2013, Annual Meeting in Atlanta, Georgia, May 14-18, 2013.

20.  Rubanzana W, **Freeman MD.** Exposure to effects of genocide as a risk factor for intentional death in Rwanda: a forensic epidemiological investigation. *Scand J Forens Med* 2012;18(1):117.

21.  **Freeman MD**, Dobbertin K, Kohles SS, Uhrenholt L, Eriksson A. Serious head and neck injury as a predictor of occupant position in fatal rollover crashes. *Scand J Forens Med* 2012;18(1):34-5.

22.  **Freeman MD**, Uhrenholt L. Self-defense or attempted murder? A combined ballistic and traffic crash reconstruction of a Texas shooting. *Scand J Forens Med* (2012;18(1):51.

23.  **Freeman MD.** Applied forensic epidemiology: the evaluation of individual causation in wrongful death cases using relative risk. *Scand J Forens Med* (2012;18(1):25.

24.  Uhrenholt L, Webb A, Pedersen M, Christensen HW, **Freeman MD.** Does whiplash trauma result in somatic injury. *Scand J Forens Med* (2012;18(1):121

25.  **Freeman M**, Uhrenholt L. Rollover collisions; the effect of restraint use on skull vault fractures. 2011. Poster session presented at Årsmøde i Dansk Selskab for Retsmedicin og Dansk Selskab for Ulykkes- og Skadeforebyggelse [The Danish Traffic Medicine Society of the Danish Society for Forensic Medicine] November 3-5, 2011] Grenå, Denmark.

26.  Uhrenholt L, **Freeman M**, Jurik AG, Jensen LL, Gregersen MEG, Boel LWT et al. Evidence of somatic injury in rear-impact collisions - esophagus injuries. 2011. Poster session presented at Årsmøde i Dansk Selskab for Retsmedicin og Dansk Selskab for Ulykkes- og Skadeforebyggelse [The Danish Traffic Medicine Society of the Danish Society for Forensic Medicine] November 3-5, 2011] Grenå, Denmark.

27.  Uhrenholt L, **Freeman M**. How microscopy can explain traffic crash-related cervical spine injury. 2011. Poster session presented at Årsmøde i Dansk Selskab for Retsmedicin og Dansk Selskab for Ulykkes- og Skadeforebyggelse [The Danish Traffic Medicine Society of the Danish Society for Forensic Medicine] November 3-5, 2011] Grenå, Denmark.

28.  Nystrom NA, **Freeman MD.** "Trigger Point" Surgery for Soft Tissue Pain in Chronic Whiplash Syndrome. *J Rehab Medicine* 2011;Suppl 50:27.

29.  **Freeman MD**, Kohles SS. Scientific and Legal Criteria for Evaluating Injury Causation Following Whiplash Trauma. *J Rehab Medicine* 2011;Suppl 50:20.

30.  Rosa S, **Freeman MD**, Harshfield D. Restoration of Normal Cerebrospinal Fluid Flow in 2 Cases of Confirmed Cerebellar Tonsillar Ectopia with Long-Term Headaches, Following Use of The Atlas Orthogonal Instrumented Manipulation Technique. *J Rehab Medicine* 2011;Suppl 50:14.

31.    **Freeman MD**, Centeno CJ. "Whiplash-Associated Disorders [WAD]" – the persisting lexicon of a failed venture. *J Rehab Medicine* 2011;Suppl 50:6-7

32.    Kohles SS, **Freeman MD**. Mathematical Models Characterizing the Probability of Trigger Event, Ambient-Risk, and Coincidental Influences on Inductive and Abductive Conclusions of Specific Causation. *Annals of Epidemiology* 2010;20(9):713-4.

33.    Centeno MD, **Freeman MD**, Schultz J, Cheever M, Faulkner S, Hanson R, Kohles S. Clinical Percutaneous Implantation of Autologous, Culture-Expanded MSCs into Peripheral Joints. *Orthopedic Research Society*, 2011 Annual Meeting in Long Beach, California, January 13-16.

34.    Nystrom A, **Freeman MD**. Central sensitization is a reversible response to focal soft-tissue neck pain in chronic whiplash. *2010 American Academy of Orthopedic Surgeons Annual Meeting* March 9-13, 2010, New Orleans, LA.

35.    **Freeman MD**. The Error Odds method of objectively assessing bioengineering based claims of causation; a Bayesian approach to test validity quantification (Special joint session of Jurisprudence and Engineering Sciences) *Proceedings of 62nd Annual Meeting of the American Academy of Forensic Sciences* Feb 2010, Seattle, Washington.

