# EXHIBIT A

# JEFFREY J. NOBLE

Rancho Santa Margarita, CA 92688

Telephone: (949) 279-4678
*Email:* jeffnoble@cox.net
www.policeconduct.net

**EXPERIENCE**

*CONSULTANT/EXPERT WITNESS* (2005 – Present)

Provide consulting and expert witness services on a wide range of law enforcement and personnel issues including misconduct, corruption, use of force, workplace harassment, pursuits, police administration, training, police operations, criminal and administrative investigations, interviews and interrogations, civil rights violations, police procedures, and investigations.

*FEDERAL COURT APPOINTED MONITOR*

Santa Clara, California, Sheriff's Department (March 2019 – present)

Review of policies, procedures and use of force applications in the Santa Clara County Jails as part of a federal court consent decree in the matter of *Chavez v. County of Santa Clara*.

*DEPUTY CHIEF OF POLICE* (April 2014 – January 2015)

Westminster Police Department, California
(Sworn 87; Civilian – 40; Population- 91,377; 10 sq. mi.)

Served as an interim Deputy Chief of Police to review Internal Affairs, auditing processes, department policies and procedures, risk management and to facilitate the efforts of a new external oversight agency.

*DEPUTY CHIEF OF POLICE* (September 1984 – July 2012)

Irvine Police Department, California
(Sworn – 205, Civilian – 100; Population: 217,000; 70 sq. mi.)

Served as a Patrol Officer, Narcotics Detective, Traffic Detective, Training Sergeant, SWAT sergeant and Commander, Internal Affairs, Sergeant, Lieutenant, Commander and Deputy Chief of Police.  As the Deputy Chief of Police, I was responsible for all operations of the Irvine Police Department including Patrol, Traffic and Investigations.

# JEFFREY J NOBLE

## EDUCATION

<u>Western State University, College of Law</u> (Irvine, California)
J.D. *with honors*, 1993.
Assistant Editor, <u>Consumer Law Journal</u>.  California State Bar, 1994, #170911.

<u>California State University at Long Beach</u>
B.A. Criminal Justice, 1989

<u>Senior Management Institute for Police</u>
Police Executive Research Forum.  Boston University, Boston, Massachusetts, 2002

## PUBLICATIONS

*Books:*

Stoughton, S., Noble, J. and G. Alpert, *Evaluating Police Uses of Force*, New York University Press (2020).
Noble, J., and G. Alpert, *Managing Accountability Systems for Police Conduct: Internal Affairs and External Oversight*.  Prospect Heights, IL. Waveland Press (2008).

*Book Chapters:*

Alpert, G., J. Noble and J. Rojek, *Solidarity and the Code of Silence,*  Dunham, R. and G. Alpert (Eds.).  Critical Issues in Policing: Contemporary Readings.  Prospect Heights, IL, Waveland Press.  Seventh Edition (2015).
Noble, J., and G. Alpert, *State Created Danger: Should Police Officers be Accountable for Reckless Tactical Decision Making?* (Updated) Dunham, R. and G. Alpert (Eds.).  Critical Issues in Policing: Contemporary Readings.  Prospect Heights, IL, Waveland Press.  Seventh Edition (2015).
Noble, J., and G. Alpert, *State Created Danger: Should Police Officers be Accountable for Reckless Tactical Decision Making?* Dunham, R. and G. Alpert (Eds.).  Critical Issues in Policing: Contemporary Readings.  Prospect Heights, IL, Waveland Press.  Sixth Edition (2009).

# JEFFREY J NOBLE

*Articles:*

Stoughton, S., Noble, J., and Alpert, G., *How to Actually Fix America's Police*, The Atlantic (June 2020)

Stoughton, S., Noble, J., and Alpert, G., *George Floyd's death shows exactly what police should not do,* The Washington Post (May 29, 2020)

Stoughton, S., Alpert, G. and Noble, J., *Why Police Need Constructive Criticism*, The Atlantic (December 23, 2015)   http://www.theatlantic.com/politics/archive/2015/12/officer-porter-mistrial-police-culture/421656/

Stoughton, S., Noble, J. and Alpert G., *Better Information is the Key to Policing Reform,* The Atlantic, (September 24, 2015) http://www.theatlantic.com/politics/archive/2015/09/better-information-is-the-key-to-policing-reform/406696/

Noble, J., *Rethinking Tactical Team Warrant Entries*, The Tactical Edge (Summer 2014).

Noble, J. *Assessing Police Discretion,* The Journal of California Law Enforcement (Vol. 47, No. 4, 2013).

Noble, J. and G. Alpert, *Criminal Interrogations of Police Officers After Use-of-Force Incidents,* FBI Law Enforcement Bulletin (September 2013).

Noble, J. and G. Alpert, *What Do We Really Know About American Policing?* The Journal of California Law Enforcement (Vol. 47, No. 1, 2013).

Noble, J., *Do I Need A SWAT Team?  Threat Assessments for Warrant Services*, The Tactical Edge (Winter 2013).

Alpert, G., J. Rojek and J. Noble, *The Cognitive Interview in Policing: Negotiating Control*. ARC Centre of Excellence in Policing and Security: Briefing Paper, Australian Government Research Council (June 2012).

