# EXHIBIT C

CALIFORNIA COMMISSION ON PEACE OFFICER STANDARDS AND TRAINING

# Basic Course Workbook Series

## Student Materials

**Learning Domain 34**
**First Aid & CPR**
**Version 5.2**

THE MISSION OF THE CALIFORNIA COMMISSION ON PEACE OFFICER STANDARDS AND TRAINING IS TO CONTINUALLY ENHANCE THE PROFESSIONALISM OF CALIFORNIA LAW ENFORCEMENT IN SERVING ITS COMMUNITIES

**Basic Course Workbook Series**
**Student Materials**
**Learning Domain 34**
**First Aid & CPR**
**Version 5.2**

© Copyright 2007
California Commission on Peace Officer Standards and Training (POST)
All rights reserved.

Published March 2001
Revised August 2004
Corrected December 2004
Revised July 2005
Revised January 2006
Revised April 2007
Revised December 2013
Correction April 2014

This publication may not be reproduced, in whole or in part, in any form or by any means electronic or mechanical or by any information storage and retrieval system now known or hereafter invented, without prior written permission of the California Commission on Peace Officer Standards and Training, with the following exception:

> California law enforcement or dispatch agencies in the POST program, POST-certified training presenters, and presenters and students of the California basic course instructional system are allowed to copy this publication for non-commercial use.

All other individuals, private businesses and corporations, public and private agencies and colleges, professional associations, and non-POST law enforcement agencies in-state or out-of-state may purchase copies of this publication, at cost, from POST as listed below:

From POST's Web Site:
**www.post.ca.gov**
Go to Ordering Student Workbooks

# Respiratory Emergencies
[34.05.EO2]

| | |
|---|---|
| **Introduction** | Respiratory emergencies may range from victims who are having breathing difficulty, but nevertheless are breathing adequately, to victims who are not able to breathe at a level that will sustain life. |
| **Adequate breathing** | Normal breathing rate is determined based on the person's age. |

| Age | Breathing Rate |
|---|---|
| Adult (puberty and older) | 12-20 breaths/minute |
| Child (1year to puberty) | 15-30 breaths/minute |
| Infant (newborn to 1 year) | 25-50 breaths/minute |

| | |
|---|---|
| **Causes of inadequate breathing** | There are numerous possible causes that could lead to inadequate breathing and potential respiratory arrest (when breathing stops completely), including:<br><br>• existing illness (e.g., emphysema, asthma)<br>• allergic reaction (causing swelling of the throat)<br>• cardiac emergency<br>• drowning<br>• suffocation<br>• obstructed airway<br>• body positioning that restricts breathing (i.e., *positional asphyxia*)<br>• drug overdose<br>• **hyperventilation** |

*Continued on next page*

## Respiratory Emergencies, Continued

**Indicators**  The following table identifies the most common indicators of a possible respiratory emergency:

|  | **Indicators of Respiratory Emergency** |
|---|---|
| **Breathing Rate** | • Abnormally fast (i.e., hyperventilation) or slow<br>• Sporadic or irregular breaths |
| **Labored Breathing** | • Increased effort by the victim<br>• Breathing appears shallow or very deep<br>• Little or no air is felt at the nose or mouth<br>• Uneven or little chest movement<br>• Accessory muscle use |
| **Breathing Sounds** | • Wheezing, gurgling, deep snoring sounds<br>• No breathing sounds |
| **Coloring** | • In advanced stages, lips, nail bed, skin will appear blue-grey in color due to lack of oxygen (i.e., *cyanosis*) |
| **Mental Status** | • Anxious<br>• Fearful<br>• Panicky<br>• Altered |

*Continued on next page*

## Respiratory Emergencies, Continued

**First aid measures**

If a peace officer suspects that a victim is experiencing a *respiratory emergency*, the officer should *activate the EMS system* (if not already activated) and take appropriate first aid measures.

|  | **First Aid Measures for Respiratory Emergencies** |
|---|---|
| **Assessment** | • Conduct primary and secondary surveys |
| **Treatment** | • Place the victim in a *position of comfort* (e.g., seated, supine, etc.)<br>• If victim is unconscious, place in the recovery position, if appropriate<br>• Keep the victim *calm and still*<br>• Allow the victim to take prescribed medications (e.g., inhaler)<br>• Loosen any restrictive clothing<br>• Provide care to *prevent shock*<br>• Continue to *monitor victim* and provide reassurance<br>• Be prepared to begin rescue breathing if necessary |