# EXHIBIT A

DANIEL WOHLGELERNTER, M.D.   -   *CURRICULUM VITAE*
_____

Full name: DANIEL WOHLGELERNTER

**Mailing address:**     **2299 Century Hill**
                                   **Los Angeles, CA. 90067**

Phone: (310) 729-2202;  Fax: (310) 492-9793
e-mail address: drdan@iheartdrdan.com

EDUCATION

| Institution | Degree | Year | Major Field | Awards |
|---|---|---|---|---|
| Yeshiva College | BA Summa Cum Laude | 1973 | Biology | Valedictorian Biology Award |
| Yale University School of Medicine | M.D. | 1977 | Medicine | Highest honors Alpha Omega Alpha |

POST-GRADUATE TRAINING

Internship: Yale-New Haven Hospital, Internal Medicine, 7/77-6/78

Residency: Yale-New Haven Hospital, Internal Medicine, 7/78-6/80

Special appointment: Chief Resident and Instructor in Medicine, Yale-New Haven Hospital/ Yale University School of Medicine, 7/80-6/81

Fellowship: Yale-New Haven Hospital, Cardiology, 7/81-6/83

PROFESSIONAL APPOINTMENTS

1) Assistant Professor of Medicine
   Yale University School of Medicine  7/83-6/85
2) Associate Director, Cardiac Catheterization Laboratory
   Yale-New Haven Hospital, New Haven, CT. 7/83-6/85
3) Director, Cardiac Exercise Laboratory
   Yale-New Haven Hospital                            7/84-6/85

Daniel Wohlgelernter, M.D.----- Curriculum Vitae

4) Principal Investigator, TIMI Study (Thrombolyis In
   Myocardial Infarction); Yale U. School of Medicine    12/83-6/85
5) Assistant Professor of Medicine
   UCLA School of Medicine                                7/85-6/87
6) Director, Cardiac Catheterization Laboratory
   UCLA Medical Center, Los Angeles, Ca.                  7/85-6/87
7) Medical Administrative Director
   Daniel Freeman Heart Center                            7/87-6/89
   Daniel Freeman Memorial Hospital, Inglewood, CA.
8) Staff Cardiologist
   Santa Monica-UCLA Medical Center                       6/89------6/2017
9) Staff Cardiologist
   Saint John's Hospital and Health Center
   Santa Monica, CA.                                      6/89------
10) Staff Cardiologist
    UCLA Medical Center   Los Angeles                     1/94---6/2006
11) Director, Coronary Care Unit
    Santa Monica-UCLA Medical Center
    Santa Monica, CA.                                     6/92-8/98
12) Executive Medical Board- Member                       12/94--1/98
    Santa Monica-UCLA Medical Center
13) Participating physician- National Registry            6/92-1/98
    of Myocardial Infarction
14) Assistant Clinical Professor of Medicine              7/95---12/2017
    UCLA School of Medicine
15) Vice-Chief of Staff; Santa Monica-UCLA                1/96--1/97
    Medical Center
16) Medical Director, PCCU; St. John's Hospital & Health Center;
     Santa Monica, CA.                                    6/2007- 12/2013
17) Vice-President, Medical Staff; St. John's Hospital & Health Center;
                                                          1/2010---1/2011
18) Cardiology Section Chief- Providence-St. John's Hospital- Santa Monica, CA.
                                                          2/2016-

LICENSURE

1) State of Connecticut: 1978-1985
2) State of California:   1985-------

CERTIFICATION

1) American Board of Internal Medicine: 1981
2) American Board of Internal Medicine- Cardiovascular : 1983
3) American Board of Internal Medicine-Interventional Cardiology-2001-2011

2

Daniel Wohlgelernter, M.D.----- Curriculum Vitae

PROFESSIONAL SOCIETIES

1) American Heart Association
2) American College of Cardiology (Fellow of the College)
3) California Medical Association
4) Los Angeles County Medical Association
5) Alpha Omega Alpha Honor Medical Society

PROFESSIONAL AWARDS

1) Research Grant: American Heart Association- 1985- for project, "Does PTCA cause Sustained Myocardial Dysfunction?".
2) Thomas L. Stern M.D. Award- 1990- Santa Monica Hospital Medical Center- Family Practice Residency Program: "In Appreciation for Excellence in Teaching"
3) Southern California *Super Doctors*- 2010-2021 ; featured in *Los Angeles Magazine*
4) Named one of US News and World Report's 'Top Doctors'- September 2012.
5) Named one of California's *Top Doctors*- 2015-2020- *Los Angeles magazine*


LECTURE PANEL APPOINTMENTS

1) Novartis National Speakers' Panel- for topics relating to anti-hypertensive therapy.
2) Merck Lecturers Panel- for topics relating to antihypertensive agents and cholesterol-lowering therapy.
3) Wyeth pharmaceuticals Speakers' Panel- for topics relating to ACE-inhibitor therapy.
4) Du Pont Pharmaceuticals Lecturers Bureau- for topics relating to anticoagulation.
5) American Academy of Family Physicians- Clinical Seminar Instructor- 1995 Scientific Assembly


MEDICAL JOURNAL APPOINTMENTS

1) American Heart Journal - manuscript reviewer, 1986-89.
2) Catheterization and Cardiovascular Diagnosis- manuscript reviewer, 1990-97.



