**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, State Bar No. 144074
dalekgalipo@yahoo.com
Hang D. Le, State Bar No. 293450
hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

**THE LAW OFFICES OF JOHN BURTON**
John Burton, State Bar No. 86029
jb@johnburtonlaw.com
128 North Fair Oaks Avenue
Pasadena, California 91103
Tel: (626) 449-8300/Fax: (626) 449-8197

**HELM LAW OFFICE, PC**
T. Kennedy Helm, IV, State Bar No. 282319
kennedy@helmlawoffice.com
644 40th Street, Suite 305
Oakland, California 94609
Tel: (510) 350-7517/Fax: (510) 350-7359

Attorneys for Plaintiff Tracy Alves, Individually and as
Successor In Interest for Kevin R. Niedzialek, Deceased


Eugene P. Ramirez, Esq. (State Bar No. 134865)
  *epr@manningllp.com*
Tony M. Sain, Esq. (State Bar No. 251626)
  *tms@manningllp.com*
Garros Chan, Esq. (State Bar No. 320561)
  *gxc@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants,
COUNTY OF RIVERSIDE (erroneously
named as separate parties as COUNTY OF
RIVERSIDE and RIVERSIDE
SHERIFF'S DEPARTMENT), SHERIFF-
CORONER CHAD BIANCO, DEPUTY
SONIA GOMEZ, and DEPUTY BRIAN
KEENEY

4822-0744-2164.1

1

Case No. 5:19-CV-02083-JGB(SHKx)

**JOINTLY PROPOSED EXHIBIT LIST**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRACY ALVES, Individually and as Successor in Interest for KEVIN R. NIEDZIALEK, deceased,<br><br>Plaintiff,<br><br>v.<br><br>RIVERSIDE COUNTY, RIVERSIDE SHERIFF'S DEPARTMENT, SHERIFF-CORONER CHAD BIANCO, DEPUTY SONIA GOMEZ, DEPUTY BRIAN KEENEY, and DOES 3-10,<br><br>Defendants. | Case No. 5:19-CV-02083-JGB(SHKx)<br>*[Hon. Jesus G. Bernal, District Judge; Hon. Shashi H. Kewalramani, Magistrate Judge]*<br><br>**[JOINTLY PROPOSED] EXHIBIT LIST OF THE PARTIES**<br><br>Complaint Filed:   07/17/2020<br>Pre-Trial Conf.:    08/23/2021<br>Trial Date:            09/14/2021 |

## TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:

By and through their counsel of record in this action, plaintiff TRACY ALVES, individually and as Successor in Interest for KEVIN R. NIEDZIALEK ("plaintiff"), and defendant(s) COUNTY OF RIVERSIDE (erroneously named as separate parties as COUNTY OF RIVERSIDE and RIVERSIDE SHERIFF'S DEPARTMENT) and SHERIFF-CORONER CHAD BIANCO, DEPUTY SONIA GOMEZ, and DEPUTY BRIAN KEENEY(collectively herein after as "Defendants") hereby submit the following proposed joint Exhibit List of tangible/documentary evidence which may potentially be provided-published to the jury at the time of trial (to the extent admissible under the Federal Rules of Evidence), pursuant to Federal Rules of Civil Procedure 16 and 51; United States District Court, Central District of California Local Rules 16-2, 16-3, 16-4, 16-5, 16-6, 16-7, 16-8, 51-1, 51-2, 51-3 and 51-4; and the Orders of the Court (as applicable).

///

///

1      The signatory parties reserve the **right to amend** this Exhibit List, subject to

2  any objections, motions *in limine*, and applicable Orders of the Court.

3  DATED:  August 2, 2021          **MANNING & KASS**
                                   **ELLROD, RAMIREZ, TRESTER LLP**
4

5

6                                  By:  _____/s/Garros Chan_____

7                                       Tony M. Sain

8                                       Garros Chan

9                                  Attorneys for Defendants,
                                   COUNTY OF RIVERSIDE (erroneously
                                   named as separate parties as COUNTY OF
10                                 RIVERSIDE and RIVERSIDE SHERIFF'S
                                   DEPARTMENT), SHERIFF-CORONER
11                                 CHAD BIANCO, DEPUTY SONIA
                                   GOMEZ, and DEPUTY BRIAN KEENEY
12

13

14

15  DATED:  August 2, 2021          **LAW OFFICE OF DALE K. GALIPO,**
                                   **LAW OFFICE OF JOHN BURTON, &**
16                                 **LAW OFFICE OF T. KENNEDY HELM**

17

18                                 By:  /s/ T. Kennedy Helm, IV

19                                      Dale K. Galipo

20                                      Hang D. Le

                                        John Burton
21                                      T. Kennedy Helm

22                                 Attorneys for Plaintiff,
                                   TRACY ALVES, Individually and as
23                                 Successor in Interest for KEVIN R.
                                   NIEDZIALEK
24

25

26

27

28

# EXHIBIT LISTS OF THE PARTIES

| EX. # | EXHIBIT DESCRIPTION | DATE EX. ID'D | DATE EX. ADMIT'D TO EVID. |
|---|---|---|---|
| *** | **PLAINTIFF'S EXHIBIT LIST** | *** | *** |
|  | *Plaintiff has not relisted those exhibits that she plans to use that are in Defendants' list, below. In addition to Defendants' exhibits, Plaintiff identifies the following exhibits: |  |  |
| 1 | AMR Records, 0003–0024 |  |  |
| 2 | Inland Valley Medical Center Records and Medical Billing, 0025–0271 |  |  |
| 3 | Kevin Robert Niedzialek Birth Certificate, 0272 |  |  |
| 4 | Tracy Lynn Niedzialek Birth Certificate, 0273 |  |  |
| 5 | Michelle Ann Niedzialek Death Certificate, 0274 |  |  |
| 6 | Robert M. Niedzialek Death Certificate, 0275 |  |  |
| 7 | Margaret Ann Niedzialek Death Certificate, 0276 |  |  |
| 8 | Records pertaining to Kevin Niedzialek's rehabilitation, 0277–0281 |  |  |
| 9 | Kevin Niedzialek's W2s/Tax Statements, 0282–0289 |  |  |
| 10 | Family Photos, 0290–0347 |  |  |
| 11 | Justice 4 Kevin (Facebook page), 0348–0349 |  |  |
| 12 | Yelp Review with Photo at apartment complex where incident occurred, 0350–0352 |  |  |
| 13 | Cremation Expenses, 0353–0354 |  |  |
| 14 | Rule 26 Report, including fee schedule, C.V., and testimony list, of Plaintiff's Expert Jeffrey Noble |  |  |
| 15 | *Evaluating Police Uses of Force*, Stoughton, et al., pp. 195–96, 202–03 (2020) |  |  |

