**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

**THE LAW OFFICES OF JOHN BURTON**
John Burton (SBN 86029)
jb@johnburtonlaw.com
128 North Fair Oaks Avenue
Pasadena, California 91103
Tel: (626) 449-8300; Fax: (626) 449-8197

**HELM LAW OFFICE, PC**
T. Kennedy Helm, IV (SBN 282319)
kennedy@helmlawoffice.com
644 40th Street, Suite 305
Oakland, California 94609
Tel: (510) 350-7517; Fax: (510) 350-7359

Attorneys for Plaintiff Tracy Alves, Individually and as
Successor In Interest for Kevin R. Niedzialek, Deceased

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| TRACY ALVES, Individually and as Successor in Interest for KEVIN R. NIEDZIALEK, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>RIVERSIDE COUNTY, RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, SHERIFF-CORONER CHAD BIANCO, DEPUTY SONIA GOMEZ, DEPUTY BRIAN KEENEY, and DOES 3–10,<br><br>Defendants. | Case No. 5:19-CV-02083-JGB (SHKx)<br><br>*[Hon. Jesus G. Bernal; Magistrate Judge Shashi H. Kewalramani]*<br><br>**PLAINTIFF'S PROPOSED VOIR DIRE**<br><br>PTC:   August 23, 2021<br>Trial:   September 14, 2021 |

Plaintiff respectfully requests that in addition to the Court's standard questions on voir dire, the Court consider the following questions:

1.      Have you had any personal or professional contact with the County of Riverside, or anyone who works for the County, including the Riverside Sheriff's Department?

2.      Is any member of your family or a close friend in police work, or any kind of security or law enforcement?  If so, what is the work, and where?  How close are you to that person?  Has he or she ever talked about his or her work with you?

3.      Have you ever contemplated working for law enforcement?

4.      Have you ever been on a law enforcement ride-along or participated in any similar law-enforcement activity? If so, please explain.

5.      Have you ever belonged to or made a financial contribution to any organization that represents law enforcement officers or that supports or promotes their interests?  If so, please explain.

6.      Have you or anyone close to you ever been the victim of, or a witness to, any type of crime?  If so, please explain, including how you feel the police handled that situation?

7.      Have you ever been detained or arrested, aside from minor traffic violations?

8.      Describe any positive experiences you or people close to you have had with law enforcement officers.

9.      Describe any negative experiences you or people close to you have had with law enforcement officers.

10.     What do you think about the idea of people suing law enforcement officers and their employers?

11.     Are you or anyone in your immediate family or among your close friends a judge, an attorney or an employee of a court or law office?

12. Have you, or anyone close to you, ever worked, studied or received any training in the law or a law-related field? If yes, please describe.

13. Have you or anyone close to you ever been a part of a lawsuit or trial in any capacity, including as a party, a witness, or an expert? If so, please explain how you feel about that experience.

14. Have you, or anyone close to you, ever sued or been sued by anyone, or considered suing someone but chose not to? If yes, please describe.

15. Do you have any strong personal feelings about awarding money, if the facts and the law warrant it, to compensate for emotional distress?

16. Do you have any strong personal feelings about awarding money, if the facts and the law warrant it, as punitive damages to punish someone you felt committed wrongdoing?

17. The decedent in this case had been using methamphetamine before he came in contact with the deputies. Do you have any strong personal feelings or concerns about such drug use?

18. Is there other information you believe the Court or attorneys should know about you or your attitudes to issues in this case? If yes, please describe.

DATED: August 9, 2021      **LAW OFFICES OF DALE K. GALIPO**
**THE LAW OFFICES OF JOHN BURTON**
**HELM LAW OFFICE, PC**


_/s/ John Burton_
Dale K. Galipo
John Burton
T. Kennedy Helm, IV
Hang D. Le
Attorneys for Plaintiff TRACY ALVES