Eugene P. Ramirez, Esq. (State Bar No. 134865)
  *epr@manningllp.com*
Tony M. Sain, Esq. (State Bar No. 251626)
  *tms@manningllp.com*
Garros Chan, Esq. (State Bar No. 320561)
  *gxc@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants,
COUNTY OF RIVERSIDE (erroneously named as separate parties as COUNTY OF RIVERSIDE and RIVERSIDE SHERIFF'S DEPARTMENT), SHERIFF-CORONER CHAD BIANCO, DEPUTY SONIA GOMEZ, and DEPUTY BRIAN KEENEY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRACY ALVES, Individually and as Successor in Interest for KEVIN R. NIEDZIALEK, deceased,<br><br>              Plaintiff,<br><br>v.<br><br>RIVERSIDE COUNTY, RIVERSIDE SHERIFF'S DEPARTMENT, SHERIFF-CORONER CHAD BIANCO, DEPUTY SONIA GOMEZ, DEPUTY BRIAN KEENEY, and DOES 3-10,<br><br>              Defendants. | Case No. 5:19-CV-02083-JGB(SHKx)<br>*[Hon. Jesus G. Bernal, District Judge; Hon. Shashi H. Kewalramani, Magistrate Judge]*<br><br>**DEFENDANTS' FIRST AMENDED WITNESS LIST (AND TIME ESTIMATES)**<br><br>Complaint Filed:    07/17/2020<br>Pre-Trial Conf.:    08/23/2021<br>Trial Date:           09/14/2021 |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:**

By and through their counsel of record in this action, defendant(s) COUNTY OF RIVERSIDE (erroneously named as separate parties as COUNTY OF RIVERSIDE and RIVERSIDE SHERIFF'S DEPARTMENT), SHERIFF-

CORONER CHAD BIANCO, DEPUTY SONIA GOMEZ, and DEPUTY BRIAN KEENEY(collectively herein after as "Defendants") hereby submit the following Defendants' First Amended Witness List of testimonial evidence to be provided-published to the jury at the time of trial (to the extent admissible under the Federal Rules of Evidence), pursuant to Federal Rules of Civil Procedure 16 and 51; United States District Court, Central District of California Local Rules 16-2, 16-3, 16-4, 16-5, 16-6, 16-7, 16-8, 51-1, 51-2, 51-3 and 51-4; and the Orders of the Court (as applicable).

      The signatory parties reserve the right to amend this Witness List, subject to any objections, motions *in limine*, and applicable Orders of the Court.

DATED: August 22, 2021      **MANNING & KASS**
      **ELLROD, RAMIREZ, TRESTER LLP**

By:    /s/ Garros Chan
      Tony M. Sain, Esq.
      Garros Chan, Esq.
      Attorneys for Defendants,
      COUNTY OF RIVERSIDE (erroneously named as separate parties as COUNTY OF RIVERSIDE and RIVERSIDE SHERIFF'S DEPARTMENT), SHERIFF-CORONER CHAD BIANCO, DEPUTY SONIA GOMEZ, and DEPUTY BRIAN KEENEY

## WITNESS LIST OF THE DEFENDANTS

| # | Witness Name | Direct Exam Est. (Hrs.) | Cross-Exam Est. (Hrs.) | Total Exam Time Est. Hours | Summary of Anticipated Testimony | Cmts-Obj. |
|---|---|---|---|---|---|---|
| ** | DEFENDANTS' CASE IN CHIEF (Defendants' Witness List) | *** | *** | *** | *** | *** |
| 1. | RCSD Dep. Brian Keeney(Δ)† | Π: 2.0 | Δ: 1.0 | 3.0 | Δ; Precipitating Events to Incident, Incident Facts re Use of Non-Deadly Force and Medical Aid Timeliness | |
| 2. | RCSD Dep. Gomez (Δ)† [1] | Π: 2.0 | Δ: 1.0 | 3.0 | Δ; Precipitating Events to Incident, Incident Facts re Use of Non-Deadly Force and Medical Aid Timeliness | |
| 3. | Eric Mireles | Π: 1.0 | Δ: 1.5 | 2.5 | Precipitating Events to Incident, Incident Facts | |
| 4. | Kathryn Vasquez | Π: 1.5 | Δ: 1.0 | 2.5 | Precipitating Events to Incident, Incident Facts | |
| 5. | Aaron Ernest | Π: 1.0 | Δ: 1.5 | 2.5 | Precipitating Events to Incident | |

---

[1] Cross-Examination of officer defendant witnesses during plaintiff's case in chief will *precede* Direct Examination by defendants' counsel.

| # | Witness Name | Direct Exam Est. (Hrs.) | Cross-Exam Est. (Hrs.) | Total Exam Time Est. Hours | Summary of Anticipated Testimony | Cmts-Obj. |
|---|---|---|---|---|---|---|
| 6. | Dr. Mark Fajardo | Δ: 1.0 | Π: 1.0 | 2.0 | Medical Examiner who performed autopsy | |
| 7. | Dr. Donald Dawes | Δ: 1.0 | Π: 1.0 | 2.0 | Δ TASER Medical Effects Expert | |
| 8. | Dr. Theodore Chan | Δ: 2.0 | Π: 1.5 | 3.5 | Δ Asphyxia Expert | |
| 9. | Dr. Richard Clark | Δ: 1.5 | Π: 1.0 | 2.5 | Δ Toxicology Expert | |
| 10. | Dr. Michael Graham | Δ: 2.0 | Π: 1.0 | 3.0 | Δ Forensic Pathology Expert | |
| 11. | Jamie Borden | Δ: 1.0 | Π: 1.0 | 2.0 | Δ Force Science Expert | |
| 12. | Dr. Swathi Kode | Δ: 1.5 | Π: 1.0 | 2.5 | Δ Biomechanical Expert | |
| 13. | Rod Englert | Δ: 1.5 | Π: 1.5 | 3.0 | Δ Incident Reconstruction Expert | |
| 14. | Robert Fonzi | Δ: 1.5 | Π: 1.5 | 3.0 | Δ Police Practices Expert | |
| 15. | Lt. Sean Vickers | Δ: 1.0 | Π: 1.0 | 2.0 | Δ County's Person Most Knowledgeable Re Restraint Policies | |
| 16. | (Conditional Witness) Sheriff Chad Bianco | Δ: 1.0 | Π: 1.0 | 2.0 | Δ; Policy Maker Re Use of Force and Restraint Policies | |

///
///
///

*Defendants' Case In Chief Estimated Total Exam Time = 41.0.*
*(Total Exam Estimate does not duplicate exam time for witnesses listed on both plaintiff's witness list and defendants' witness list.)*

The signatory parties reserve the **right to amend** this Witness List.