UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 19-2083 JGB (SHKx)** | Date | December 3, 2021 |
|---|---|---|---|
| Title | *Tracey Alves v. County of Riverside, et al.* | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):    Attorney(s) Present for Defendant(s):

None    None

**Proceedings:**   Order GRANTING Plaintiff's Ex Parte Application (Dkt. No. 132)

On September 8, 2021, Plaintiff filed an ex parte application for an order to certify Defendants County of Riverside and Sheriff Chad Bianco's Appeal as Frivolous or Waived and to Drop or Sever Defendants Sonia Gomez and Brian Keeney Pursuant to Fed. R. Civ. P. 21. ("Ex Parte Application," Dkt. No. 132.) Defendants opposed the next day, on September 9, 2021. ("Opposition," Dkt. No. 133.) Defendants filed an amended opposition on November 30, 2021. ("Amended Opposition," Dkt. No. 136.)

The Court GRANTS Plaintiff's ex parte application in part. The Court dismisses Defendants Sonia Gomez and Brian Keeney from this action.

**IT IS SO ORDERED.**