UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 26 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

TRACY ALVES, Individually and as
Successor in Interest for Kevin R.
Niedzialek, deceased,

          Plaintiff-Appellee,

  v.

COUNTY OF RIVERSIDE; et al.,

          Defendants-Appellants,

 and

COUNTY OF RIVERSIDE SHERIFF'S
DEPARTMENT; DOES, 3-10,

          Defendants.

No. 21-55957

D.C. No. 5:19-cv-02083-JGB-SHK
Central District of California,
Riverside

ORDER

Before:  BYBEE, HURWITZ, and R. NELSON, Circuit Judges.

     Appellee's motion to dismiss this appeal for lack of jurisdiction (Docket

Entry No. 17) is granted.  *See* 28 U.S.C § 1291; *W. Coast Seafood Processors*

*Ass'n v. Nat. Res. Def. Council, Inc.*, 643 F.3d 701, 704 (9th Cir. 2011)

("An appeal is moot if there exists no present controversy as to which effective

relief can be granted." (internal citation and quotation marks omitted)); *see also*

*Horton by Horton v. City of Santa Maria*, 915 F.3d 592, 602-03, 603 n.10 (9th Cir.

2019) (explaining that denial of summary judgment in favor of municipal

AB/MOATT

defendants on 42 U.S.C. § 1983 claims is not ordinarily immediately appealable).

   **DISMISSED.**