JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRACY ALVES, individually and as Successor in Interest for KEVIN R. NIEDZIALEK, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>RIVERSIDE COUNTY, RIVERSIDE SHERIFF'S DEPARTMENT, SHERIFF-CORONER CHAD BIANCO, DEPUTY SONIA GOMEZ, DEPUTY BRIAN KEENEY, and DOES 3-10,<br><br>Defendants. | Case No. 5:19-CV-02083-JGB-SHK<br>*[Hon. Jesus G. Bernal, Dist. Judge; Hon. Shashi H. Kewalramani, M. Judge]*<br><br>**JUDGMENT**<br><br>Trial Date: March 28, 2023 |

After a Jury Trial conducted on March 28-31 and April 4-7, 2023, the Jury has rendered a **Verdict Granting Judgment in Part to Plaintiff TRACY ALVES and Judgment in Part to Defendants COUNTY OF RIVERSIDE and SHERIFF-CORONER CHAD BIANCO**.

///

///

Based upon that verdict, **IT IS NOW THEREFORE ORDERED, ADJUDGED AND DECREED** that final judgment in this action be entered as follows:

1. On the claim of 42 U.S.C. § 1983 Municipal Liability Claim Based on Policy, Custom, or Practice by Plaintiff TRACY ALVES against Defendant COUNTY OF RIVERSIDE, the Court hereby enters **Judgment in favor of Defendant COUNTY OF RIVERSIDE** on this cause of action and all claims therein. Accordingly, Plaintiff TRACY ALVES shall recover nothing as to this claim.

2. On the claim of 42 U.S.C. § 1983 Municipal Liability Claim Based on Inadequate Training by Plaintiff TRACY ALVES against Defendant COUNTY OF RIVERSIDE, the Court hereby enters **Judgment in favor of Defendant COUNTY OF RIVERSIDE** on this cause of action and all claims therein. Accordingly, Plaintiff TRACY ALVES shall recover nothing as to this claim.

3. On the claim of 42 U.S.C. § 1983 Municipal Liability Claim Based on Ratification by Plaintiff TRACY ALVES against Defendant COUNTY OF RIVERSIDE, the Court hereby enters **Judgment in favor of Defendant COUNTY OF RIVERSIDE** on this cause of action and all claims therein. Accordingly, Plaintiff TRACY ALVES shall recover nothing as to this claim.

4. On the claim of 42 U.S.C. § 1983 Supervisory Liability Claim by Plaintiff TRACY ALVES against Defendant SHERIFF-CORONER CHAD BIANCO, the Court hereby enters **Judgment in favor of Defendant SHERIFF-CORONER CHAD BIANCO** on this cause of action and all claims therein. Accordingly, Plaintiff TRACY ALVES shall recover nothing as to this claim.

5. On the claim of State-Law Battery by Plaintiff TRACY ALVES against Defendant COUNTY OF RIVERSIDE, the Court hereby enters **Judgment in favor of Defendant COUNTY OF RIVERSIDE** on this cause of action and all claims

therein. Accordingly, Plaintiff TRACY ALVES shall recover nothing as to this claim.

      6.    On the claim of State-Law Negligence by Plaintiff TRACY ALVES against Defendant COUNTY OF RIVERSIDE, the Court hereby enters **Judgment in favor of Plaintiff TRACY ALVES** on this cause of action.

However, in light of the jury's verdict that assigned 80% of the responsibility for Kevin Niedzialek's death to the negligent conduct of Kevin Niedzialek, the Court hereby reduces the $7.5 million total damages awarded by the jury on this negligence claim by 80% to $1.5 million ($1,500,000.00), plus costs pursuant to Federal Rule of Civil Procedure 54(d)(1), interest calculated from the date of entry of judgment at the rate specified by 28 U.S.C. § 1961. Tracy Alves, as the prevailing party, may apply to the Court for an award of costs as permitted by federal law.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: April 12, 2023

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

By: _____
Hon. Jesus G. Bernal
UNITED STATES DISTRICT JUDGE