**LEWIS BRISBOIS BISGAARD & SMITH LLP**
TONY M. SAIN, SB# 251626
    E-Mail: Tony.Sain@lewisbrisbois.com
TORI L. N. BAKKEN, SB# 329069
    E-Mail: Tori.Bakken@lewisbrisbois.com
ABIGAIL J. R. McLAUGHLIN, SB# 313208
    E-Mail: Abigail.McLaughlin@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants,
COUNTY OF RIVERSIDE (erroneously named as COUNTY OF RIVERSIDE and RIVERSIDE SHERIFF'S DEPARTMENT") and SHERIFF-CORONER CHAD BIANCO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRACY ALVES, individually and as Successor in Interest for KEVIN R. NIEDZIALEK, deceased,<br><br>    Plaintiff,<br><br>    vs.<br><br>RIVERSIDE COUNTY, RIVERSIDE SHERIFF'S DEPARTMENT, SHERIFF-CORONER CHAD BIANCO, DEPUTY BRIAN KEENEY, and DOES 3-10,<br><br>    Defendants. | Case No. 5:19-CV-02083-JGB-SHK<br>*[Hon. Jesus G. Bernal, District Judge; Hon. Shashi H. Kewalramani, Magistrate Jude]*<br><br>**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

///

///

///

NOTICE IS HEREBY GIVEN that Defendants COUNTY OF RIVERSIDE (erroneously named as COUNTY OF RIVERSIDE and RIVERSIDE SHERIFF'S DEPARTMENT") and SHERIFF-CORONER CHAD BIANCO hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order of the District Court filed on May 19, 2023 [Dkt 210] denying Defendants' renewed motion for judgment as a matter of law and the related Judgment filed and signed by the District Court on April 12, 2023 [Dkt. 202]. A true and correct copy of the District Court's May 19, 2023 Order is attached as Exhibit "A" and a true and correct copy of the related Judgment is attached as Exhibit "B".

DATED: June 16, 2023        LEWIS BRISBOIS BISGAARD & SMITH LLP

By:     /s/ Abigail J. R. McLaughlin
    TONY M. SAIN
    TORI L. N. BAKKEN
    ABIGAIL J. R. McLAUGHLIN
Attorneys for Defendants,
COUNTY OF RIVERSIDE (erroneously named as COUNTY OF RIVERSIDE and RIVERSIDE SHERIFF'S DEPARTMENT") and SHERIFF-CORONER CHAD BIANCO

**FEDERAL COURT PROOF OF SERVICE**
Tracy Alves v. Riverside County, et al.
USDC Case No. 5:19-cv-02083-JGB-SHK // CM# 51446-04

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On June 16, 2023, I served the following document(s): NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on June 16, 2023, at Los Angeles, California.

/s/ Corinne Taylor
Corinne Taylor

125264103.1

1

NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

**SERVICE LIST**
**Tracy Alves v. Riverside County, et al.**
**USDC Case No. 5:19-cv-02083-JGB-SHK // CM# 51446-04**

| | |
|---|---|
| John Burton, Esq. (SBN 86029)<br>Matt Sahak, Esq. (SBN 310624)<br>LAW OFFICES OF JOHN BURTON<br>128 North Fair Oaks Ave.<br>Pasadena, California 91103<br>(626) 449-8300<br>(626) 449-8197 Fax<br>jb@JohnBurtonLaw.com<br>ms@johnburtonlaw.com<br><br>*Attorneys for Plaintiff, TRACY ALVES, Individually and as Successor in Interest for KEVIN R. NIEDZIALEK, Deceased* | T. Kennedy Helm, IV (SBN 282319)<br>HELM LAW OFFICE, PC<br>644 40th Street, Suite 305<br>Oakland, California 94609<br>(510) 350-7517<br>(510) 350-7359 Fax<br>kennedy@helmlawoffice.com<br><br>*Attorneys for Plaintiff, TRACY ALVES, Individually and as Successor in Interest for KEVIN R. NIEDZIALEK, Deceased* |

Dale K. Galipo, Esq. (SBN 144074)
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
(818) 347-3333
(818) 347-4118 Fax
dalekgalipo@yahoo.com

*Attorneys for Plaintiff, TRACY ALVES, Individually and as Successor in Interest for KEVIN R. NIEDZIALEK, Deceased*