**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

**THE LAW OFFICES OF JOHN BURTON**
John Burton (SBN 86029)
jb@johnburtonlaw.com
128 North Fair Oaks Avenue
Pasadena, California 91103
Tel: (626) 449-8300; Fax: (626) 449-8197

**HELM LAW OFFICE, PC**
T. Kennedy Helm, IV (SBN 282319)
kennedy@helmlawoffice.com
644 40th Street, Suite 305
Oakland, California 94609
Tel: (510) 350-7517; Fax: (510) 350-7359

Attorneys for Plaintiff Tracy Alves, Individually and as Successor In Interest for Kevin R. Niedzialek, Deceased

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| TRACY ALVES, Individually and as Successor in Interest for KEVIN R. NIEDZIALEK, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>RIVERSIDE COUNTY, RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, SHERIFF-CORONER CHAD BIANCO, DEPUTY SONIA GOMEZ, DEPUTY BRIAN KEENEY, and DOES 3–10,<br><br>Defendants. | Case No. 5:19-CV-02083-JGB (SHKx)<br><br>*Honorable Jesus G. Bernal*<br><br>**PLAINTIFF'S NOTICE OF CROSS-APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT**<br>**(Fed. R. App. P. 4(a)(3))** |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff TRACY ALVES, in her capacity as successor in interest to Decedent Kevin Niedzialek, hereby cross-appeals to the United States Court of Appeal for the Ninth Circuit from the District Court's August 5, 2021 Order, granting in part Defendants' motion for summary judgment on Plaintiff's 42 U.S.C. § 1983 claim for deliberate indifference to Decedent's medical needs under the Fourth and Fourteenth Amendments to the United States Constitution. (Doc. No. 109). A true and correct copy of the August 5, 2021 Order is attached hereto as "**Exhibit A**." Attached hereto as "**Exhibit B**" is the April 12, 2023 Judgment (Doc. No. 202). The Judgment resolved all remaining issues in the district court as to all remaining parties, and was appealed by Defendants on June 16, 2023 (Ninth Cir. Case No. 23-55532), making this cross-appeal timely under Fed. R. Civ. P. 4(a)(3).

DATED: June 29, 2023

**THE LAW OFFICES OF JOHN BURTON;
HELM LAW OFFICE,
PC LAW OFFICES OF DALE K. GALIPO**

By: ___/s/ *John Burton*___
     John Burton
     T. Kennedy Helm
     Dale K. Galipo
     Hang D. Le
Attorneys for Plaintiff, TRACY ALVES, individually and as Successor in Interest for KEVIN R. NIEDZIALEK