36.    Nystrom A, **Freeman MD**. Central sensitization is an immediately reversible phenomenon in chronic pain after whiplash. A double blind, placebo-controlled study. *XXVIII European Society for Regional Anaesthesia Annual Congress* Salzburg, Austria, September 9-12, 2009

37.    **Freeman MD**, Rosa S, Harshfield D, Smith F, Bennett RM, Centeno CJ, Kornel E, Nystrom A, Heffez D, Kohles SS. A case-control study of cerebellar tonsillar ectopia and cervical spine trauma. *European Congress of Radiology,* March 4-8, 2010, Vienna, Austria.

38.    Uhrenholt L, **Freeman MD**. The Role of Microscopic Post-Mortem Study in Explaining Traffic-Crash Related Neck Injury; A Review. *Proceedings of 62nd Annual Meeting of the American Academy of Forensic Sciences*. Feb 2010, Seattle, Washington.

39.    **Freeman MD**, Uhrenholt L, Newgard C. The effect of restraint use on skull vault fractures in rollover crashes. *Proceedings of 62nd Annual Meeting of the American Academy of Forensic Sciences* Feb 2010, Seattle, Washington.

40.    **Freeman MD**, Uhrenholt L, Newgard C. Head injuries in lower speed collinear collisions; an analysis of the National Automotive Sampling System database. *Proceedings of 62nd Annual Meeting of the American Academy of Forensic Sciences* Feb 2010, Seattle, Washington.

41.    **Freeman MD**, Rosa S, Harshfield D, Smith F, Bennett RM, Centeno CJ, Kornel E, Nystrom A, Heffez D, Kohles SS. A case-control study of cerebellar tonsillar ectopia and cervical spine trauma. *XXI Congress of the International Academy of Legal Medicine* May 2009 Lisbon, Portugal

42.    **Freeman MD**. The Error Odds assessment of accuracy for tests in forensic medicine; a simple application of Bayes' Law. *XXI Congress of the International Academy of Legal Medicine* May 2009 Lisbon, Portugal

43.  Uhrenholt L, Schumacher B, **Freeman MD**. A cross-sectional study of road traffic fatalities and vehicular homicide investigation practices in Denmark for 2000-2004. *Proceedings of 61st Annual Meeting of the American Academy of Forensic Sciences.* Feb 2009, Denver, Colorado.

44.  **Freeman MD**, Centeno CJ. Etiologic and demographic characteristics of traffic crash-related disc injuries. *Spine J* doi:10.1016/j.spinee.2008.06.373.

45.  **Freeman MD**. Bayesian analysis of predictive characteristics in suicidal versus homicidal hanging deaths: A case study in forensic epidemiology. *Proceedings of 59th Annual Meeting of the American Academy of Forensic Sciences* February 19-24, 2007, San Antonio, Texas 2007;13:304.

46.  **Freeman MD**. Probability and pathological findings in suicide versus homicidal hanging deaths; a case study. *Proceedings of 16th Nordic Conference on Forensic Medicine* June 15-17, 2006, Turku, Finland 2006:15-6.

47.  **Freeman MD**. Injury Pattern Analysis as a means of driver determination in a vehicular homicide investigation. *Proceedings of 16th Nordic Conference on Forensic Medicine* Turku, Finland June 15-17 2006:38-9.

48.  **Freeman MD**. Injury Pattern Analysis in Fatal Traffic Crash Investigation. *Proceedings of 57th Annual Meeting of American Academy of Forensic Sciences* New Orleans, Louisiana. February 24, 2005.

49.  **Freeman MD**, Croft AC, Centeno C. Fatal head injury cases in a rural Oregon county. *Proceedings of the 19th World Congress of the International Traffic Medicine Association* Budapest, Hungary, September 14-17, 2003.

50.  Croft AC, Haneline MT, **Freeman MD**. Differential Occupant Kinematics and Forces Between Frontal and Rear Automobile Impacts at Low Speed: Evidence for a Differential Injury Risk, *International Research Council on the Biomechanics of Impact (IRCOBI)* Munich, Germany September 18-20, 2002:365-6.

51.  Sparr L, **Freeman MD**. The Uses and Abuses of Psychiatric IMEs: An Ethical Dilemma? *American Psychiatric Association Annual Meeting* San Francisco, California May 2003.

52.  Croft AC, Haneline MT, **Freeman MD**. Low speed frontal crashes and low speed rear crashes: is there a differential risk for injury? *Proceedings of the 46th Association for the Advancement of Automotive Medicine (AAAM) Annual Scientific Conference* Tempe, Arizona, September 29-October 2, 2002:79-91.

53.  Croft AC, Lord S, **Freeman MD**. Whiplash Injury: Mechanisms of Injury, Pathophysiology, and Treatment *10th World Congress on Pain, International Association for the Study of Pain* San Diego, August 17-22, 2002:482.