Noble, J. and G. Alpert, *Evaluating the Quality of Law Enforcement Investigations: Standards for Differentiating the Excellent, Good and Reasonable, From the Unacceptable*.  The Journal of California Law Enforcement (Vol. 46, No. 1, 2012)

Noble, J., *Police Explorers: Protecting a Valued Asset.* The Journal of California Law Enforcement (Vol. 45, No. 3, 2011).

Noble, J., and G. Alpert, *Lies, True Lies and Conscious Deception: Police Officers and the Truth*.  Police Quarterly, Volume 12, Number 2 (June 2009).

Noble, J., Assessing *Witness Credibility*.  International Association of Chiefs of Police, Training Key #597 (2006).

Noble, J., Albertsons *Homicide: An Active "Shooter" Response*, The Tactical Edge (Fall 2004).

Noble, J., Police *Officer Truthfulness and the <u>Brady</u> Decision*, Police Chief Magazine (October 2003).

Noble, J., *The Boomerang Employee – What to do When a Fired Employee Comes Back*, The Journal of California Law Enforcement (Volume 37, No. 1, 2003).

Noble, J., Why *Appearance Matters*, Network – California Peace Officers' Association Newsletter (August 2001).

# JEFFREY J NOBLE

Noble, J., *Tactical Team Basics: Warrants*, The Tactical Edge (Summer 2000).
Noble, J., Encouraging *Interaction*, Minnesota Cities Magazine (Volume 84, Issue 11, November 1999).
Noble, J., *Neighborhood Watch Evolves Into Community Engagement Tool in Irvine*, Community Policing Consortium. www.communitypolicing.org/publications/artbytop/w6/w6noble.htm (October 1999).
Noble, J., Childhood Experiences Find a Place in Today's Public-Safety Strategies, Community Links (Ph. VI, No.3, Issue 9 - Summer 1999).
Noble, J., *Police Pursuits: Law Enforcement or Public Safety?* The Journal of California Law Enforcement (Volume 33, No.1, 1999).
Noble, J., *Alternative Work Schedules can be an Evolution of Team Policing*, Network - California Peace Officers' Association Newsletter (December 1998).
Noble, J., *Continuing Police Training: The Interactive Multimedia Approach*, The Journal of California Law Enforcement (Volume 29, No.1, 1995).
Noble, J., *Environmental Advertising Claims: "Ozone Friendly"* Consumer Protection, 2 W. St. U. Consumer L.J. 95 (1993).

## SELECTED PROFESSIONAL ACTIVITIES

*Peer Review* – Law Enforcement Dog Encounters Training Toolkit for Law Enforcement, DOJ, Office of Community Oriented Policing Services, COPS, (December 2018)
*Presenter* – Developing or Revitalizing an Internal Affairs Unit. Public Agency Training Council: Internal Affairs Conference (December 2014)
*Presenter* – Addressing Police Misconduct: Standards to Consider. The International Association of Chiefs of Police Annual Conference (October 2014).
*Presenter* – Reducing Traffic-Related Officer Injuries and Deaths. The International Association of Chiefs of Police Annual Conference in Orlando, Florida (October 2014).
*Participant* – Reducing Violence and Improving the Rule of Law: Organized Crime, Marginalized Communities, and the Political Machine. Carnegie Endowment for International Peace. Washington, D.C. (September 2014)
*Presenter* – Preventing Corruption in Police Institutions. Police Accountability in Democracies: First International Congress on Police Internal Affairs. Los Cabos, Baja California Sur, Mexico (October 2013).
*Presenter* – Testilying: Lies, True Lies, and Conscious Deception: Police Officers' Truth and the Brady Decision. American Psychological Association Annual Conference in Honolulu, Hawaii (July 2013).
*Presenter* – Police Misconduct Issues: Police Explorers and Reasonableness of Internal Affairs Investigations, The International Association of Chiefs of Police Annual Conference in San Diego, California (October 2012).
*Peer Review* – Building and Enhancing Criminal Justice Researcher-Practioner Partnerships, National Institute of Justice (June 2012).
*Committee Chairperson* – California Peace Officers' Association Communications Sub-Committee.

# JEFFREY J NOBLE

Responsible for publication of the Journal of California Law Enforcement (Jan. 2012 – present)

*Presenter* – The Lying Police Officer: Is Any Deception Acceptable?  With Karen Kruger.   The International Association of Chiefs of Police Annual Conference in Denver, Colorado (Nov. 2009).

*Presenter* – State-Created Danger: Should Police Officers be Accountable for Reckless Tactical Decision Making?  The Academy of Criminal Justice Sciences Annual Meeting in Boston, Massachusetts. (March 2009).

*Committee Chairperson* – Major Cities Chiefs of Police Task Force in Internal Affairs. Los Angeles, California (2005-2008).

*Peer Review* – Boston Police Department: Enhancing Cultures of Integrity Technical Assistance Guide, Office of Community Oriented Policing Services #TDL 2008-371 (July 2008)

*Peer Review* – Undocumented Immigrants in U.S./Mexico Border Counties: The Cost of Law Enforcement and Criminal Justice Services, National Institute of Justice #TDL 2008- 321 (December 2007).

*Presenter* – Truth or Consequences: Dealing with the Deceitful Police Officer, with Jeffrey Schlanger and Michael Stone, The International Association of Chiefs of Police Annual Conference, Los Angeles, California (November 2004).

*Presenter* - Albertsons Homicide: An Active "Shooter" Response, The California Association of Tactical Officers Annual Conference, Palm Springs, California (September 2004).