PUBLICATIONS

JOURNAL MANUSCRIPTS
1) Systemic and Discoid Lupus Erythematosus: Analysis of Pulmonary Function. Yale J Biol and Med  1978, 51:157-164.
2) Pulmonary Function Abnormalities in Systemic Lupus Erythematosus. Am Rev Resp Dis  1977, 115:180.
3) Infection with CDC Group DF-2 Gram-Negative Rod. Arch Int Med   1980, 140:657-58.

3

4) Common Cardiovascular Problems After General Surgery. Cardiovasc Med 1984,9:763-777.
5) Myocarditis Presenting with "Silent" Atrium and Left Atrial Thrombus. Am Heart J 1984, 108:1557-58.
6) Intact Systolic Left Ventricular Function in Clinical Congestive Heart Failure.  AmJ Cardiol  1985, 55:1032-36.
7) Ventricular Septal Rupture Complicating Unrecognized Myocardial Infarction. Am Heart J  1985, 110:667-670.
8) Regional Myocardial Dysfunction During Coronary Angioplasty: Evaluation by Two-Dimensional Echocardiography and 12-Lead Electrocardiography.  J Am Coll Cardiol  1986, 7:1245-1254.
9) Prevention of Ischemia During Percutaneous Transluminal Coronary Angioplasty by Transcatheter Infusion of Oxygenated Fluosol DA-20%. Circulation  1986, 74:555-562.
10) Percutaneous Transluminal Coronary Angioplasty of the "Culprit" Lesion for Management of Unstable Angina Pectoris with Multivessel Coronary Artery Disease.  Am J Cardiol  1986, 58:460-464.
11) Reversal of Ischemic Myocardial Dysfunction by PTCA in a Cardiac Transplant Patient.  Am Heart J  1986, 112:837-39.
12) Right Atrial-Esophageal Fistula and Hydropneumopericardium following Esophageal Dilatation.  J Am Coll Cardiol  1987, 9:969-972.
13) Coronary Vasospasm Culminating in Thrombosis and Infarction Following "Successful" Coronary Angioplasty.  Am Heart J  1987, 113:1220-22.
14) Silent Ischemia During Coronary Occlusion Produced by Balloon Inflation: Relation to Regional Myocardial Dysfunction. J Am Coll Cardiol  1987, 10:491-98.
15) Preservation of Left Ventricular Ejection Fraction During Percutaneous Transluminal Coronary Angioplasty by Distal Transcatheter Coronary Perfusion of Oxygenated Fluosol DA 20%. Am Heart J  1988, 115:1156-64.
16) Acute Coronary Bypass Graft Closure Resulting from Heparin-Associated Thrombocytopenia.  Cardiovascular Rev & Reports  1987, 8:65-67.
17) Resetting of Ventricular Tachycardia: Implications for Localizing the Area of Slow Conduction.  J Am Coll Cardiol  1988, 11:522-29.
18) Complicated Atherosclerotic Lesions: A Potential Cause of Ischemic Ventricular Arrhythmias in Cardiac Arrest Survivors Who Do Not Have Inducible Ventricular Tachycardia?  Am Heart J  1988, 116:
19) Fractionated Endocardial Electrograms Are Associated with Slow Conduction in Humans: Evidence from Pace-Mapping.  J Am Coll Cardiol 1989, 13: 369-76.
20) Localization of Slow Conduction in a Ventricular Tachycardia Circuit: Implications for Catheter Ablation.  Am Heart J 1987,114: 1253-58.
21) Reduction of Myocardial Ischemia During Percutaneous Transluminal Coronary Angioplasty with Oxygenated Fluosol.  Am J Cardiol 1990, 66:279-84.
22) Left Main Coronary Artery Rupture After Percutaneous Transluminal Angioplasty.  J Invasive Cardiol  1991, 3:50-52.
23) Detection of Coronary Artery Disease with Positron Emission Tomography and Rubidium 82.  Am Heart J  1992, 123: 646-52.
24) Myocardial Dysfunction During Percutaneous Transluminal Coronary Angioplasty. Circulation 1990, 81 (3):Suppl IV:14-19.
25) Reversal of Prolonged Myocardial Ischemia by Intracoronary Catheter Infusion

of Oxygenated Fluosol DA-20%: Report of Two Cases.  Am Heart J  1990,
26) Myocardial Protection with Fluosol During PTCA: Principles and Practice.  J Invasive Cardiol  1993, 5: 3A-5A.
27) The Mitigation of Ischemia in a Patient at High Risk. J Invasive Cardiol  1993, 5: 13A-15A.
28) Why Clinicians should request measured rather than estimated values of LDL cholesterol from the lab.  CLP: Clinical Lab Products  March 2000: Volume 29, Number 3, page 38
29) Cardiac Rupture and Tamponade as captured on ventriculography. Clinical Cardiology 2003, 26:520