| EX. # | EXHIBIT DESCRIPTION | DATE EX. ID'D | DATE EX. ADMIT'D TO EVID. |
|---|---|---|---|
| 16 | Steve Cole, *Screaming Their Last Breath: Why First Responders Must Never Ignore the Words "I Can't Breathe"*, Dec. 11, 2015, reprinted Jun. 2, 2020 | | |
| 17 | Donald T. Reay et al., Effects of Positional Restraint on Oxygen Saturation and Heart Rate Following Exercise, 9 AM. J. FORENSIC MED. & PATHOLOGY 16 (1988). | | |
| 18 | Donald T. Reay, et al., Positional Asphyxia During Law Enforcement Transport, 13 AM. J. FORENSIC MED. & PATHOLOGY 90 (1992). | | |
| 19 | Ronald L. O'Halloran & Janice G. Frank, Asphyxial Death During Prone Restraint Revisited; A Report of 21 Cases, 21 AM. J. FORENSIC MED. & PATHOLOGY 39, 48 (2000). | | |
| 20 | SAN DIEGO POLICE DEP'T, FINAL REPORT OF THE CUSTODY DEATH TASK FORCE (1992). | | |
| 21 | INTERNATIONAL ASSOCIATION OF CHIEFS OF POLICE, TRAINING KEY NO. 429, CUSTODY DEATH SYNDROME (1993). | | |
| 22 | United States Department of Justice, National Institute of Justice, Positional Asphyxia—Sudden Death, June 1995 | | |
| 23 | International Association of Chiefs of Police, The Prone Restraint–Still A Bad Idea, 10 POL'Y REV. 1,2 (1998). | | |

| EX. # | EXHIBIT DESCRIPTION | DATE EX. ID'D | DATE EX. ADMIT'D TO EVID. |
|---|---|---|---|
| 24 | UNITED STATES DEP'T OF JUSTICE, PRINCIPLES FOR PROMOTING POLICE INTEGRITY 4 (2001). | | |
| 25 | Consent Decree at 41, United States v. City of Ferguson, No. 4:16-cv-00180 (E.D. Mo. Apr. 19, 2016), | | |
| 26 | Settlement Agreement at 17, 19, United States v. City of Cleveland, No. 1:15-cv-01046-SO (N.D. Ohio June 12, 2015) | | |
| 27 | STEVEN G. BRANDL, POLICE IN AMERICA 252 (2018). | | |
| 28 | Albuquerque Police Department, Use of Force, SOP 2-52 at 5 | | |
| 29 | Charlotte-Mecklenburg Police Department, Directive 500-003 | | |
| 30 | Denver Police Department, Operations Manual, Force Related Policies, 105.01(5)(e), | | |
| 31 | Detroit Police Department, Use of Force, 304.2-7, Duty to Report/Render Aid | | |
| 32 | Indianapolis Police Department, General Order 8.1, Prisoner Handling, Transportation and Escape | | |
| 33 | New Orleans Police Department, Operations Manual, Chapter 1.3.1.1, Handcuffing and Restraint Devices | | |
| 34 | New York Police Department, Patrol Guide, Use of Force, 221-02 | | |
| 35 | Metropolitan Police Department (Washington, D.C.), General Order 901.07, Use of Force | | |

| EX. # | EXHIBIT DESCRIPTION | DATE EX. ID'D | DATE EX. ADMIT'D TO EVID. |
|---|---|---|---|
| 36 | Lawrence E. Heiskell, How to Prevent Positional Asphyxia, POLICE Mag. (Sept. 9, 2019), | | |
| 37 | California POST Learning Domain 34, First Aid, CPR, and AED | | |
| 38 | Rule 26 Report, including fee schedule, C.V., and testimony list, of Plaintiff's Expert Michael Freeman, Med. Dr. | | |
| 39 | Rebuttal Rule 26 Report of Plaintiff's Expert Michael Freeman, Med. Dr. | | |
| 40 | *Restraint Position and Positional Asphyxia*, Chan, 1997 | | |
| 41 | *Weight Force During Prone Restraint and Respiratory Function*, Chan, 2004 | | |
| 42 | *The role of restraint in fatal excited delirium: a research synthesis and pooled analysis*, Strommer, et al., Forensic Science, Medicine, and Pathology, 2020 | | |
| 43 | *Drugs and Human Performance Fact Sheets*, National Highway Traffic Safety Administration, April 2004 | | |
| 44 | Rule 26 Report, including fee schedule, C.V., and testimony list, of Plaintiff's Expert Daniel Wohlgelernter, M.D. | | |
| 45 | Rebuttal Rule 26 Report of Plaintiff's Expert Daniel Wohlgelernter, M.D. | | |
| 46 | *Sudden death during restraint: do some positions affect lung function?* Parkes, et al., Med. Sci. Law (2008) Vol. 48, No. 2 | | |
| 47 | *Pulseless electrical activity*, Shah, Medscape, 2018 | | |
| 48 | Kevin R. Niedzialek's Ranch Creek Recovery Employment Records, 0355–0418 | | |

| EX. # | EXHIBIT DESCRIPTION | DATE EX. ID'D | DATE EX. ADMIT'D TO EVID. |
|---|---|---|---|
| 49 | Kevin R. Niedzialek's L.A. Leasing /Sedona Group Records Employment Record, 0419–0434 | | |
| 50 | Kevin R. Niedzialek's Personal Staffing / Fellowship Group Employment Record, 0435–0566 | | |
| 51 | Kevin R. Niedzialek's Palomar College Transcript, 0567 | | |
| 52 | Kevin R. Niedzialek's Community College of Philadelphia Transcript, 0568 | | |
| *** | **DEFENDANTS' EXHIBIT LIST** | *** | *** |
| *** | **RECORDINGS & TRANSCRIPTS** | | |
| 101. | Audio - Dispatch Recording **PSAP 911 call from RP Jared Swindle** (3 Total Calls Recorded) TE-192100105 dated 07/29/19 COR 000001 | | |
| 102. | Transcript of the Audio Dispatch Recording **PSAP 911 call from RP Jared Swindle** TE-192100105 dated 07/29/19 COR 000002 – 000009 | | |
| 103. | Audio - Dispatch Recording **Radio 1** TE-192100105 dated 07/29/19 COR 000010 | | |
| 104. | Transcript of the Audio Dispatch Recording **Radio 1** TE-192100105 dated 07/29/19 COR 000011 – 000030 | | |
| 105. | Audio - Dispatch Recording **Radio 2** TE-192100105 dated 07/29/19 COR 000031 | | |
| 106. | Transcript of the Audio Dispatch Recording **Radio 2** TE-192100105 dated 07/29/19 COR 000032 – 000052 | | |
| 107. | Audio – **CHU Initial Briefing** by Detective Navarrete dated 07/30/19 COR 000053 | | |

| EX. # | EXHIBIT DESCRIPTION | DATE EX. ID'D | DATE EX. ADMIT'D TO EVID. |
|---|---|---|---|
| 108. | **Deputy Gomez's** BWC Video Response to Incident dated 07/29/19 COR 000054 | | |
| 109. | Transcript of **Deputy Gomez's** BWC Video Response to Incident dated 07/29/19 COR 000055 – 000067 | | |
| 110. | **Deputy Gomez's** BWC Video Interview of **RP Eric Mireles** dated 07/29/19 COR 000068 | | |
| 111. | Transcript of **Deputy Gomez's** BWC Video Interview of **RP Eric Mireles** dated 07/29/19 COR 000069 – 000071 | | |
| 112. | **Deputy Bowman's** BWC Video **Inside Damaged Apt. and Incident Location with Deputies and Paramedics** dated 07/29/19 COR 000072 | | |
| 113. | **Deputy Bowman's** BWC Video with **RP Jared Swindle's Wife Calling for RP** dated 07/29/19 COR 000073 | | |
| 114. | **Deputy Bowman's** BWC Video **Interview with RP Jared Swindle's Wife** dated 07/29/19 COR 000074 | | |
| 115. | **Deputy Bowman's** BWC Video **Interview with RP Jared Swindle** dated 07/29/19 COR 000075 | | |
| 116. | **Deputy Bowman's** BWC Video **Discussion with Unknown Woman re: the Dogs and Cats in the Damaged Unit** dated 07/29/19 COR 000076 | | |
| 117. | Transcript of All **Deputy Bowman's** BWC Videos dated 07/29/19 COR 000077 – 000086 | | |
| 118. | **Deputy Cramer's** BWC Video dated 07/29/19 COR 000087 | | |
| 119. | Transcript of **Deputy Cramer's** BWC Video dated 07/29/19 COR 000088 – 000090 | | |