54.  **Freeman MD**, Centeno C, Croft AC, Nicodemus CN: Significant spinal injury resulting from low-level accelerations: a comparison with whiplash. *International Congress on Whiplash-Associated Disorders* Berne, Switzerland, March 9-10, 2001.

55.   Croft AC, Haneline MT, **Freeman MD**. Differential occupant kinematics and head linear acceleration between frontal and rear automobile impacts at low speed: evidence for a differential injury risk. I*nternational Congress on Whiplash-Associated Disorders* Berne, Switzerland, March 9-10, 2001.

56.   Croft AC, Haneline MT, **Freeman MD**. Automobile crash reconstruction in low speed rear impact crashes utilizing a momentum, energy, and restitution (MER) method. *International Congress on Whiplash-Associated Disorders* Berne, Switzerland, March 9-10, 2001.

57.   Centeno C, **Freeman MD**, Croft AC. A comparison of the functional profile of an international cohort of whiplash injured patients and non-patients: an internet study. *International Congress on Whiplash-Associated Disorders* Berne, Switzerland, March 9-10, 2001.

58.   **Freeman MD**, Sapir D, Boutselis A, Gorup J, Tuckman G, Croft AC, Centeno C, Phillips A. Whiplash injury and occult vertebral fracture: a case series of bone SPECT imaging of patients with persisting spine pain following a motor vehicle crash. *Cervical Spine Research Society 29th Annual Meeting* Monterey, CA, Nov 29-Dec 1, 2001.

59.   Johansson BH, **Freeman MD**. The prevalence of symptomatic cervical disc herniation in the Swedish population with asymptomatic degenerative disc disease (a cross-sectional study). *International Congress on Whiplash Associated Disorders* March, 2001. Berne, Switzerland.

60.   **Freeman MD**, Centeno C, Croft AC, Nicodemus C. Significant spinal injuries resulting from low-level accelerations: a case series of roller coaster injuries. *Proceedings of Cervical Spine Research Society 28th Annual Meeting,* November 30-December 2, 2000:110-1.

61.   Croft AC, **Freeman MD**. An evaluation of the neck injury criterion; recommendations for future consideration. *Association for the Advancement of Automotive Medicine*, San Antonio, TX October, 2000.

62.   **Freeman MD**, Croft AC, Rossignol AM. The prevalence of whiplash-associated chronic cervical pain among a random sample of patients with chronic spine pain. *Proceedings of 27th Annual Cervical Spine Research Society Annual Meeting.* Seattle, WA December 13-15, 1999.

63.   **Freeman MD**, Croft AC, Rossignol AM. Late whiplash risk factor analysis of a random sample of patients with chronic spine pain. *World Whiplash Associated Disorders Congress*, February 8-10, 1999, Vancouver, British Columbia

**Scientific Commentary/Editorials/Letters**

1.   Nystrom NA, **Freeman MD**. Authors' Response. *Pain Med* 2018;19(4):816-7.

2.   Uhrenholt L, Webb A, **Freeman MD**. Letter to the Editor regarding "Do X-ray-occult fractures play a role in chronic pain following a whiplash injury?" *Eur Spine J* DOI 10.1007/s00586-014-3362-3.

3.   **Freeman MD**. Clinical Practice Guidelines versus Systematic Reviews; which serves as the best basis for evidence-based spine medicine? Invited commentary. *Spine J* 2010 Jun;10(6):512-3.

4.    **Freeman MD**, Centeno CJ, Katz E. MR imaging of whiplash injury in the upper cervical spine; controversy or confounding? *Spine J* 2009 Sep;9(9):789-90. Epub 2009 Jun 17

5.    Centeno CJ, **Freeman M**. Re: Are smooth pursuit eye movements altered in chronic whiplash-associated disorders? A cross-sectional study. *Clin Rehabil* 2008 Apr;22(4):377-8.

6.    Centeno CJ, **Freeman MD**.  Editorial Submission on Kongsted, A., et al., Are smooth pursuit eye movements altered in chronic whiplash associated disorders? A cross-sectional study. *Clin Rehabil* 2007;21(11):1038-49.

7.    **Freeman MD**. Crash Test Dummy? *New Scientist* June 23, 2007:22-3.

8.    **Freeman MD**, Centeno CJ, Merskey H, Teasell R, Rossignol AM. Greater injury leads to more treatment for whiplash: no surprises here. *Arch Int Med* 2006;166(11):1238-9.