*Presenter* – Boomerang Employees, COPS Conference, Washington, D.C. (2002).

## PROFESSIONAL AFFILIATIONS

*California Peace Officers' Association* – Chair, Communications Sub-Committee (2012 – 2018)
*Police Executive Research Forum*
*International Association of Chiefs of Police*
*National Tactical Officers' Association*
*Special Olympics Torch Run* Southern California Region, Assistant Director (1997 – 2012)

## CONSULTING/EXPERT WITNESS

2021   Alves v. Riverside County Sheriff's Department (Plaintiff) (Expert Report)
       Use of Force
       John Burton, The Law Offices of John Burton, The Marine Building, 128 North Fair Oaks Avenue, Pasadena, California 91103

2020   VanGilder v. McClean and Beale (Plaintiff) (Expert Report)
       Failure to Render Medical Assistance
       Mark J. Krudys, The Krudys Law Firm, PLC, SunTrust Center, 919 East Main Street, Suite 2020, Richmond, VA  23219

2020   Hood/Washington v. Chicago (Defense) (Expert Report)

# JEFFREY J NOBLE

|      |   |
|------|---|
|      | Monell Allegations<br>George Yamin, The Sotos Law Form, 550 East Devon Avenue, Suite 150, Itasca, IL 60143 |
| 2020 | Grabbingbear v. Europe (Defense) (Expert Report)<br>Officer Involved Shooting<br>Donald Sisson, Elkus and Sissnon, PC, 7100 E. Belleview Ave., Suite 101, Greenwood Village, CO 80111 |
| 2020 | Thurman v. Spokane County Sheriff's Department (Defense) (Expert Report)<br>Reasonableness of Internal Investigation<br>Michael Kitson, Lane Powell, 1420 5th Avenue, #4200, Seattle, WA 98101 |
| 2020 | Dew v. City of Seaside (Plaintiff) (Expert Report)<br>Officer Involved Shooting<br>Karen C. Joynt, Joynt Law, 225 S. Lake Ave., Suite #300, Pasadena, CA 91101 |
| 2020 | Arnold v. City of Olathe, Kansas (Plaintiff) (Expert Report) (Deposition)<br>Tactical Decision Making<br>Ryan J. Gavin, Kamykowski, Gavin & Smith, P.C., 222 S. Central Ave., Suite 1100, St. Louis, MO 63105 |
| 2020 | Scott and Johnson v. Detroit (Plaintiff) (Expert Report)<br>Allegation of Wrongful Convictions<br>Nick Bourland, Emery Celli Brinckerhoff Abady Ward & Maazel LLP, 600 Fifth Avenue, 10th Floor, New York, NY 10020 |
| 2020 | Chinaryan v. LAPD (Plaintiff) (Expert Report)<br>High-risk car stop<br>John Burton, The Law Offices of John Burton, The Marine Building, 128 North Fair Oaks Avenue, Pasadena, California 91103 |
| 2020 | Lisner v. Huntington Park (Plaintiff) (Expert Report)<br>Employment Action<br>Michael J. Grobaty, Murtaugh Treglia Stern & Deily LLP, 2603 Main Street, Penthouse, Irvine, CA 92614 |
| 2020 | Meadows v. Town of Rising Sun, MD (Plaintiff) (Expert Report)<br>Officer Involved Shooting<br>Jeffrey Nusinov, Nusinov, Smith, LLP, 6225 Smith Avenue, Suite 200B, Baltimore, MD 21209 |
| 2020 | People v. Nelson (King County, Washington) (People) (Expert Report)<br>Officer Involved Shooting<br>Kathy Van Olst, King County Prosecuting Attorney's Office, 516 Third Avenue, W400 Seattle, WA 98104 |
| 2020 | Mesa v. Leon Valley, Texas (Plaintiff) (Expert Report)<br>Pursuit<br>Gene Toscanao, 846 Culebra Road, San Antonio, Texas 78201 |
| 2020 | Doe v. Charlotte Board of Education (Defense) (Expert Report) (Deposition)<br>Police investigation<br>Lori Keeton, The Law Offices of Lori Keeton, 13850 Ballantyne Corporate Place, Suite 500, |