TEXTBOOK CHAPTERS & REVIEW ARTICLES
1) "Postmyocardial Infarction Management and Rehabilitation". Edited by J.K. Vyden. New York, Marcel Dekker, Inc., 1983.  Book Review- Yale J Biol and Med  1984,57:716-17.
2) Oxygenated Fluosol DA-20% Distal Infusion During Coronary Angioplasty. Progress in Clinical and Biological Research.  Vol. 211; Transfusion Medicine: Recent Technological Advances, 1986, pages 21-27.
3) Cardiovascular Evaluation of Adolescents and Young Adults: Salient Aspects of the Examination.  Postgrad Med  1986, 79:111-19.
4) Myocardial Changes During Coronary Angioplasty. Cardiology Board Review 1987, 4:17-23.
5) Myocardial Protection During PTCA. CARDIO  1987, 4:39-41.
6) Percutaneous Transluminal Coronary Angioplasty of the "Culprit Lesion" in Unstable Angina.   Cardiology Board Review 1987, 4:85-98.
7) As I See It: A Case Review. Interventional Cardiology  1988, January.
8) Silent Ischemia During Coronary Angioplasty. J Angina and Silent Ischemia  1989,
9) Myocardial Protection During Coronary Angioplasty- a chapter in the textbook, Supported Complex and High Risk Coronary Angioplasty, edited by Fayaz A. Shawl,M.D.; Kluwer Academic Publishers, Boston- 1991.

ABSTRACTS
1) Treatment of Hypertension with Nitrendipine, a Calcium Channel Blocking Agent. Clin Research  1983, 31:2-337A.
2) Normal Systolic Left Ventricular Performance in Patients with Congestive Heart Failure. Circulation  1983, 68:III-101.
3) Third Heart Sound in Patients with Clinical Congestive Heart Failure and Normal Left Ventricular Systolic Performance. J Am Coll Cardiol  1984, 3:543.
4) Prognostic Impact of Normal Left Ventricular Systolic Performance in Patients with Clinical Congestive Heart Failure. Circulation 1984, 70: II-304.
5) Ischemic Regional Left Ventricular Dysfunction During Coronary Angioplasty. Clin Research  1985, 33:2-24A.
6) Multiple, Prolonged Balloon Inflations During Coronary Angioplasty Do Not Cause Regional Left Ventricular Dysfunction.  Clin Research  1985, 33:2-176A.
7) Effects of ATP-MgCl2 on Coronary Blood Flow and Myocardial Oxygen Consumption. Circulation 1985, 72: III-315.
8) Fluosol DA-20% Prevents Ischemic Mechanical Dysfunction During Coronary Angioplasty. Circulation 1985, 72:III-470.

9) Coronary Angioplasty of the "Culprit Lesion" : An Alternative Approach in the Management of Unstable Angina with Multivessel Disease. J Am Coll Cardiol 1986,7:19A.
10) Attenuation of Ischemic Electrocardiographic Responses Following Multiple Balloon Inflations During Coronary Angioplasty. Clin Research 1986, 34:286A.
11) The Relevance of Angina in Determining the Severity of Ischemia During Balloon Inflation in Coronary Angioplasty. Texas Heart Institute supplement- Sept. 1986.
12) Silent Ischemia During Coronary Occlusion: Relationship to Regional Myocardial Dysfunction.  Circulation 1986, 74:II-5.
13) Quantitative Reduction of Ischemia During Angioplasty. Circulation 1986, 74:II-362.
14) Functionally Directed Revascularization Using Coronary Angioplasty: An Alternative Approach in the Management of Multivessel Disease.   J Am Coll Cardiol  1987, 9:15A.
15) Impact of Distal Coronary Perfusion on the Ejection Fraction Response to Balloon Inflation During PTCA.  J Am Coll Cardiol  1987, 9: 69A.
16) Entrainment as a Guide for Localizing the Site of Ventricular Tachycardia. J Am Coll Cardiol  1987, 9:153A.
17) Percutaneous Angioplasty of Atherosclerotic Aortocoronary Vein Grafts.  Texas Heart Institute supplement- October 1987.
18) Reduction of Ischemia During PTCA with Oxygenated Fluosol. Circulation  1987, 76: IV-27.
19) Do Fractionated Electrograms Indicate Slow Conduction ? Evidence from Pace-Mapping.  Circulation  1987, 76:IV-83.


MONOGRAPHS

1) Primary Treatment of Occluded Circumflex: Dispatch Infusion Catheter Case Study. SciMed Life Systems-New Modalities.  Fall 1995.
2) Real Measure, Right Decisions:  Why clinicians should routinely request measured (not estimated) clinical laboratory values of LDL cholesterol.   GENZYME Diagnostics.  October 1999.


Updated-  January 3, 2021