| EX. # | EXHIBIT DESCRIPTION | DATE EX. ID'D | DATE EX. ADMIT'D TO EVID. |
|---|---|---|---|
| 120. | **Deputy Reynolds's** BWC Video at **Interview with Paramedics and at Hospital to ID Suspect** dated 07/29/19 COR 000091 | | |
| 121. | **Deputy Reynolds's** BWC Video at **Hospital With Suspect Kevin Niedzialek** dated 07/29/19 COR 000092 | | |
| 122. | **Sgt. Gaskins'** BWC Video dated 07/29/19 COR 000093 | | |
| 123. | Transcript of **Sgt. Gaskins'** BWC Video dated 07/29/19 COR 000094 – 000097 | | |
| 124. | Video from **Witness Window at Apartment Complex** located at 42200 Moraga Rd., Temecula, 07/29/19 COR 000098 | | |
| 125. | Audio Interview with **Deputy Gomez** by Detective Navarrete dated 08/01/19 COR 000307 | | |
| 126. | Transcription of **Deputy Gomez's** Interview prepared by Detective Navarrete dated 08/01/19 COR 000308 - 000323 | | |
| 127. | Audio Interview with **Witnesses Robert and Tracy Alves** by Detective Gasparini dated 08/01/19 COR 000364 | | |
| 128. | Transcript of the Audio Interview with **Witnesses Robert and Tracy Alves** by Detective Gasparini dated 08/01/19 COR 000365 – 000384 | | |
| 129. | Audio Message from **Plaintiff Tracy Alves** to Investigator Trudeau dated 07/30/19 COR 000390 | | |
| 130. | Audio Interview of the **Plaintiff Tracy Alves** by Investigator Trudeau dated 07/30/19 COR 000391 | | |
| 131. | Transcript of the Audio Interview of **Plaintiff Tracy Alves** by Investigator Trudeau dated 07/30/19 COR 000392 – 000400 | | |
| 132. | Audio Interview of **Witness Jared Swindle** by Detective Gasparini dated 08/01/19 COR 000401 | | |

| EX. # | EXHIBIT DESCRIPTION | DATE EX. ID'D | DATE EX. ADMIT'D TO EVID. |
|---|---|---|---|
| 133. | Transcript of the Audio Interview of Witness **Jared Swindle** by Detective Gasparini dated 08/01/19 COR 000402 – 000406 | | |
| 134. | Audio Interview of **Witness Eric Mireles** by Detective Gasparini dated 08/01/19 **COR 000411** | | |
| 135. | Transcript of the Audio Interview of **Witness Eric Mireles** by Detective Gasparini dated 08/01/19 COR 000412 – 000421 | | |
| 136. | Audio of Initial Call to **Witness Angelina Aispuro** by Detective Gasparini dated 07/30/19 COR 000425 | | |
| 137. | Transcript of the Audio of the Initial Call to **Witness Angelina Aispuro** by Detective Gasparini dated 07/30/19 COR 000426 – 000428 | | |
| 138. | Audio Interview of **Witness Angelina Aispuro** by Detective Gasparini dated 07/30/19 COR 000429 | | |
| 139. | Transcript of the Audio Interview of **Witness Angelina Aispuro** by Detective Gasparini dated 07/30/19 COR 000430 – 000459 | | |
| 140. | Audio Interview of **Witness Carey Czuczka** by Detective Gasparini dated 07/30/19 COR 000464 | | |
| 141. | Transcript of the Audio Interview of **Witness Carey Czuczka** by Detective Gasparini dated 07/30/19 COR 000465 – 000489 | | |
| 142. | Audio Interview of **Witness Brenden Graff** by Detective Gasparini dated 07/30/19 COR 000497 | | |
| 143. | Transcript of the Audio Interview of **Witness Brenden Graff** by Detective Gasparini dated 07/30/19 COR 000498 – 000514 | | |
| 144. | Audio Interview of **Witness Aaron Ernest** by Detective Gasparini dated 07/30/19 COR 000518 | | |

| EX. # | EXHIBIT DESCRIPTION | DATE EX. ID'D | DATE EX. ADMIT'D TO EVID. |
|---|---|---|---|
| 145. | Transcript of the Audio Interview of **Witness Aaron Ernest** by Detective Gasparini dated 07/30/19 COR 000519 – 000538 | | |
| 146. | Audio Interview with **Chart Nurse Suki at Inland Valley Medical Center** by Detective Gasparini dated 07/30/19 COR 000542 | | |
| 147. | Transcript of the Audio Interview with **Chart Nurse Suki at Inland Valley Medical Cente**r by Detective Gasparini dated 07/30/19 COR 000543 – 000544 | | |
| 148. | Audio Interview with **ICU Dr. Ngad** at Inland Valley Medical Center by Detective Gasparini dated 07/30/19 COR 000545 | | |
| 149. | Transcript of the Audio Interview with **ICU Dr. Ngad** at Inland Valley Medical Center by Detective Gasparini dated 07/30/19 COR 000546 – 000552 | | |
| *** | **FORENSIC RECONSTRUCTION** | *** | *** |
| 150. | Incident Composite Video COR 002818 | | |
| 151. | Incident Time Line COR 003099 | | |
| *** | **SCENE DIAGRAMS** | *** | *** |
| 152. | Aerial Map of Incident Location  Sage Canyon Apartments Located at 42200 Moraga Rd., Temecula, CA 92591 COR 000099 | | |
| *** | **SCENE PHOTOGRAPHS** | *** | *** |
| 153. | Unit 27A Exterior Photos COR 000100 – 000150 | | |
| 154. | Unit 27A Interior Photos COR 000151 – 000257 | | |
| 155. | Unit 27A Evidence Photos COR 000258 – 000283 | | |
| *** | **PHOTOS OF DECEDENT'S DONATED ORGANS** | *** | *** |