9.    Centeno C, **Freeman MD**. Alberta rodeo riders do not develop late whiplash. *J Rheumatol* 2007 Feb;34(2):451-2.

10.    **Freeman MD**, Centeno C. Alar, Transverse and Apical Ligament Strain due to Head-Turned Rear Impact. *Spine* 2006;31(17):2030.

11.    **Freeman MD**. Cervical disc herniation following motor vehicle crash trauma. Invited commentary. *Spine J* 2005 Nov-Dec;5(6):644.

12.    **Freeman MD**, Centeno C. Whiplash and Peer Review *JWRD* 2003;2(2):1-3.

13.    **Freeman MD**, Centeno C. Whiplash and Secondary Gain *JWRD* 2003;2(1):1-4.

14.    **Freeman MD**, Centeno C. "Placebo" Collisions and Whiplash *JWRD* 2002;1(2):1-8.

15.    **Freeman MD**. Biomechanics of minor automobile accidents. *J South Orthop Assoc* 2001 Summer;10(2):95-6.

16.    **Freeman MD**. Are demolition derby drivers a valid proxy for the population at risk for whiplash injury? *Arch Neurol* 2001 Apr;58(4):680-1.

17.    **Freeman MD**, Rossignol AM. Effect of eliminating compensation for pain and suffering on the outcome of insurance claims. *NEJM* 2000 Oct 12;343 (15):1118-9.

18.    **Freeman MD**. Letter to the editor. *Cranio* 1999;17(3):160-1.

19.    Croft AC, **Freeman MD**. Commentary on "Pain after whiplash: a prospective controlled inception cohort study." *The Back Letter* 1999;14(4):43-5.

20.    **Freeman MD**, Croft AC. Late Whiplash Syndrome, 3rd reply. *Lancet* 1996 Jul 13;348(9020):125.

**SCIENTIFIC PRESENTATIONS**

1.   Freeman MD. Medico-legal causation in auto litigation. International Orthopedic Foundation.

2.   Freeman MD. Medico-legal investigation of suicide. Lecture at Mental Illness Research Education Clinical, Centers of Excellence NW (MIRECC CoE), Veteran's Affairs Medical Center, Portland Oregon. December 16, 2020.

3.   Freeman MD. The role of epidemiology in evidence-based forensic medical investigation of death and injury. Faculty of Medicine, Universitas Indonesia. December 15, 2020.

4.   Freeman MD. Does Excited Delirium cause death, or does death cause Excited Delirium? A systematic review and statistical analysis of the world literature. Presented at *Deaths in Custody 3: Judicial Considerations*. Department of Pathology and Laboratory Medicine, of the Faculty of Medicine, in conjunction with the Office of the Chief Medical Examiner, Washington DC, September 27, 2020.

5.   Freeman MD. Medico-legal investigation of suicide. Grand Rounds in Psychiatry, Department of Psychiatry, Oregon Health & Science University School of Medicine. March 24, 2020.

6.   Freeman MD. Forensic investigation of unexplained death. University of Business, Technology, and Science (UBT), October 9, 2018: Pristina, Kosovo.

7.   Freeman MD. Causation analysis in medical negligence. Radboud Summer School. Radboud Medical Center, August 14, 2018: Nijmegen, Netherlands.

8.   Freeman MD. Injury causation analysis. Radboud Summer School. Radboud Medical Center, August 14, 2018: Nijmegen, Netherlands.

9.   Freeman MD. Criminal applications of Forensic Epidemiology. Radboud Summer School. Radboud Medical Center, August 14, 2018: Nijmegen, Netherlands.

10.  Freeman MD. Introduction to Forensic Epidemiology. Radboud Summer School. Radboud Medical Center, August 13, 2018: Nijmegen, Netherlands.

11.  Freeman MD. Ballistic analysis of an attempted murder using a porcine model. *Proceedings of 70th Annual Meeting of the American Academy of Forensic Sciences* 2018 Feb 19-23: Seattle, WA.

12.  Freeman MD. Evidence-based practice in Forensic Medicine; Principles of Forensic Epidemiology. Radboud Medical Center, October 9, 2017: Nijmegen, Netherlands.

13.  Freeman MD. Incidence and risk factors for neonatal falls US Hospitals, 2003-2012. *Health Science Research,* Doernbecher Childrens' Hospital, Oregon Health & Science University, March 13, 2017, Portland, Oregon.

14.  Freeman MD. Incidence and risk factors for neonatal falls US Hospitals, 2003-2012. *Research in Progress,* Department of Internal Medicine, Oregon Health & Science University School of Medicine, January 31, 2017, Portland, Oregon.

15.  Freeman MD. Evidence-based practice in Forensic Medicine. Invited presentation to the Dutch National Forensic Institute (NFI). December 6, 2016 Maastricht University, Maastricht, Netherlands.