# JEFFREY J NOBLE

       Charlotte, North Carolina 28277
2020   Bisetti v. City of Austin (Plaintiff) (Expert Report)
       Arrest and Disciplinary Action
       Jeff Edwards, The Edwards Law Firm, 1101 East 11th Street, Austin, TX 78702
2020   Amaral v. City of San Diego (Plaintiff) (Expert Report) (Deposition)
       Use of force
       Gastone Bebi, 501 West Broadway, Suite 1340, San Diego, CA 92101
2020   Baker v. Coburn and McHugh (Stratford, Texas) (Plaintiff) (Expert Report)
       Officer Involved-Shooting
       Jeff Edwards, The Edwards Law Firm, 1101 East 11th Street, Austin, TX 78702
2020   Scott v. Charlotte (Defense) (Deposition)
       Officer Involved Shooting
       Mark Newbold, Deputy City Attorney, Charlotte-Mecklenburg, 601 E. Trade Street
       Charlotte, NC 28202
2020   Dudley v. City of Kinston (Plaintiff) (Expert Report) (Deposition)
       Allegation of Wrongful Conviction
       David Rudolf, Rudolf-Widenhouse, 225 East Worthington Ave., Suite 100, Charlotte, NC 28203
2020   Taylor v. Los Angeles County Sheriff's Department (Plaintiff) (Expert Report)
       Internal Investigation, Failure to Render Medical Aid
       Arnoldo Casillas, Casillas & Associates, 3777 Long Beach Blvd, Long Beach, CA 90807
2020   McBean v. Peraza (Plaintiff)
       Officer Involved Shooting
       David I. Schoen, 2800 Zelda Road, Suite 100-6, Montgomery, Alabama  36106
2020   Hayes v. City of Portland (Defense) (Expert Report) (Deposition)
       Officer Involved Shooting
       Bill Manlove, Portland Office of the City Attorney, 1221 SW Fourth Avenue, Room 430, Portland, OR 97204
2020   Eatherton v. County of Riverside (Plaintiff) (Expert Report)
       Use of force
       Jerry Steering, 4063 Birch St., Suite 100, Newport Beach, CA 92660
2020   Godifay v. King County, WA (Defense) (Expert Report)
       Alleged police pursuit
       Daniel L. Kinerk, King County Senior Deputy Prosecuting Attorney, 900 King County Administration Building, 500 Fourth Avenue, Seattle, WA 98104-2316
2020   Doxator v. O'Brien, Green Bay Police Department (Plaintiff) (Expert Report) (Deposition)
       Use of Force
       Forrest K. Tahdooahnippah, Dorsey & Whitney, 50 South Sixth Street, Suite 1500, Minneapolis, MN 55402
2020   Krechmery v. City of Ontario (Plaintiff) (Expert Report)
       Use of Force
       Jerry Steering, 4063 Birch St., Suite 100, Newport Beach, CA 92660

# JEFFREY J NOBLE

2019    Taylor v. Seattle, (Defense) (Expert Report)
Officer Involved Shooting
Ghazal Sharifi, Seattle City Attorney's Office, 701 Fifth Avenue, Suite 2050, Seattle, WA 98104

2019    Thomas v. County of Sacramento (Plaintiff) (Expert Report)
Officer Involved Shooting
Stewart Katz, 555 University Avenue, Suite 270, Sacramento, CA 95825

2019    Elifritz v. City of Portland, (Defense) (Expert Report)
Monell allegation
Naomi Sheffield, Deputy City Attorney, Portland Officer of the City Attorney, 1221 SW Fourth Avenue, Room 430, Portland, OR 97204

2019    People v. Krichovich and LaCerra (Broward County, FLA) (State) (Deposition)
Use of Force
Christopher Killoran, Assistant State Attorney, Seventeenth Judicial Circuit of Florida
Broward County Courthouse, 201 S.E. Sixth Street, Fort Lauderdale, FL 33301-3360

2019    Wilson v. City of Mission, TX (Plaintiff) (Expert Report) (Deposition)
Officer Involved Shooting
Victor Rodriguez, 121 North 10th Street, McAllen, TX 78501

2019    Davis v. Waller (Georgia Bureau of Investigations) (Defense) (Expert Report)
Officer Involved Shooting
Ron Stay, Assistant Attorney General, Georgia Department of Law, 40 Capitol Square SW, Atlanta, Georgia

2019    Yatsko v. Graziolli (Cleveland Police Department) (Plaintiff) (Expert Report)
Officer Involved-Shooting
Jeremy Tor, Spangenberg, Shibley & Liber, 1001 Lakeside Ave. East, Suite 1700, Cleveland, OH 44114

2019    Contreras v. City of Granger, WA (Plaintiff) (Expert Report)
Employment
Aaron V. Rocke, Rocke Law Group, PLLC, 101 Yesler Way, Suite 603, Seattle, WA 98104

2019    Doolittle v. Hickory, N.C. (Plaintiff) (Expert Report) (Deposition)
Use of Force
Paul Tharpe, Arnold & Smith, 200 North McDowell Street, Charlotte, NC 28204

2019    Slater v State of Arizona Department of Game and Fish (Defense) (Expert Report)
Use of Force
Timothy Watson, Assistant Attorney General, Liability Management Section, 2005 N. Central Ave., Ste. 100, Phoenix, AZ 85004

2019    Howard v. City of Durham, NC (Defense) (Expert Report) (Deposition)
Allegation of Wrongful Conviction
J. Nicholas Ellis, Poyner Spruill, 130 S. Franklin, Rocky Mount, NC 27804

2019    Tate v. City of Seattle (Defense) (Expert Report)
Detention and Use of Force
Ghazal Sharifi, Seattle City Attorney's Office, 701 Fifth Avenue, Suite 2050, Seattle, WA 98104