| EX. # | EXHIBIT DESCRIPTION | DATE EX. ID'D | DATE EX. ADMIT'D TO EVID. |
|---|---|---|---|
| 156. | Photos of Decedent. Kevin Niedzielek Prior to Organ Donation COR 000653 – 000706 | | |
| 157. | One Legacy Photos Donated Organs. Heart. and Lungs COR 000707 – 000709 | | |
| *** | **AUTOPSY REPORTS AND PHOTOGRAPHS** | *** | *** |
| 158. | Observer Report re: Autopsy of Kevin Niedzialek by Investigator  Deanne dated 08/07/19 COR 000553 – 000555 | | |
| 159. | Complete Report re: Coroner Protocol by Detective J. Trudeau dated 02/13/20 COR 000556 – 000577 | | |
| 160. | Coroner's Investigation Report re: Cause of Death Findings re: Kevin Niedzialek by Detective J. Trudeau dated 02/13/20 COR 000578 – 000580 | | |
| 161. | Coroner Investigator Report by Deputy Coroner Dawna Wimsatt. on 07/30/19 COR 000581 – 000583 | | |
| 162. | Coroner Investigator Report Narrative by Deputy Coroner Dawna Wimsatt. on 07/30/19 COR 000584 – 000585 | | |
| 163. | Coroner Investigative Report by Deputy Coroner W. Shurick on 08/02/19 COR 000586 | | |
| 164. | Coroner Investigative Report by Administrative Deputy Coroner. Kirsten Ramirez dated 01/22/20 COR 000587 | | |
| 165. | RCSD Coroner Autopsy Report of Kevin Niedzielek by Dr. Mark A. Faiardo dated 12/27/19 COR 000588 – 000593 | | |
| 166. | Toxicology Reports re: Decedent Kevin Niedzialek Specimen Hospital Blood Collected on 07/29/19 COR 000594 – 000596 | | |
| 167. | Decedent's Neuropathology Report by NAAG Pathology Labs. Vivian S. Snyder. Forensic Neuropathologist COR 03344 – 03353 | | |
| 168. | AUTOPSY PHOTOS Chain of Custody COR 000597 - 000598 | | |

| EX. # | EXHIBIT DESCRIPTION | DATE EX. ID'D | DATE EX. ADMIT'D TO EVID. |
|---|---|---|---|
| 169. | AUTOPSY PHOTOS Exterior COR 000599 – 000638 | | |
| 170. | AUTOPSY PHOTOS Interior COR 000639 – 000652 | | |
| *** | **INVESTIGATIVE REPORTS** | *** | *** |
| 171. | Supplemental Report re: Dispatch Recordings and Logs by Detective Navarrete dated 08/02/19 COR 000284 – 000298 | | |
| 172. | Supplemental Report re: Transcription of Deputy Gomez's Interview by Detective Navarrete dated 10/25/19 COR 000324 – 000363 | | |
| 173. | Narrative Summary Report re: Interview with Reporting Party Jared Swindle by Detective Gasparini dated 08/02/19 COR 000407 – 000410 | | |
| 174. | Narrative Summary Report re: Interview with Reporting Party Eric Mireles by Detective Gasparini dated 08/06/19 COR 000422 – 000424 | | |
| 175. | Narrative Summary Report re: Interview with witness Angelina Aispuro by Detective Gasparini dated 08/02/19 COR 000460 – 000463 | | |
| 176. | Narrative Summary Report re: Interview with witness Carey Czuczka by Detective Gasparini dated 08/07/19 COR 000490 – 000493 | | |
| 177. | Narrative Summary Report re: Interview with Carey Czuzka and Brendon Graff by Detective R.M. Cornett dated 07/31/19 COR 000494 – 000496 | | |
| 178. | Narrative Summary Report re: Interview with Brendon Graff by Detective Gasparini dated 08/07/19 COR 000515 – 000517 | | |

| EX. # | EXHIBIT DESCRIPTION | DATE EX. ID'D | DATE EX. ADMIT'D TO EVID. |
|---|---|---|---|
| 179. | Narrative Summary Report re: Interview with witness Aaron Ernest by Detective Gasparini dated 08/06/19 COR 000539 – 000541 | | |
| 180. | Initial Incident Report re: Suspect Kevin Niedzialek by Deputy S. Gomez dated 07/29/19 COR 000710 – 000715 | | |
| 181. | Supplemental Report re: Initial Responder by Deputy B. Keeney dated 07/29/19 COR 000716 – 000719 | | |
| 182. | Supplemental Report re: Initial Responder Back Up by Deputy Bowman dated 07/29/19 COR 000720 – 000723 | | |
| 183. | Critical Incident (Crime Scene) Log prepared by Explorer Miguel Cortes dated 07/29/19 COR 000724 – 000725 | | |
| 184. | Supplemental Report re: Scene Processing by Investigator Franchville dated 07/29/19 with Attachment New Property and Evidence Report. Consent from Carey Czuczka to Search Apartment COR 000726 – 000735 | | |
| 185. | RCSD Permission to Search Residence Located at 42200 Moraga Rd. Unit #27A signed by Carey Czuczka dated 07/29/19 COR 000736 | | |
| 186. | RCSD Forensic Services Request by Sgt. Gaskins dated 07/29/19 COR 000737 | | |
| 187. | Two black and white photos of Kevin Niedzialek in the Hospital and One Photo of the Ventilator COR 000738 – 000740 | | |
| 188. | Supplemental Report re: Watch Commander Initial Responder by Sgt. Gaskins with Photos of Deputy Gomez dated 07/30/19 COR 000741 – 000750 | | |
| 189. | RCSD Property Report re: Decedent's Rose Gold iPhone Collected by Detective Gasparini dated 07/30/19 COR 000751 – 000754 | | |

| EX. # | EXHIBIT DESCRIPTION | DATE EX. ID'D | DATE EX. ADMIT'D TO EVID. |
|---|---|---|---|
| 190. | Consent to Search Computer Equipment/Electronic Data signed by Witness Carey Czuczka dated 07/30/19 COR 000755 | | |
| 191. | Supplemental Report re: Initial Responder Back Up and Hospital by Deputy Reynolds dated 07/31/19 COR 000756 – 000762 | | |
| 192. | Supplemental Report re: Notification and Response by Detective J. Trudeau dated 07/31/19 COR 000763 - 000766 | | |
| 193. | Supplemental Report re: Phone Downloads from Witness Carey Czuczka's iPhone by Lead Investigator, Detective Gasparini dated 08/01/19 COR 000767 – 000771 | | |
| 194. | Supplemental Report re: Collection of Decedent's Fingernail Scrapings by Investigator Franchville dated 08/01/19 COR 000772 – 000774 | | |
| 195. | Supplemental Report re: Initial Responder and Witness Interviews by Deputy Cramer dated 08/02/19 COR 000775 – 000777 | | |
| 196. | Supplemental Report re: Scene Control by Cpl. Miller dated 08/02/19 COR 000778 – 000779 | | |
| 197. | Supplemental Report re: Notification and Response by Detective Navarrete dated 08/02/19 COR 000780 – 000782 | | |
| 198. | Supplemental Report re: BWC Footage Evidence by Detective J. Trudeau dated 08/21/19 COR 000783 – 000786 | | |
| 199. | Supplemental Report re: Decedents Medical Records from Inland Valley Medical Center by Detective J. Trudeau dated 08/21/19 COR 000787 – 000795 | | |
| 200. | Supplemental Report re: Review of Body Camera Footage Belonging to Deputy Gomez by Investigator Dickey dated 02/22/20 COR 000796 – 000799 | | |