16.    Freeman MD. Forensic Epidemiology: Principals & Practice Part 2: Investigation of specific causation. Gran Sesión de Epidemiología Forense. November 18, 2016 Universidad Libre, Cali, Colombia.

17.    Freeman MD. Forensic Epidemiology: Principals & Practice Part 1: Investigation of specific causation. Gran Sesión de Epidemiología Forense. November 18, 2016 Universidad Libre, Cali, Colombia.

18.    Freeman MD. Fatal crash investigation. World Reconstruction Exposition (WREX 2016). May 2-6, 2016. Orlando, Florida.

19.    Freeman MD. Trends in police use-of-force related hospitalizations; an analysis of Nationwide Inpatient Sample data for 1998-2012. *Research in Progress,* Department of Internal Medicine, Oregon Health & Science University School of Medicine, November 10, 2015, Portland, Oregon.

20.    Freeman MD. Concussion risk associated with head impact; an analysis of pooled data from helmeted sports. *12th Annual Conference of the North American Brain Injury Society*, April 29-May 1, 2015 San Antonio, Texas

21.    Freeman MD. The role of risk in assessing cause in forensic investigation of injury and death. *American Medical Response biennial EMS training*. April 17, 2015, Mt. Hood, Oregon.

22.    Freeman MD. Development of a pediatric fatal head trauma registry. *Research in Progress,* Department of Internal Medicine, Oregon Health & Science University School of Medicine, April 7, 2015, Portland, Oregon.

23.    Freeman MD. Fatal crash investigation: methods and case presentations. Washington County CART Team training lecture. Tualatin Police Department, Tualatin, Oregon. March 4, 2015.

24.    Freeman MD. An analysis of the causal relationship between maternal/ prenatal cocaine use and stillbirth: results of a national hospital database study. *67th Annual Meeting of the American Academy of Forensic Sciences* 2015 Feb 16-21: Orlando, FL

25.    Freeman MD. Biomechanical, Mechanical, and Epidemiologic Characteristics of Low Speed Rear Impact Collisions. *67th Annual Meeting of the American Academy of Forensic Sciences* 2015 Feb 16-21: Orlando, FL.

26.    Freeman MD. Sexual abuse in the Boy Scouts: a preliminary analysis of Boy Scout ineligible volunteer files from 1945 to 2004. *Research in Progress,* Department of Sociology, Portland State University. December 18, 2014.

27.    Freeman MD. Understanding chronic pain after whiplash trauma. *Lund University Hospital, Department of Rehabilitation Medicine*. December 11, 2014, Lund, Sweden.

28.    Freeman MD. Forensic Applications of Epidemiology in Criminal and Civil Settings. *Richard Doll Building, Nuffield College, Oxford University*. December 10, 2014, Oxford, UK.

29.    Freeman MD. The Efficacy of tPA in Preventing Long Term Poor Outcome After Ischemic Stroke: A Reanalysis of NINDS Data. *Research in Progress,* Department of Internal Medicine, Oregon Health & Science University School of Medicine, November 25, 2014, Portland, Oregon.

30.    Freeman MD. Forensic Epidemiology and Bioterrorism. Full day course for public health and

law enforcement. A joint training for public health, law enforcement, and emergency services. Sponsored by Charles County Department of Public Health and funded through a grant from the Centers for Disease Control and Prevention, Public Health Preparedness Cooperative Agreement. College of Southern Maryland. June 10, 2014. Waldorf, Maryland.

31.    Freeman MD. Maternal cocaine exposure and still-birth risk. *Research in Progress,* Department of Internal Medicine, Oregon Health & Science University School of Medicine, May 20, 2014, Portland, Oregon.

32.    Freeman MD. Forensic Applications of Epidemiology in Civil and Criminal Litigation. *9th International Conference on Forensic Inference and Statistics* August 19-22, 2014

33.    Freeman MD. Investigation of a disputed mechanism of diffuse axonal injury following a low speed frontal crash. *65th Annual Meeting of the American Academy of Forensic Sciences,* Feb 21, 2014, Seattle, Washington.

34.    Freeman MD. Public defense of dissertation for Doctor of Medicine degree, "The role of forensic epidemiology in evidence based forensic medical practice." *Section of Forensic Medicine, Department of Community Medicine and Rehabilitation, Faculty of Medicine, Umeå University.* November 6, 2013, Umeå, Sweden.

35.    Freeman MD. Case studies in applied forensic epidemiology. Invited lecture, *University of Maastricht, Department of Complex Genetics and Epidemiology,* Maastricht, The Netherlands. October 31, 2013.