# JEFFREY J NOBLE

2019   McNally v. San Diego (Plaintiff) (Expert Report) (Deposition) (Trial)
       Use of Force
       Mike Marrinan, 501 W. Broadway, Suite 1510, San Diego, CA 92101
2019   Godinez v. Chicago (Defense) (Expert Report)
       Monell allegation
       Avi Kamionski, Nathan and Kamionski, LLP, 140 S. Dearborn, Suite 1510, Chicago, IL 60603
2019   Shortridge v. City of Arvada, CO (Defense) (Expert Report)
       Use of Force
       Julie Richards, Senior Assistant City Attorney, City Attorney's Office, 8101 Ralston Road Arvada, CO 80002
2019   Dunn v. City of Seattle (Defense) (Expert Report)
       Violent Persons File – NCIC
       Brian Esler, Miller, Nash, Graham & Dunn, LLP, 2801 Alaskan Way, Suite 300, Seattle, WA 98121
2019   Heard v. City and County of Denver (Defense) (Expert Report)
       Use of Force
       Michele Horn, City and County of Denver, City Attorney's Office, 201 W. Colfax Ave., Dept 1108, Denver, CO 80202
2019   Windle v. State of Indiana (Plaintiff) (Expert Report) (Deposition)
       Use of Force
       Zaki Ali, 522 West 8th Street, Anderson, Indiana 46016
2019   Wisdom v. County of Nassau (Plaintiff) (Expert Report)
       Allegation of False Arrest
       Gabriel Harvis, Elefterakis, Elefterakis & Panek, 80 Pine Street, 38th Floor, New York, New York 10005
2019   Castaway v. City of Denver (Defense) (Expert Report)
       Officer Involved-Shooting
       Wendy Shea, City and County of Denver, City Attorney's Office, 201 W. Colfax Ave., Dept 1108, Denver, CO 80202
2019   Mosquera v. City of San Gabriel (Plaintiff) (Expert Report)
       Identification Procedures
       John Burton, The Law Offices of John Burton, The Marine Building, 128 North Fair Oaks Avenue, Pasadena, California 91103
2019   Harper v. Zoelling (Snohomish County Sheriff's Department), (Plaintiff) (Expert Report) (Deposition)
       Police Practices
       Jeff Kallis, Kallis Law, 321 High School Rd., Suite D3, Bainbridge Island, WA 98110
2019   Elmansoury v. Garden Grove (Plaintiff) (Expert Report) (Deposition)
       Use of Force
       Jeremy Jass, Jass Law, 4510 E. Pacific Coast Hwy., Suite 400, Long Beach, CA 90804
2019   Lee v. San Diego (Plaintiff) (Expert Report) (Deposition)

# JEFFREY J NOBLE

|      |   |
|------|---|
| | Use of Force |
| | Mike Marrinan, 501 W. Broadway, Suite 1510, San Diego, CA 92101 |
| 2019 | Kubiak v. City of Chicago (Defense) (Expert Report) (Deposition) |
| | Allegation of code of silence |
| | David Seery, Deputy Corporation Counsel, Administration, City of Chicago, Department of Law |
| | 121 N. LaSalle Street, Room 600, Chicago, Illinois 60602 |
| 2019 | People v Krook (Prosecutor) (Grand Jury Testimony) (Trial) |
| | Officer Involved Shooting |
| | Richard Dusterhoft, Office of the Ramsey County Attorney, Criminal Division Director |
| 2019 | Roque v. Austin (Plaintiff) (Expert Report) |
| | Officer Involved Shooting |
| | Jeff Edwards, The Edwards Law Firm, 1101 East 11th Street, Austin, TX 78702 |
| 2019 | Green v Lara (Plaintiff) (Expert Report) (Deposition) |
| | Officer Involved Shooting |
| | Victor Rodriguez, 121 North 10th Street, McAllen, TX 78501 |
| 2018 | Delacruz v. City of Port Arthur, TX (Plaintiff) (Expert Report) |
| | Use of Force |
| | Mo Aziz, Abraham, Watkins, Nichols, Sorrels, Agosto & Aziz, 800 Commerce, Houston, TX 77002 |
| 2018 | Westfall v. Luna (Southlake PD, TX) (Plaintiff) (Expert Report) (Deposition) (Trial) |
| | Use of Force |
| | Grant Schmidt, Winston & Strawn, 2121 N. Pearl, Suite 900, Dallas, TX 75201 |
| 2018 | Lyles v. Seattle (Defense) (Expert Report) |
| | Officer Involved Shooting |
| | Ghazal Sharifi, Seattle City Attorney's Office, 701 Fifth Avenue, Suite 2050, Seattle, WA 98104 |
| 2018 | Le v. King County (WA) (Defense) (Expert Report) |
| | Officer Involved Shooting |
| | Dan Kinerk, King County Prosecuting Attorney's Office, 500 Fourth Avenue, Seattle, WA |
| 2018 | Sweet v. City of Mesa, AZ (Defense) (Expert Report) (Deposition) |
| | Reasonableness of tactics |
| | Christina Retts, Wienenke Law Group, 1095 W. Rio Salado, #209, Tempe, AZ 85281 |
| 2018 | Collins v. San Diego County (Plaintiff) (Expert Report) (Trial) |
| | Reasonableness of Detention and arrest |
| | Elizabeth Teixeira, Law Offices of Robert Vaage, 110 West "A" Street, Suite 1075, San Diego, CA 9201 |
| 2018 | Ballew v. City of Pasadena (Plaintiff) (Expert Report) |
| | Use of Force |
| | John Burton, The Law Offices of John Burton, The Marine Building, 128 North Fair Oaks Avenue, Pasadena, California 91103 |
| 2018 | Valverde v. City of Denver (Defense) (Expert Report) |
| | Officer Involved Shooting |