| EX. # | EXHIBIT DESCRIPTION | DATE EX. ID'D | DATE EX. ADMIT'D TO EVID. |
|---|---|---|---|
| 201. | Supplemental Report re: Request for Parole Records for Decedent with Attachments by Investigator Dickey dated 03/02/20 COR 000800 – 000805 | | |
| 202. | Supplemental Report re: Prior Law Enforcement Reports/Contacts re: Decedent by Investigator Dickey dated 02/22/20 COR 000806 – 000968 | | |
| 203. | TASER Download from Deputy Gomez's TASER X2 from 07/2919 to 07/30/19 dated 07/30/19 COR 000973 | | |
| 204. | AMR Patient Care Report dated 07/29/19 by Paramedic. Lisa La Russo COR 002134 - 002155 | | |
| *** | **ADMINISTRATIVE REPORTS** | *** | *** |
| 205. | Tort Claim for Damages Filed by Claimant Tracy Alves NOK to Decedent Kevin Niedzialek signed on 08/09/19 COR 002156 – 002157 | | |
| 206. | County of Riverside Notice of Rejection of Tort Claim dated 08/23/19 COR 002158 | | |
| 207. | Amended Tort Claim for Damages Filed by John Burton. Attorney for Claimant. Tracy Alves signed 10/29/19 COR 002159 - 002163 | | |
| 208. | County of Riverside Notice of Rejection of Amended Tort Claim dated 11/07/19 COR 002164 | | |
| 209. | LADA Decision Clearance Letter re: Deputy Sonia Gomez dated 05/13/20 COR 002165 | | |
| 210. | LADA Decision Clearance Letter re: Deputy Brian Keeney dated 05/13/20 COR 002166 | | |
| 211. | Riverside County District Attorney's Office Packet dated 06/01/20 COR 02167 – 02179 | | |
| *** | **EXPERT REPORTS AND MATERIALS** | *** | *** |

| EX. # | EXHIBIT DESCRIPTION | DATE EX. ID'D | DATE EX. ADMIT'D TO EVID. |
|---|---|---|---|
| 212. | Expert Report of Defense Expert, James Borden COR 02750 - 02817 | | |
| 213. | Exhibit 1 to Defense Expert, James Borden's Report Incident Composite Video COR 002818 | | |
| 214. | Expert Report of Defense Expert, Dr. Theodore Chan COR 02819 – 02892 | | |
| 215. | Expert Report of Defense Expert, Dr. Richard Clark, M.D. COR 02893 – 02973 | | |
| 216. | Defense Expert Dr. Richard Clark's Previous Testimony History COR 03297 – 03302 | | |
| 217. | Expert Report of Defense Expert, Dr. Donald Dawes COR 02974 – 03004 | | |
| 218. | Appendix 1 and Exhibits 1- 4 to Defense Expert, Dr. Donald Dawes COR 03005 | | |
| 219. | Expert Report of Defense Expert, Rod Englert COR 03006 – 03098 | | |
| 220. | Exhibit 1 to Defense Expert, Rod Englert's Report Incident Time Line COR 003099 | | |
| 221. | Expert Report of Defense Expert, Robert Fonzi COR 03100 – 03171 | | |
| 222. | Expert Report of Defense Expert, Dr. Michael Graham COR – 03172 – 03252 | | |
| 223. | Expert Report of Defense Expert, Dr. Swathi Kode COR 03253 – 03296 | | |

| EX. # | EXHIBIT DESCRIPTION | DATE EX. ID'D | DATE EX. ADMIT'D TO EVID. |
|---|---|---|---|
| *** | **DISPATCH LOGS** | *** | *** |
| 224. | RCSD Dispatch Log dated 07/29/19 COR 000299 – 000303 | | |
| 225. | CAD Dispatch Log dated 07/29/19 COR 000304 – 000306 | | |
| *** | **TRAINING RECORDS** | *** | *** |
| 226. | County of Riverside Training and Education Records re: Deputy Sonia Gomez COR 02189 – 02196 | | |
| 227. | County of Riverside Training and Education Records re: Deputy Brian Keeney COR 02197 – 02205 | | |
| *** | **POLICIES & PROCEDURES** | *** | *** |
| 228. | Deployment and Use of TASER Conducted Electrical Weapon System – Directive #10-032 dated 08/31/10 COR 02180 – 02188 | | |
| 229. | Interacting with Mentally Disturbed and Disabled Persons Section 404.16 of the Field Operations Manual September 2012 COR 02206 – 02212 | | |
| 230. | County of Riverside Use of Force Policy Revised 10-01 COR 02213 – 02235 | | |
| 231. | County of Riverside Radio Codes COR 02236 – 02237 | | |
| 232. | Interacting with Mentally Disturbed and Disabled Persons Section 439 COR 02503 – 02509 | | |
| 233. | RCSD Crisis Intervention Training COR 02510 – 02513 | | |
| 234. | Detention of Persons Under Welfare Code 5150 Department Directive 12-037 COR 02514 – 02519 | | |
| 235. | Crisis Intervention Training Introduction COR 02520 – 02531 | | |
| 236. | Crisis Intervention Training 5150 COR 02532 – 02555 | | |
| 237. | Crisis Intervention Training Medication COR 02556 – 02571 | | |
| 238. | Crisis Intervention Training PTSD Suicide De-escalation COR 02572 – 02642 | | |

| EX. # | EXHIBIT DESCRIPTION | DATE EX. ID'D | DATE EX. ADMIT'D TO EVID. |
|---|---|---|---|
| 239. | Crisis Intervention Training Schizophrenia and Bipolar COR 02643 – 02652 | | |
| 240. | Depression and Anxiety COR 02653 – 02660 | | |
| 241. | RCSD DT Manual – Carotid Restraints Defensive Tactics and Use of Force Manual Chapter 9 COR 02661 – 02677 | | |
| 242. | RCSD DT Manual – Prone Handcuffing COR 02678 – 02683 | | |
| 243. | Perishable Skills Program  P.O.S.T 2200-22095 Arrest Control Baton Update COR 02684 – 02693 | | |
| 244. | Carotid Power Point 2017 COR 02694 – 02722 | | |
| 245. | Excited Delirium Power Point 08/28/16 COR 02723 – 02748 | | |
| *** | **DEEDENT'S MEDICAL RECORDS** | *** | *** |
| 246. | Decedent's Medical Records from Inland Valley Medical Center 07/29/19 through 07/30/19 COR 000974 - 01521 | | |
| 247. | Decedent's Medical Records from Inland Valley Medical Center 07/31/19 through 08/02/19 COR 001522 – 002131 | | |
| 248. | Decedent's Routine Echo Report from Southwest Healthcare System part of Inland Valley Medical Center dated 07/30/19 COR 002132 – 002133 | | |
| 249. | Decedent's Medical and Billing Records from Fellowship Center | | |
| 250. | Decedent's Billing Records from Fellowship Center | | |
| *** | **DECEDENT'S  CDCR RECORDS** | *** | *** |
| 251. | Decedent's Records from the CDCR | | |
| *** | **DECEDENT'S  EMPLOYMENT RECORDS** | *** | *** |
| 252. | Decedent's Records from Ranch Creek Recovery, Inc. | | |
| *** | **DEPOSITION EXHIBITS** | *** | *** |