36.    Freeman MD. The relationship between Chiari malformation, trauma, and chronic pain. *Karolinska Institute,* September 27, 2012, Stockholm, Sweden.

37.    Freeman MD. Serious head and neck injury as a predictor of occupant position in fatal rollover crashes. *18th Nordic Conference on Forensic Medicine*, June 13-16, 2012 Aarhus Denmark.

38.    Freeman M. Self-defense or attempted murder? A combined ballistic and traffic crash reconstruction of a Texas shooting. *18th Nordic Conference on Forensic Medicine*, June 13-16, 2012 Aarhus Denmark.

39.    Freeman MD. Applied forensic epidemiology: the evaluation of individual causation in wrongful death cases using relative risk. *18th Nordic Conference on Forensic Medicine*, June 13-16, 2012 Aarhus Denmark.

40.    Freeman MD. Forensic Epidemiologic Investigation of Traffic Crash-Related Homicide. *Årsmøde i Dansk Selskab for Retsmedicin og Dansk Selskab for Ulykkes- og Skadeforebyggelse* [The Danish Traffic Medicine Society of the Danish Society for Forensic Medicine] November 3-5, 2011] Grenå, Denmark.

41.    Freeman MD. Traffic Crash Injuries 1960 to the present; how far we've come. Keynote address, *Årsmøde i Dansk Selskab for Retsmedicin og Dansk Selskab for Ulykkes- og Skadeforebyggelse* [The Danish Traffic Medicine Society of the Danish Society for Forensic Medicine] November 3-5, 2011] Grenå, Denmark.

42.    Freeman MD. Is there a place for forensic biomechanics in evaluation of Probability of Causation? *8th International Conference on Forensic Inference and Statistics (ICFIS),* July 19-21, 2011; University of Washington, Seattle, Washington.

43.     Freeman MD. Case studies in forensic epidemiology. *8th International Conference on Forensic Inference and Statistics (ICFIS)*, July 19-21, 2011; University of Washington, Seattle, Washington.

44.     Freeman MD. The Error Odds method of objectively assessing bioengineering based claims of causation; a Bayesian approach to test validity quantification. Invited lecture; joint session of Jurisprudence and Engineering Sciences. *62nd Annual Meeting of the American Academy of Forensic Sciences* Feb 25, 2010, Seattle, Washington.

45.     Freeman MD, Uhrenholt L, Newgard C. The effect of restraint use on skull vault fractures in rollover crashes. Engineering Sciences section, *62nd Annual Meeting of the American Academy of Forensic Sciences* Feb 26, 2010 Seattle, Washington.

46.     Freeman MD, Uhrenholt L, Newgard C. Head injuries in lower speed collinear collisions; an analysis of the National Automotive Sampling System database. Engineering Sciences section, *62nd Annual Meeting of the American Academy of Forensic Sciences* Feb 26, 2010 Seattle, Washington.

47.     Freeman MD. The Error Odds assessment of accuracy for tests in forensic medicine; a simple application of Bayes' Law. Invited presentation; *XXI Congress of the International Academy of Legal Medicine* May 2009, Lisbon, Portugal

48.     Freeman MD. Forensic Epidemiology and Traumatic Brain Injury. Invited presentation; *VII World Congress on Brain Injury, International Brain Injury Association* April 2008 Lisbon, Portugal.

49.     Freeman MD, Hand M. Bayesian analysis of predictive characteristics in suicidal versus homicidal hanging deaths: A case study in forensic epidemiology. *59th Annual Meeting of the American Academy of Forensic Sciences* February 19-24, 2007, San Antonio, Texas.

50.     Freeman MD. Probability and pathologic findings in suicidal versus homicidal hanging deaths; a case study *16th Nordic Conference on Forensic Medicine* June 15, 2006, Turku, Finland.

51.     Freeman MD. Injury Pattern Analysis as a means of driver determination in a vehicular homicide investigation *16th Nordic Conference on Forensic Medicine* June 16, 2006, Turku, Finland.

52.     Freeman MD. Probability and pathologic findings in suicidal versus homicidal hangings; a case study. Grand Rounds *Institute of Forensic Medicine, Aarhus University, Aarhus, Denmark.* October 27, 2005.

53.     Freeman MD. Road Traffic Crashes- mechanisms, injuries and analysis. Invited lecture (Keynote address) *Danish Society for Automotive Medicine* Aarhus, Denmark. October 27, 2005.

54.     Freeman MD. The Defense Medical Evaluation: Issues, Ethics and Pitfalls. *2nd Annual International Whiplash Trauma Congress* Breckenridge, Colorado. February 26, 2005.