# JEFFREY J NOBLE

|  |  |
|---|---|
|  | Michele Horn, Assistant City Attorney, Civil Litigation Section, City and County of Denver |
| 2018 | Port Authority Police Benevolent Association v. The Port Authority of New York and New Jersey (Defense) (Expert Report) (Arbitration Testimony)<br>Contract Dispute<br>Jason Stanevich, Littler, 265 Church Street, Suite 300, New Haven, CT 06510 |
| 2018 | Smith v. Chicago (Defense) (Expert Report)<br>Policies and practices<br>Dan Nolan, Reiter-Burns, 311 S. Wacker, 5200, Chicago, IL 60606 |
| 2018 | Carpenter v. Cleveland County Sheriff, N.C. (Plaintiff) (Expert Report) (Trial)<br>Officer Involved Shooting<br>Paul Tharp, Arnold & Smith, PLLC, 200 N. McDowell Street, Charlotte, NC 28204 |
| 2018 | Courts v. Lee (Defense) (Deposition)<br>Traffic Collision<br>Jennifer Russel, Ford, Walker, Haggerty & Behar, One World Trade Center, 27th Floor, Long Beach, CA 90831 |
| 2018 | Studdard v. Shelby County (TN) (Plaintiff) (Expert Report) (Deposition)<br>Officer Involved Shooting<br>Daniel Seward, 4510 Chickasaw Road, Memphis, TN 38117 |
| 2018 | Farmer/Milliner v. City of Chicago (Defense) (Expert Report)<br>Monell allegations<br>Raoul Mowatt, Chicago Law Department, 30 North LaSalle, 900, Chicago, IL 60602 |
| 2018 | Milke v City of Phoenix (Defense) (Expert Report) (Deposition)<br>Allegation of wrongful conviction<br>Christina Retts, Wienenke Law Group, 1095 W. Rio Salado, #209, Tempe, AZ 85281 |
| 2018 | Kager v. Virginia Beach (Plaintiff) (Expert Report) (Deposition) (Trial)<br>Officer Involved shooting<br>Ed Brady, Brady, Fischel & Daily, LLC, 721 Melvin Ave., Annapolis, MD 21401 |
| 2018 | Davis v. Chicago (Defense) (Expert Report) (Trial)<br>Employment<br>Howard Levine, Chicago Law Department, 30 North LaSalle, 1020, Chicago, IL 60602 |
| 2018 | Williams v. King County, WA (Defense) (Expert Report)<br>Officer Involved Shooting<br>Dan Kinerk, King County Prosecuting Attorney's Office, 500 Fourth Avenue, Seattle, WA |
| 2018 | Faria v. McCarrick (Plaintiff) (Expert Report) (Deposition)<br>Wrongful Conviction<br>Bevis Schock, 7777 Bonhomme Ave., 1300, St. Louis, MO 63105. |
| 2018 | Zuniga v. CHP (Plaintiff) (Deposition) (Trial)<br>Arrest and Use of Force<br>Dicks and Workman, 750 B Street, 2720 Symphony Towers, San Diego, CA 92101 |
| 2018 | Walker (Sanders) v. City of Independence, LA (Plaintiff) (Expert Report)<br>Pursuit |

# JEFFREY J NOBLE

       Neile deGravelles, deGravelles & Palmintier, 618 Main Street, Baton Rouge, LA 70801
2018   Espinoza v. City of Tracy (Defense) (Expert Report)
       Reasonableness of Internal Affairs Procedures and Investigation
       Jesse Maddox, Liebert Cassidy Whitmore, 5250 N. Palm Avenue, Suite 310, Fresno, CA 93704
2018   Luque-Villanueva v. County of San Diego (Plaintiff) (Expert Report)
       Reasonableness of arrest
       Jerry Steering, 4063 Birch St., Suite 100, Newport Beach, CA 92660
2018   Flores v. San Bernardino (Plaintiff) (Expert Report) (Deposition)
       Officer Involved- Shooting
       Arnoldo Casillas, Casillas & Associates, 3777 Long Beach Blvd, Long Beach, CA 90807
2017   Swindell v County of Sonoma (Plaintiff) (Expert Report)
       Use of Force
       Arnoldo Casillas, Casillas & Associates, 3777 Long Beach Blvd, Long Beach, CA 90807
2017   Smith v City of Lorain (Plaintiff) (Expert Report)
       Use of Force
       Mark Petroff, Petroff Law, 1288 Abbe Road, Elyria, Ohio 44035
2017   Saenz v El Paso (Plaintiff) (Expert Report) (Deposition) (Trial)
       Use of Force Officer Involved Shooting
       Bradley Gage, Law Offices of Goldberg and Gage, 23002 Victory Blvd., Woodland Hills, CA
2017   Griffin v Suffolk County (Plaintiff) (Expert Report)
       Use of Force
       Stephen Civardi, Civardi & Obiol, P.C., 23 South Main Street, Suite 30, Freeport, N.Y. 11520
2017   Lopez v. San Francisco (Plaintiff) (Expert Report)
       Officer involved shooting
       Arnoldo Casillas, Casillas & Associates, 3777 Long Beach Blvd., Third Floor
       Long Beach, CA 90807
2017   Levine v. City of Seattle (Defense) (Expert Report)
       Use of Force
       Tom Miller, Christie Law Group, PLLC, 2100 Westlake Ave. N., Ste. 206, Seattle, WA 98109
2017   Thompson v. Sanders, Inola, OK (Plaintiff) (Expert Report)
       Reasonableness of Investigation
       Steven Harris, Doyle Harris Davis & Haughty, 1350 South Boulder Ave., Suite 700, Tulsa, OK 74119
2017   Browder v. Greenville County, S.C. (Plaintiff) (Expert Report) (Deposition)
       Officer-involved Shooting
       Joshua Snow Kendrick, Kendrick & Leonard, 1522 Lady Street, Columbia, SC 29201
2017   Bridges v. City of Charlotte (Defense) (Expert Report) (Deposition)
       Alleged Wrongful Conviction
       Mark H. Newbold, Deputy City Attorney, Charlotte-Mecklenburg Police Department, 601 E. Trade Street, Charlotte, N.C. 28202
2017   Furlow v. St. Louis County Police (Plaintiff) (Expert Report)