| EX. # | EXHIBIT DESCRIPTION | DATE EX. ID'D | DATE EX. ADMIT'D TO EVID. |
|---|---|---|---|
| 253. | Defendant, Sonia Gomez's Deposition Exhibit 18 Training Profile Report COR 002189 – 002196 | | |
| 254. | Defendant, Brian Keeney's Deposition Exhibit 19 Training Profile Report COR 002197 – 002205 | | |
| 255. | Plaintiff, Tracy Alves Deposition Exhibit 2 DMV Image of Decedent Kevin Robert Niedzialek | | |
| 256. | Plaintiff, Tracy Alves Deposition Exhibit 9 Photo of Decedent in Hospital With Mouth Tube COR 000654 | | |
| 257. | Plaintiff, Tracy Alves Deposition Exhibit 10 Authorization from One Legacy COR 001143 – 001155 | | |
| 258. | Witness, Robert Alves Deposition Exhibit 2 DMV Image of Decedent Kevin Robert Niedzialek | | |
| 259. | Witness, Robert Alves Deposition Exhibit 3 Photo of Sage Canyon Apartment Complex COR 000113 | | |
| 260. | Witness, Robert Alves Deposition Exhibit 3 COR 000135 | | |
| 261. | Witness, Robert Alves Deposition Exhibit 3 Photo of Sage Canyon Apartment Complex COR 000136 | | |

| EX. # | EXHIBIT DESCRIPTION | DATE EX. ID'D | DATE EX. ADMIT'D TO EVID. |
|---|---|---|---|
| 262. | Witness, Robert Alves Deposition Exhibit 3 Photo of Sage Canyon Apartment Complex COR 000138 | | |
| 263. | Witness, Robert Alves Deposition Exhibit 3 Photo of Sage Canyon Apartment Complex COR 000139 | | |
| 264. | Witness, Robert Alves Deposition Exhibit 3 Photo of Sage Canyon Apartment Complex COR 000140 | | |
| 265. | Witness, Robert Alves Deposition Exhibit 3 Photo of Sage Canyon Apartment Complex COR 000142 | | |
| 266. | Witness, Robert Alves Deposition Exhibit 3 Photo of Sage Canyon Apartment Complex COR 000146 | | |
| 267. | Witness, Robert Alves Deposition Exhibit 3 Photo of Sage Canyon Apartment Complex COR 000149 | | |
| 268. | Witness, Robert Alves Deposition Exhibit 3 Photo of Sage Canyon Apartment Complex COR 000259 | | |

| EX. # | EXHIBIT DESCRIPTION | DATE EX. ID'D | DATE EX. ADMIT'D TO EVID. |
|---|---|---|---|
| 269. | Witness, Robert Alves Deposition Exhibit 3 Photo of Sage Canyon Apartment Complex COR 000264 | | |
| 270. | Witness, Robert Alves Deposition Exhibit 4 Audio File | | |
| 271. | Witness, Angelina Aispuro's Deposition Exhibit 2 Audio – Initial Call to Witness Aispuro by Detective Gasparini | | |
| 272. | Witness, Angelina Aispuro's Deposition Exhibit 3 Transcript of Phone Conversation Between Detective Gasparini and Angelina Aispuro 000426 – 000428 | | |
| 273. | Witness, Angelina Aispuro's Deposition Exhibit 4 Interview of Witness Angelina Aispuro by Detective Gasparini | | |
| 274. | Witness, Angelina Aispuro's Deposition Exhibit 5 Transcript of Interview of Witness Angelina Aispuro COR 000430 – 000459 | | |
| 275. | Witness, Angelina Aispuro's Deposition Exhibit 6 DMV Image of Decedent Kevin Robert Niedzialek | | |
| 276. | Witness, Sheriff Chad Bianco's Deposition Exhibit 1 Incident Report dated 02/13/20 – Coroner Protocol COR 000556 – 000577 | | |

| EX. # | EXHIBIT DESCRIPTION | DATE EX. ID'D | DATE EX. ADMIT'D TO EVID. |
|---|---|---|---|
| 277. | Witness, Sheriff Chad Bianco's Deposition Exhibit 2 National Law Enforcement Technology Center Positional Asphyxia Sudden Death Document June 1995 | | |
| 278. | Witness, Sheriff Chad Bianco's Deposition Exhibit 3 IACP New Members Document Published 04/01/19 | | |
| 279. | Witness, Sheriff Chad Bianco's Deposition Exhibit 4 IACP Law Enforcement Policy Center re: Excited Delirium Paper April 2017 | | |
| 280. | Witness, Sheriff Chad Bianco's Deposition Exhibit 5 IACP Law Enforcement Model Policy re: Excited Delirium dated April 2017 | | |
| 281. | Witness, Sheriff Chad Bianco's Deposition Exhibit 6 Berkeley Department Document Policy 302  Handcuffing and Restraints | | |
| 282. | Witness, Cary Czuczka Deposition Exhibit 2 Audio – Interview with Witness Carey Czuczka | | |
| 283. | Witness, Carey Czuczka Deposition Exhibit 3 Transcript of Interview with Witness Carey Czuczka COR 000465 – 000489 | | |
| 284. | Witness, Carey Czuczka Deposition Exhibit 4 Photo of Sage Canyon Apartment Complex COR 000136 | | |

| EX. # | EXHIBIT DESCRIPTION | DATE EX. ID'D | DATE EX. ADMIT'D TO EVID. |
|---|---|---|---|
| 285. | Witness, Carey Czuczka Deposition Exhibit 4 Photo of Inside Apartment COR 000247 | | |
| 286. | Witness, Carey Czuczka Deposition Exhibit 4 Photo of Inside Apartment COR 000240 | | |
| 287. | Witness, Cary Czuczka Deposition Exhibit 4 Photo of Inside Apartment COR 000223 | | |
| 288. | Witness, Carey Czuczka Deposition Exhibit 4 Photo of Inside Apartment COR 000187 | | |
| 289. | Witness, Carey Czuczka Deposition Exhibit 4 Photo of Inside Apartment COR 000163 | | |
| 290. | Witness, Carey Czuczka Deposition Exhibit 4 Photo of Inside Apartment COR 000178 | | |
| 291. | Witness, Carey Czuczka Deposition Exhibit 4 Photo of Inside Apartment COR 000175 | | |
| 292. | Witness, Carey Czuczka Deposition Exhibit 4 Photo of Inside Apartment COR 000156 | | |
| 293. | Witness, Carey Czuczka Deposition Exhibit 4 Photo of Inside Apartment COR 000154 | | |

| EX. # | EXHIBIT DESCRIPTION | DATE EX. ID'D | DATE EX. ADMIT'D TO EVID. |
|---|---|---|---|
| 294. | Witness, Carey Czuczka Deposition Exhibit 4<br>Photo of Front Door of Apartment<br>COR 000151 | | |
| 295. | Witness, Carey Czuczka Deposition Exhibit 4<br>Photo of Front Apartment<br>COR 000125 | | |
| 296. | Witness, Carey Czuczka Deposition Exhibit 4<br>Photo of Front Apartment<br>COR 000126 | | |
| 297. | Witness, Carey Czuczka Deposition Exhibit 5<br>DMV Image of Decedent Kevin Robert Niedzialek | | |
| 298. | Witness, Carey Czuczka Deposition Exhibit 6<br>Still Image from Deputy Gomez's BWC video dated 07/29/19 Timestamp 15:23:53 | | |
| 299. | Witness, Carey Czuczka Deposition Exhibit 7<br>Still Image from Deputy Gomez's BWC video dated 07/29/19 Timestamp 15:23:59 | | |
| 300. | Witness, Carey Czuczka Deposition Exhibit 8<br>Facebook Post by Carey Czuczka | | |
| 301. | Witness, Carey Czuczka Deposition Exhibit 9<br>Permission to Search<br>COR 000736 | | |
| 302. | Witness, Carey Czuczka Deposition Exhibit 10<br>Incident Report<br>COR 000767 – 000771 | | |