55.     Freeman MD. Injury Pattern Analysis in Fatal Traffic Crash Investigation *American Academy
of Forensic Sciences' 57th Annual Meeting* New Orleans, Louisiana. February 24, 2005.

56.     Freeman MD. Independent Medical Evaluations and secondary gain. Grand Rounds,
*Department of Psychiatry, Oregon Health & Science University School of Medicine*
November 2, 2004.

57.     Freeman MD. The epidemiology of crash-related trauma. Invited lecture. Grand Rounds
*Peace Health Hospital* Longview, Washington. March 30, 2004.

58.     Freeman MD. Injury pattern analysis: the practical application to the investigation of crash
related death. Grand Rounds Department of Pathology, *Oregon Health Sciences University*
Portland, Oregon. January 21, 2004.

59.     Freeman MD. Literature critique, Whiplash Updates. Invited lecture. *British Columbia
Chiropractic Association* Vancouver, British Columbia, Canada. October 23, 2003.

60.     Freeman MD. Catastrophic crash cases and probability. Invited lecture. *Paris American Legal
Institute* Florence, Italy. September 22, 2003.

61.     Freeman MD. Injury pattern analysis as a means of driver identification in a vehicular
homicide; a case study. *International Traffic Medicine Association Annual Meeting*.
Budapest, Hungary. September 17, 2003.

62.     Freeman MD. Fatal head injury crashes in a rural Oregon county, 1990-1999. *International
Traffic Medicine Association Annual Meeting*. Budapest, Hungary. September 16, 2003.

63.     Freeman MD. Crash reconstruction and forensic science. Invited lecture. *CRASH 2003* Spine
Research Institute of San Diego. San Diego, California. August 22, 2003.

64.     Freeman MD, Sparr L. The uses and abuses of psychiatric IMEs: an ethical dilemma.
*American Psychiatric Association Annual Meeting*. San Francisco, California. May 21, 2003.

65.     Freeman MD. Crash-related trauma. Invited lecture. THRI Neuroscience meeting. *Texas
Back Institute* St. Mary's Hospital. Plano, Texas. February 28, 2003.

66.     Freeman MD. Whiplash injury and occult spinal fracture. *International Association for the
Study of Pain* 10th World Congress on pain. San Diego, California. August 20, 2002.

67.     Freeman MD. Crash Reconstruction and forensic science. *CRASH 2002* Spine Research
Institute of San Diego. San Diego, California. August 8, 2002.

68.     Freeman MD. Epidemiologic and medical aspects of whiplash injury. *Swedish Orthopedic
Society* Stockholm, Sweden. May 17, 2002.

69.     Freeman MD. Epidemiologic considerations of whiplash injuries. Invited lecture. *European
Chiropractic Union Annual Congress* Oslo, Norway. May 9, 2002.

70.    Freeman MD. The role of cervical manipulation in neck pain. Invited lecture. *Cervical Spine Research Society 29th Annual Meeting* Instructional Course, Monterey, CA, Nov 29-Dec 1, 2001

71.    Freeman MD. Whiplash injury and occult vertebral fracture: a case series of bone SPECT imaging of patients with persisting spine pain following a motor vehicle crash. *Cervical Spine Research Society 29th Annual Meeting* Monterey, CA, Nov 29-Dec 1, 2001

72.    Freeman MD. Interpreting the medical literature with a focus on bias and confounding/Minimal Damage Crash Reconstruction. Invited lecture. *CRASH 2001* Spine Research Institute of San Diego. San Diego, CA. August 2001.

73.    Freeman MD. Injury Pattern Analysis and Forensic Trauma Epidemiology in vehicular homicide investigation. *Washington State Patrol* Lacy, WA, June 20, 2001

74.    Freeman MD. Case studies in multidisciplinary spine care. *Chiropractic Association of Oregon* Portland OR, April 28, 2001

75.    Freeman MD. Injury Pattern Analysis and Forensic Trauma Epidemiology in vehicular homicide investigation. *Washington State Patrol* Vancouver, WA, February 13, 2001

76.    Freeman MD. The role of cervical manipulation in neck pain. Invited lecture. *Cervical Spine Research Society 28th Annual Meeting* Instructional Course. Charleston, South Carolina, December 1, 2000

77.    Freeman MD. Significant spinal injuries resulting from low-level accelerations: a case series of roller coaster injuries. *Cervical Spine Research Society 28th Annual Meeting* Charleston, South Carolina, December 1, 2000

78.    Freeman MD. Injury Pattern Analysis and Forensic Trauma Epidemiology in vehicular homicide investigation. *Medical Examiner Division, Oregon State Police.* Salem, OR. November 28, 2000

79.    Freeman MD. Minimal damage motor vehicle crash reconstruction. Invited lecture. Spine Research Institute of San Diego. *CRASH 2000* Spine Research Institute of San Diego. San Diego CA. August 11-13, 2000

80.    Freeman MD. Analysis of the whiplash literature with emphasis on research out of Quebec and Saskatchewan. *Saskatchewan Medical Group and Coalition Against No-Fault.* Saskatoon, Saskatchewan. September 2000.