# JEFFREY J NOBLE

|  | |
|---|---|
| | Use of "Wanteds" <br> Darius Charney, Center for Constitutional Rights, 666 Broadway, 7th Floor, New York, N.Y. 10012 |
| 2017 | Williamson v City of Chicago (Defense) (Expert Report) <br> Monell allegation officer-involved shootings <br> Shneur Nathan, Nathan and Kamionski, LLP, 140 S. Dearborn, Suite 1510, Chicago, IL 60603 |
| 2017 | Curtin v County of Orange (Plaintiff) (Expert Report) (Deposition) (Trial) <br> Monell allegation -sexual misconduct <br> Jeremy Jass <br> 4510 E. Pacific Coast Highway, Suite 400, Long Beach, CA 90804 |
| 2017 | Hernandez v City of Chicago (Defense) (Expert Report) (Deposition) (Trial) <br> Officer Involved Shooting <br> Tiffany Harris, Senior Corporation Counsel, City of Chicago Law Department, 30 North LaSalle, Suite 900, Chicago, IL 60602 |
| 2017 | Estate of Horton v. Tift County, et. al., (Plaintiff) (Deposition) <br> Pursuit <br> Brent Savage, Savage, Turner & Pinckney, 102 E. Liberty, 8th Floor, Savannah, GA 31401 |
| 2017 | Spradling v. Hastings, City of Little Rock (Plaintiff) (Expert Report) <br> Use of deadly force <br> Michael Laux, Laux Law Group |
| 2017 | State of Minnesota v. Yanez (Prosecution) (Expert Report) (Trial) <br> Use of deadly force <br> Richard Dusterhoft, Office of the Ramsey County Attorney, Criminal Division Director |
| 2017 | Cansler v. Fairfax County (Plaintiff) (Expert Report) (Deposition) <br> Use of Force – Taser <br> Victor M. Glasberg & Associates, 121 S. Columbus Street, Alexandria, VA 22314 |
| 2017 | Coleman v. City of Peoria (Defense) (Expert Report) <br> Alleged Wrongful Conviction <br> Laura M. Ranum, The Sotos Law Form, 550 East Devon Avenue, Suite 150, Itasca, IL 60143 |
| 2017 | Yancy v. CHP (Plaintiff) (Expert Report) (Deposition) (Trial) <br> Use of Force Resulting in Death <br> Dave Fox, Fox Law, 225 West Plaza, Suite 102, Solana Beach, CA 92075 |
| 2017 | Rivera v. City of Chicago (Defense) (Expert Report) (Deposition) (Trial) <br> Monell allegations <br> Eileen E. Rosen, Rock Fusco & Connelly, LLC <br> 321 N. Clark, Suite 2200, Chicago, Ill. |
| 2017 | Jones-Walton v. Lake Eve Resorts (Plaintiff) (Expert Report) <br> Eviction of Hotel Guests <br> Jeremy Tor, Spangenberg, Shibley & Liber, LLP, 1001 Lakeside Ave. East, Suite 1700, Cleveland, Ohio 44114 |
| 2017 | Gassman v. Spokane County (Defense) (Expert Report) (Deposition) |