| EX. # | EXHIBIT DESCRIPTION | DATE EX. ID'D | DATE EX. ADMIT'D TO EVID. |
|---|---|---|---|
| 303. | Witness, Aaron Ernest Deposition Exhibit 2<br>Audio – Interview of Witness Aaron Ernest by Detective Gasparini | | |
| 304. | Witness, Aaron Ernest Deposition Exhibit 3<br>Transcript of Audio Interview of Witness Aaron Ernest<br>COR 000519 – 000538 | | |
| 305. | Medical Examiner, Mark Fajardo MD's Deposition Exhibit 2<br>CV | | |
| 306. | Medical Examiner, Mark Fajardo MD's Deposition Exhibit 3<br>RCSD Autopsy Protocol<br>COR 00568 – 000573 | | |
| 307. | Medical Examiner, Mark Fajardo MD's Deposition Exhibit 3<br>Bio-Tox Laboratories Toxicology Results<br>COR 000575 – 000577 | | |
| 308. | Medical Examiner, Mark Fajardo MD's Deposition Exhibit 3<br>RCSD Coroner Investigation<br>COR 000560 – 000566 | | |
| 309. | Medical Examiner, Mark Fajardo MD's Deposition Exhibit 3<br>RCSD – Coroner<br>Worksheet and Inventory | | |
| 310. | Medical Examiner, Mark Fajardo MD's Deposition Exhibit 4<br>Color Photos of Body Bag<br>COR 000597 – 000598 | | |

| EX. # | EXHIBIT DESCRIPTION | DATE EX. ID'D | DATE EX. ADMIT'D TO EVID. |
|---|---|---|---|
| 311. | Medical Examiner, Mark Fajardo MD's Deposition Exhibit 5A – 5NN Exterior and Interior Autopsy Photos COR 000599 – 000638 | | |
| 312. | Medical Examiner, Mark Fajardo MD's Deposition Exhibit 6A – 6N Interior Autopsy Photos COR 000639 – 000652 | | |
| 313. | Medical Examiner, Mark Fajardo MD's Deposition Exhibit 7A – 7EE Exterior Autopsy Photos COR 000653 – 000709 | | |
| 314. | Medical Examiner, Mark Fajardo MD's Deposition Exhibit 8A – 8N Still Photos of Deputy Gomez's BWC Video | | |
| 315. | Medical Examiner, Mark Fajardo MD's Deposition Incident Composite Video COR 002818 | | |
| 316. | Witness, Brenden Graff Deposition Exhibit 2 Transcript of Interview of Witness Brenden Graff COR 000498 – 000514 | | |
| 317. | Witness, Brenden Graff Deposition Exhibit 3 Color Photo of Decedent, Kevin Niedzialek KRN 0293 | | |
| 318. | Paramedic, Lisa LaRusso Deposition Exhibit 2 Patient Care Report dated 07/29/19 | | |

| EX. # | EXHIBIT DESCRIPTION | DATE EX. ID'D | DATE EX. ADMIT'D TO EVID. |
|---|---|---|---|
| 319. | Witness, Michael Luben Deposition Exhibit 2<br>Video – Deputy Cramer's BWC Video with Witness | | |
| 320. | Witness, Michael Luben Deposition Exhibit 3<br>Transcript of Deputy Cramer's BWC Video<br>COR 000088 – 000090 | | |
| 321. | Witness, Michael Luben Deposition Exhibit 4<br>Photo of Front of Witness Eric Mireles Apartment<br>COR 000113 | | |
| 322. | Witness, Michael Luben Deposition Exhibit 5<br>DMV Image of Decedent Kevin Robert Niedzialek | | |
| 323. | Witness, Eric Mireles Deposition Exhibit 2<br>Audio – 911 Call | | |
| 324. | Witness, Eric Mireles Deposition Exhibit 3<br>Transcript of 911 Call<br>COR 000002 – 000009 | | |
| 325. | Witness, Eric Mireles Deposition Exhibit 4<br>Audio – Interview with Witness Eric Mireles by Detective Gasparini | | |
| 326. | Witness, Eric Mireles Deposition Exhibit 5<br>Transcript of Interview with Witness Eric Mireles<br>COR 000412 - 000421 | | |
| 327. | Witness, Eric Mireles Deposition Exhibit 6<br>Video – Deputy Gomez BWC Video with Witness Eric Mireles | | |

| EX. # | EXHIBIT DESCRIPTION | DATE EX. ID'D | DATE EX. ADMIT'D TO EVID. |
|---|---|---|---|
| 328. | Witness, Eric Mireles Deposition Exhibit 7 Transcript of Deputy Gomez's Interview with Witness Eric Mireles COR 000069 – 000071 | | |
| 329. | Witness, Eric Mireles Deposition Exhibit 8 DMV Image of Decedent Kevin Robert Niedzialek | | |
| 330. | Witness, Eric Mireles Deposition Exhibit 9 Color Photo of COR 000113 | | |
| 331. | Witness, Eric Mireles Deposition Exhibit 10 Color Photo of COR 000135 | | |
| 332. | Witness, Eric Mireles Deposition Exhibit 11 Color Photo of COR 000136 | | |
| 333. | Witness, Eric Mireles Deposition Exhibit 12 Color Photo of COR 000138 | | |
| 334. | Witness, Eric Mireles Deposition Exhibit 13 Color Photo of COR 000142 | | |
| 335. | Witness, Eric Mireles Deposition Exhibit 14 Color Photo of COR 000146 | | |
| 336. | Witness, Eric Mireles Deposition Exhibit 15 Color Photo of COR 000149 | | |

| EX. # | EXHIBIT DESCRIPTION | DATE EX. ID'D | DATE EX. ADMIT'D TO EVID. |
|---|---|---|---|
| 337. | Witness, Eric Mireles Deposition Exhibit 16 Color Photo of COR 000259 | | |
| 338. | Witness, Eric Mireles Deposition Exhibit 17 Color Photo of COR 000140 | | |
| 339. | EMT Jesus Reygoza Deposition Exhibit 2 Patient Care Report dated 07/29/19 COR 002134 – 002155 | | |
| 340. | Witness, Jared Swindle Deposition Exhibit 2 DMV Image of Decedent Kevin Robert Niedzialek | | |
| 341. | Witness, Jared Swindle Deposition Exhibit 3A Audio – 911 and Dispatch Calls | | |
| 342. | Witness, Jared Swindle Deposition Exhibit 3B Video – Interview of Witness Jared Swindle | | |
| 343. | Witness, Jarred Swindle Deposition Exhibit 4 Transcript of 911 and Dispatch Calls COR 000002 – 000009 | | |
| 344. | Witness, Jarred Swindle Deposition Exhibit 5 Transcript of Jared Swindle Interview COR 000402 – 000406 | | |
| 345. | Witness, Jarred Swindle Deposition Exhibit 6 Still Photo of Front of Unit 27A Time Stamp 01:53 | | |