81.    Freeman MD. Forensic applications of crash reconstruction. Invited lecture. *CRASH 2000* Spine Research Institute of San Diego.. San Diego, CA. August 11, 2000.

82.    Freeman MD. Injury Pattern Analysis and Forensic Trauma Epidemiology; practical application in the forensic setting. Washington County CART Team training lecture, on behalf of *Medical Examiner Division, Oregon State Police.* Lake Oswego, Oregon. July 13, 2000.

83.    Freeman MD. The epidemiology of acute and chronic whiplash injury in the U.S. Invited lecture. *HWS-Distorsion (Schleudertrauma) & Leichte Traumatische, Hirnverletzung. Invaliditat und Berufliche Reintegration*. Basel, Switzerland. June 29-30, 2000.

84.    Freeman MD. Whiplash injury risk factors. Invited lecture. *Whiplash 2000*. Bath, England. May 18, 2000.

85.    Freeman MD. How many whiplash injuries could there be? Invited lecture. *Whiplash 2000* Bath, England. May 17, 2000.

86.    Freeman MD. Whiplash injury and occupant kinematics; the results of human volunteer crash testing. Invited lecture. *Society for Road Traffic Injuries (LFT)*. Oslo, Norway. April 3, 2000.

87.    Freeman MD. Epidemiology of Whiplash Injuries. Invited lecture. *Swedish Orthopedic Society* Stockholm, Sweden. March 31, 2000.

88.    Freeman MD. Methodologic pitfalls in epidemiological and clinical research, with examples from whiplash research. Invited lecture. *Arvetsinstitut (Institute for Musculoskeletal Medicine Research) Umeå University,* Umeå, Sweden. March 30, 2000.

89.    Freeman MD. The prevalence of whiplash-associated chronic cervical pain among a random sample of patients with chronic spine pain. *Cervical Spine Research Society 27th Annual Meeting* Seattle, WA December 13-15, 1999.

90.    Freeman MD. High speed videography of occupant movement during human volunteer crash testing; searching for an injury threshold. *North American Whiplash Trauma Congress* November 12, 1999.

91.    Freeman MD. Scientific Chair Address. *North American Whiplash Trauma Congress* November 12, 1999.

92.    The science of whiplash injuries: common mistakes in the reconstruction of low speed crashes. Invited lecture. *Forensic Accident Reconstructionists of Oregon* Eugene, Oregon, April 1, 1999.

93.    Freeman MD. Late whiplash risk factor analysis of a random sample of patients with chronic spine pain. *Whiplash Associated Disorders World Congress* Vancouver, B.C. February 9, 1999.

94.    Freeman MD. The epidemiology of whiplash injuries; critiquing the literature. Grand rounds, *Department of Public Health and Preventive Medicine, Oregon Health Sciences University* Portland, Oregon. December 17, 1998.

95.    Freeman MD. The scientific appraisal of motor vehicle crash-related injuries. Invited lecture. *Managing the Cost of Auto Injuries.* Orlando, FL. December 8, 1998.

96.    Freeman MD. Risk factors for chronic pain following acute whiplash injury. Invited lecture. *Managing the Cost of Auto Injuries* Orlando, FL. December 7, 1998.

97.     Freeman MD. The epidemiology of whiplash injuries. Current Issues in Public Health, *Department of Public Health and Preventive Medicine, Oregon Health Sciences University* Portland, Oregon. October 7, 1998

98.     Freeman MD. The epidemiology of whiplash - is there a reliable threshold for whiplash injury? Invited lecture. *HWS-Distortion (Schleudetrauma) & Leichte Traumatische Medico-Legal Congress.* Basel, Switzerland, June 26, 1998.

99.     Freeman MD. The Epidemiology of Late Whiplash. Invited lecture. *HWS-Distortion (Schleudetrauma) & Leichte Traumatische Medico-Legal Congress.* Basel, Switzerland, June 25, 1998.

100.    Freeman MD. Methodologic error in the whiplash literature. Invited lecture. *Whiplash '96* Brussels, Belgium, November 15-16, 1996

101.    Freeman MD. Conservative therapy for spinal disorders *St. Francis Hospital*, San Francisco, CA. September 1994

102.    Freeman MD. The history of chiropractic. Invited lecture. *White Plains Hospital*, White Plains, NY. December 1993