# JEFFREY J NOBLE

|      |   |
|------|---|
|      | Allegation of wrongful conviction<br>Michael Kitson, Patterson, Buchanan, Forbes & Leitch, 2112 Third Avenue, #500, Seattle, WA 98121 |
| 2017 | Torres v. State of New Mexico Police (Plaintiff) (Expert Report) (Deposition)<br>Officer Involve Shooting<br>Eric D. Dixon, 301 S. Avenue A, Portales, NM 88130 |
| 2017 | McGee v Madison County (Plaintiff) (Expert Report) (Deposition)<br>Officer Involved Shooting<br>Jeffrey Rosenblum, Rosenblum & Reisman, PC, 6070 Popular Avenue, Suite 550, Memphis, TN 38119 |
| 2017 | LaPorta v. City of Chicago (Defense) (Expert Report) (Deposition) (Trial)<br>Monell allegations<br>Eileen E. Rosen, Rock Fusco & Connelly, LLC<br>321 N. Clark, Suite 2200, Chicago, Ill. |
| 2017 | Dixon v Georgia Department of Public Safety (Plaintiff) (Expert Report)<br>Officer Involved Shooting<br>Carl R. Varnedoe, Jones, Osteen & Jones, 608 E. Oglethorpe Hwy., Hinesville GA 31313 |
| 2017 | Joseph v. City of Austin (Plaintiff) (Expert Report)<br>Officer Involved Shooting<br>Jeff Edwards, The Edwards Law Firm, 1101 East 11th Street, Austin, TX 78702 |
| 2017 | Alma M v. County of Tulare (Plaintiff) (Expert Report) (Deposition)<br>Sexual Assault<br>Douglas Rochin, Kabateck, Brown, Kellner, 644 South Figueroa, Los Angeles, CA 90017 |
| 2016 | Theney v. City of Los Angeles (Plaintiff) (Expert Report) (Deposition)<br>High-risk car stop<br>John Burton, The Law Offices of John Burton, The Marine Building, 128 North Fair Oaks Avenue, Pasadena, California 91103 |
| 2016 | Hoefgen v. City of Tacoma (Defense) (Expert Report) (Deposition) (Trial)<br>Pursuit<br>Jean P Homan, Deputy City Attorney, Tacoma City Attorney's Office, 747 Market Street, Suite 1120, Tacoma, WA 98402 |
| 2016 | Hooks v. Brewer (Plaintiff) (Expert Report) (Deposition)<br>Officer Involved Shooting<br>Brian Spears, G. Brian Spears, P.C., 1126 Ponce de Leon Avenue, Atlanta, Georgia 30306 |
| 2016 | Reyes v. City of Fresno (Plaintiff) (Expert Report)<br>Officer Involved Shooting<br>Michael Haddad, Haddad & Sherman, 505 Seventeenth Street, Oakland, CA 94612 |
| 2016 | Koka v. MTS (Plaintiff) (Expert Report) (Deposition)<br>Detention, arrest, use of force<br>Dale Dixon, 402 W. Broadway, #1500, San Diego, CA 92101 |
| 2016 | Casillas v. City of Calexico (Defense) (Arbitration testimony) |

# JEFFREY J NOBLE

       Officer involved shooting
       Stefanie Vaudreuil, Liebert, Cassidy, Whitmore, 550 West "C" Street, San Diego, CA 92101

2016   Fields v. City of Chicago (Defense) (Expert Report) (Deposition) (Trial)
       Police Practices
       Dan Nolan, Dykema, 10 South Wacker Street, Suite 2300, Chicago, IL 60606

2016   Mendoza v. USA (Plaintiff) (Expert Report) (Trial)
       Police Procedure Traffic Collision
       Linda G. Workman, Dicks and Workman, 2720 Symphony Towers, 750 B Street, San Diego, CA 92101

2016   Myles v. County of San Diego (Plaintiff) (Expert Report) (Deposition)
       Use of Force – K9 bite
       Linda G. Workman, Dicks and Workman, 2720 Symphony Towers, 750 B Street, San Diego, CA 92101

2016   Ramos v. City of Fullerton (Defense) (Arbitration testimony)
       Use of force
       Scott Tiedemann, Liebert, Cassidy, Whitmore, 6033 W. Century Blvd., Los Angeles, CA 90045

2016   Stewart v. City of Memphis (Plaintiff) (Expert Report) (Deposition)
       Officer Involved Shooting
       Murray Wells, Horne & Wells, PLLC, 81 Monroe Ave., Suite 400, Memphis, TN 38103

2016   People v Sandy and Perez (Prosecution) (Interview) (Trial)
       Officer Involved Shooting Criminal Prosecution
       Randi McGinn, McGinn Carpenter Montoya and Love, 201 Broadway Blvd. SE, Albuquerque, NM 87102

2016   Crump v. City of St. Louis (Plaintiff) (Expert Report)
       Use of Force
       Linda Powers, Groves Powers, LLC, 1310 Papin Street, Suite 108, St. Louis, MI

2016   Manzera v. City of Chicago (Defense) (Expert Report)
       *Monell* Allegation – Reasonableness of Administrative Investigations and Disciplinary Actions
       Harry Arger, Dykema, 10 South Wacker, Suite 2300, Chicago, IL 60606

2016   Landaverde v. City of Fontana (Defense) (Deposition)
       Reasonableness of Code 3 Response
       Shannon Gustafson, Lynberg & Watkins, 1100 Town & Country Rd, Suite 1450, Orange, CA 92868

2016   Hammond V City of Seneca, South Carolina (Plaintiff) (Expert Report)
       Officer Involved Shooting
       Eric Bland, Bland Richter, 1500 Calhoun, Columbia, SC 29202

2016   Stanfill v. City of Indio (Defense) (Arbitration testimony)
       Reasonableness of disciplinary action
       James Oldendorph, Liebert, Cassidy, Whitmore, 6033 West Century Blvd., Los Angeles, CA 90045

2016   Kletter v. City of San Mateo (Defense) (Expert Report)

# JEFFREY J NOBLE

      Use of Force
      David King, Carr-McClellan, 216 Park Road, Burlingame, CA 94010

2016   <u>Klupperberg v. City of Chicago</u> (Defense) (Expert Report) (Deposition)
      Monell allegation
      Chaka Patterson, Jones-Day, 77 W. Wacker Drive, Chicago, IL 60601

2016   <u>Jurkowski v. City of Seattle</u> (Defense) (Expert Report) (Deposition)
      Monell and use of force allegation
      Andrew Myerberg, Seattle City Attorney's Office, 600 Fourth Ave., 4th Floor, Seattle, WA 94124

2016   <u>Ruiz-Cortez v. City of Chicago</u> (Defense) (Expert Report) (Deposition)
      Allegation of wrongful conviction
      Eileen E. Rosen, Rock Fusco & Connelly, LLC
      321 N. Clark, Suite 2200, Chicago, Ill.