| EX. # | EXHIBIT DESCRIPTION | DATE EX. ID'D | DATE EX. ADMIT'D TO EVID. |
|---|---|---|---|
| 346. | Witness, Jarred Swindle Deposition Exhibit 7 Still Photo of Front of Unit 27A Time Stamp 01:54 | | |
| 347. | Witness, Jarred Swindle Deposition Exhibit 8 Color Photo of Front of Unit 27A COR 000125 | | |
| 348. | Witness, Jarred Swindle Deposition Exhibit 9 Color Photo of Walkway in Front of Unit 27A COR 000108 | | |
| 349. | Witness, Jarred Swindle Deposition Exhibit 10 Up Close Photo Front of Unit 27A COR 000126 | | |
| 350. | Witness, Jarred Swindle Deposition Exhibit 11 Up Close Photo of Unit 27A Patio COR 000127 | | |
| 351. | Witness, Jarred Swindle Deposition Exhibit 12 Color Photo of Front of RP's Unit COR 000136 | | |
| 352. | Witness, Jarred Swindle Deposition Exhibit 13 Incident Report dated 08/02/19 COR 000407 – 000410 | | |
| 353. | Witness, Kathryn Vasquez's Deposition Exhibit 2 Cell Phone Video of Incident | | |

| EX. # | EXHIBIT DESCRIPTION | DATE EX. ID'D | DATE EX. ADMIT'D TO EVID. |
|---|---|---|---|
| 354. | Witness, Kathryn Vasquez's Deposition Exhibit 3<br>Color Photo of Front of RP's Unit<br>COR 000113 | | |
| 355. | Witness, Kathryn Vasquez's Deposition Exhibit 3<br>Color Photo of Tree with Blood<br>COR 000140 | | |
| 356. | Witness, Kathryn Vasquez's Deposition Exhibit 3<br>Color Photo of Front of RP's Unit<br>COR 000259 | | |
| 357. | Witness, Kathryn Vasquez's Deposition Exhibit 3<br>Up Close Color Photo of Front of RP's Unit with View of Parking Lot<br>COR 000139 | | |
| 358. | Witness, Kathryn Vasquez's Deposition Exhibit 3<br>Up Close Color Photo of Front of RP's Unit<br>COR 000138 | | |
| 359. | Witness, Kathryn Vasquez's Deposition Exhibit 3<br>Color Photo of Side View of RP's Unit<br>COR 000135 | | |
| 360. | Witness, Kathryn Vasquez's Deposition Exhibit 3<br>Direct Front View Color Photo of Front of RP's Unit<br>COR 000136 | | |
| 361. | Witness, Sgt. Vickers Deposition Exhibit 1<br>Resume<br>COR 02749 | | |

| EX. # | EXHIBIT DESCRIPTION | DATE EX. ID'D | DATE EX. ADMIT'D TO EVID. |
|---|---|---|---|
| 362. | Witness, Sgt. Vickers Deposition Exhibit 3<br>IACP Model Policy Excited Delirium April 2017 | | |
| 363. | Witness, Sgt. Vickers Deposition Exhibit 4<br>Deployment and Use of TASER Conducted Electrical Weapon System – Directive #10-032 dated 08/31/10 COR 02180 – 02188 | | |
| 364. | Witness, Sgt. Vickers Deposition Exhibit 5<br>Interacting with Mentally Disturbed and Disabled Persons Section 404.16 of the Field Operations Manual September 2012 COR 02206 – 02212 | | |
| 365. | Witness, Sgt. Vickers Deposition Exhibit 6<br>Interacting with Mentally Disturbed and Disabled Persons Section 439 COR 02503 – 02509 | | |
| 366. | Witness, Sgt. Vickers Deposition Exhibit 7<br>Detention of Persons Under Welfare Code 5150 Department Directive 12-037 COR 02514 – 02519 | | |
| 367. | Witness, Sgt. Vickers Deposition Exhibit 8<br>Crisis Intervention Training Introduction COR 02520 – 02531 | | |
| 368. | Witness, Sgt. Vickers Deposition Exhibit 9 Crisis Intervention Training 5150 COR 02532 – 02555 | | |
| 369. | Witness, Sgt. Vickers Deposition Exhibit 10 Crisis Intervention Training PTSD Suicide De-escalation COR 02572 | | |

| EX. # | EXHIBIT DESCRIPTION | DATE EX. ID'D | DATE EX. ADMIT'D TO EVID. |
|---|---|---|---|
| 370. | Witness, Sgt. Vickers Deposition Exhibit 11 De-Escalation Skills COR 02615 | | |
| 371. | Witness, Sgt. Vickers Deposition Exhibit 12 Excited Delirium COR 02632 – 02636 | | |
| 372. | Witness, Sgt. Vickers Deposition Exhibit 13 RCSD Polict 214 Administrative Communications 06/16/20 | | |
| 373. | Witness, Sgt. Vickers Deposition Exhibit 14 RCSD Policy 300 Use of Force 06/16/20 | | |
| 374. | Witness, Sgt. Vickers Deposition Exhibit 15 RCSD Handcuffing and Restraints 06/16/20 | | |
| 375. | Witness, Sgt. Vickers Deposition Exhibit 16 RCSD Policy 414 Medical Aid/Naloxone Protocols 06/16/20 | | |
| 376. | Witness, Hannah Zachwieja's Deposition Exhibit 2 DMV Image of Decedent Kevin Robert Niedzialek | | |
| 377. | Witness, Macy Zachwieja's Deposition Exhibit 2 DMV Image of Decedent Kevin Robert Niedzialek | | |
| *** | *DISCLOSURES & DISCOVERY RESPONSES* | *** | *** |
| 378. | Defendants' Initial Disclosures served 05/19/21 | | |

**JOINTLY PROPOSED EXHIBIT LIST**

| EX. # | EXHIBIT DESCRIPTION | DATE EX. ID'D | DATE EX. ADMIT'D TO EVID. |
|---|---|---|---|
| 379. | Defendants' First Supplemental served 10/14/20 | | |
| 380. | Defendants' Second Supplemental served 02/08/21 | | |
| 381. | Defendants' Third Supplemental served 04/16/21 | | |
| 382. | Defendants' Fourth Supplemental served 04/29/21 | | |
| 383. | Defendants' Fifth Supplemental served 06/17/21 | | |
| 384. | Defendants' Responses to Plaintiff's Request for Production, Set One served 09/10/20 | | |
| 385. | Defendants' First Supplemental Responses to Plaintiff's Request for Production, Set One served 10/14/20 | | |
| 386. | Objection by Defendants' to Plaintiff's Notice of Deposition of Defendant County Pursuant to Federal Rule of Civil Procedure 30(b)(6) and Document Production Request served 10/12/20 | | |
| 387. | Amended Objection by Defendants' to Plaintiff's Notice of Deposition of Defendant County Pursuant to Federal Rule of Civil Procedure 30(b)(6) and Document Production Request served 11/09/20 | | |
| *** | ***PRIOR INCIDENT RECORDS (conditional)[1]*** | *** | *** |
| | (Reserved) | | |

---

[1] All exhibits in the section with heading, "PRIOR INCIDENT RECORDS" are <u>conditional</u> exhibits only.