UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION-RIVERSIDE

- - -

HONORABLE JESUS G. BERNAL, DISTRICT JUDGE PRESIDING

- - -

TRACY ALVES, Individually and as    )
Successor in interest for KEVIN R. )
NIEDZIALEK, deceased,               )
                                    )
                    Plaintiff,      )
                                    )
          vs.                       )   No. EDCV 19-2083-JGB
                                    )
RIVERSIDE COUNTY, RIVERSIDE         )      Jury Trial Day 8
COUNTY SHERIFF'S DEPARTMENT,        )
SHERIFF-CORONER CHAD BIANCO,        )
                                    )
                    Defendants.     )
_____)


REPORTER'S TRANSCRIPT OF JURY TRIAL PROCEEDINGS

Riverside, California

Friday, April 7, 2023

3:13 p.m.


PHYLLIS A. PRESTON, CSR, FCRR
Federal Official Court Reporter
United States District Court
3470 Twelfth Street
Riverside, California 92501
stenojag@aol.com

APPEARANCES:


For the Plaintiff:

                    LAW OFFICES OF DALE K. GALIPO
                    BY:   **DALE GALIPO**
                    21800 Burbank Boulevard, Suite 310
                    Woodland Hills, California 91367

                    LAW OFFICES OF JOHN BURTON
                    BY:   **JOHN BURTON**
                    128 North Fair Oaks Avenue
                    Pasadena, California 91103

                    HELM LAW OFFICE, PC
                    BY:   **KENNEDY HELM**
                    644 40th Street, Suite 305
                    Oakland, California, 94609




For the Defendants:

                    LEWIS BRISBOIS BISGAARD & SMITH, LLP
                    BY:   **TONY SAIN**
                          **TORI BAKKEN**
                    633 West 5th Street, Suite 4000
                    Los Angeles, California 90071

FRIDAY, APRIL 7, 2023; RIVERSIDE, CALIFORNIA

-o0o-

(Out of the presence of the jury:)

THE COURT:  So apparently the jury has reached a verdict.  Let's bring the jury in.

(In the presence of the jury:)

THE CLERK:  Recalling Case No. EDCV 19-2083-JGB, Tracy Alves v. Riverside County, et al.

Counsel, please state your appearances for the record.

MR. GALIPO:  Good afternoon, Your Honor.  Dale Galipo with John Burton and Kennedy Helm on behalf of the plaintiff, who is present.

THE COURT:  Good afternoon.

MR. SAIN:  Good afternoon, Your Honor.  Tony Sain with Tori Bakken on behalf of Defendant Sheriff Chad Bianco and Defendant Riverside County.

THE COURT:  Good afternoon.

Mr. Pasion, are you the foreperson of the jury?

MR. HELM:  Yes.

THE COURT:  Has the jury reached a unanimous verdict?

JURY FOREPERSON:  Yes, sir.

THE COURT:  Do you have the verdict form with you?

JURY FOREPERSON:  Yes.

THE COURT:  Can you hand it to the bailiff, please.

Okay.  You may read the verdict.

THE CLERK:  United States District Court for the Central District of California, Eastern Division.  Tracy Alves, plaintiff, v. Riverside County, et al., defendants.  Case No. 5:19-CV-02083-JGB.

Special verdict form.  Special verdict form instructions.  When answering the following questions and filling out this verdict form, please follow the directions provided.  Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the jury instructions provided to you. Please refer to the jury instructions if you are unsure about the meaning of any legal term that appears in the questions below.

Jury verdict.  We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

Question No. 1, did Deputy Brian Keeney and/or Deputy Sonia Gomez use excessive or unreasonable force or restraint against Kevin Niedzialek?

No.

Question No. 3, were Deputy Brian Keeney and/or Deputy Sonia Gomez negligent after Kevin Niedzialek was restrained?

Yes.

Question No. 4, was either deputies' negligence a cause of Kevin Niedzialek's death?

Yes.

Question No. 5, was Kevin Niedzialek negligent?

Yes.

Question No. 6, was Kevin Niedzialek's negligence a cause of his death?

Yes.

Question No. 7, what percentage of responsibility was Kevin Niedzialek's death -- for Kevin Niedzialek's death do you assign to the negligent conduct, if any, of the following:

Deputy Brian Keeney: 10 percent, 1-0;

Deputy Sonia Gomez: 10 percent, 1-0;

Kevin Niedzialek: 80 percent, 8-0;

Total: 100 percent, 1-0-0.

Question No. 19, what are Plaintiff Tracy Alves' damages?

Past loss of Kevin Niedzialek's love, companionship, comfort, care, assistance, protection, society, and support: 1.5 million.

Future loss of Kevin Niedzialek's love, companionship, comfort, care, assistance, protection, society, and support: 6 million.

Question No. 20, did Chad Bianco act with malice, oppression, or in reckless disregard of Kevin Niedzialek's

rights?

That was not answered.  I apologize.

Signed by the jury foreperson.

THE COURT:  All right.  Do counsel want to confer? Or should we just poll the jury?

MR. SAIN:  I think we just -- just poll the jury, Your Honor.

THE COURT:  Very well.  Okay.

So, Mr. Ponce, please poll the jury.

THE CLERK:  Juror No. 1, is the verdict as presented and read your verdict?

JUROR NO. 1:  Correct.

THE CLERK:  Juror No. 2, is the verdict as presented and read your verdict?

JUROR NO. 2:  Correct.

THE CLERK:  Juror No. 3, is the verdict as presented and read your verdict?

JUROR NO. 3:  Yes.

THE CLERK:  Juror No. 4, is the verdict as presented and read your verdict?

JUROR NO. 4:  Yes.

THE CLERK:  Juror No. 5, is the verdict as presented and read your verdict?

JUROR NO. 5:  Yes.

THE CLERK:  Juror No. 6, is the verdict as presented

and read your verdict?

JUROR NO. 6:  Yes.

THE CLERK:  Juror No. 7, is the verdict as presented and read your verdict?

JUROR NO. 7:  Yes.

THE CLERK:  Juror No. 8, is the verdict as presented and read your verdict?

JUROR NO. 8:  Yes.

THE COURT:  Any reason why the jury should not be excused at this time?

MR. GALIPO:  No, Your Honor.

THE COURT:  Mr. Sain?

MR. SAIN:  No, Your Honor.

THE COURT:  Ladies and gentlemen, thank you.  I want to extend my thanks on behalf of myself and my staff as to the attention you paid during this case and for your service as jurors in this case.

As you saw, and hopefully can appreciate, legal cases throughout the country affect real people in very real ways. And it's only through the service of people such as you that we can reach to a conclusion that is justice in the way that the system defines it.

So thank you once again for your efforts, for your thoughts, for your attention.  I really appreciate it.  On behalf of myself, and I'm sure the parties feel the same way,

thank you for serving as jurors in this case.  You are now excused.

(Jury now excused and exits courtroom.)

THE COURT:  Very well.  Well, I guess, the plaintiff -- either one, the plaintiff or the defendant can prepare a proposed judgment for my signature.

MR. SAIN:  We will, Your Honor.

THE COURT:  Okay.  And, Mr. Sain, you have your appellate issue, right?

MR. SAIN:  I'm sorry, I didn't hear you.

THE COURT:  You have your appellate issue.  It's on the negligence.  So if you want to appeal, hopefully the Ninth Circuit will clarify whether post-restraint conduct can rise to negligence apart from the excessive force used before so --

MR. SAIN:  Yes, Your Honor.  I will have to consult with the County.

But I do want to go on the record and say that I appreciate the judge's rulings, and even though we have disagreed from time to time, I did feel that the Court was being fair to us, and I just want to make that clear to Your Honor.

THE COURT:  Thank you.  That's what I strive to do, be fair to both sides.  And thank you very -- I mean, it was well-litigated on both sides, both on the papers and in court, and it's a real example of what a trial looks like.  And I

think everybody got their fair shot.  Both sides were abdicated

for very effectively, I feel.  So thank you both.

MR. SAIN:  Thank you, Your Honor.

MR. GALIPO:  Thank you, Your Honor.

MR. SAIN:  Happy Friday.                                    03:25

MR. GALIPO:  Thank you, Your Honor.

(Proceedings concluded.)

-o0o-

CERTIFICATE OF OFFICIAL REPORTER

I, PHYLLIS A. PRESTON, FEDERAL OFFICIAL REALTIME COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

DATED THIS 7TH DAY OF APRIL, 2023

/s/ PHYLLIS A. PRESTON

_____

PHYLLIS A. PRESTON, CSR No. 8701, FCRR

FEDERAL OFFICIAL COURT REPORTER

| / | 8 | Bakken [1] - 3:16 | contain [1] - 4:10 | DO [1] - 10:6 |
|---|---|---|---|---|

**/**

/s [1] - 10:18

**1**

1 [3] - 4:18, 6:10, 6:12
1-0 [2] - 5:12, 5:13
1-0-0 [1] - 5:15
1.5 [1] - 5:20
10 [2] - 5:12, 5:13
100 [1] - 5:15
128 [1] - 2:7
19 [1] - 5:16
19-2083-JGB [2] - 1:10, 3:7

**2**

2 [2] - 6:13, 6:15
20 [1] - 5:24
2023 [3] - 1:17, 3:1, 10:15
21800 [1] - 2:5
28 [1] - 10:7

**3**

3 [3] - 4:22, 6:16, 6:18
305 [1] - 2:10
310 [1] - 2:5
3470 [1] - 1:23
3:13 [1] - 1:18

**4**

4 [3] - 5:1, 6:19, 6:21
4000 [1] - 2:16
40th [1] - 2:10

**5**

5 [3] - 5:4, 6:22, 6:24
5:19-CV-02083-JGB [1] - 4:5
5th [1] - 2:16

**6**

6 [4] - 5:6, 5:23, 6:25, 7:2
633 [1] - 2:16
644 [1] - 2:10

**7**

7 [5] - 1:17, 3:1, 5:9, 7:3, 7:5
753 [1] - 10:7
7TH [1] - 10:15

**8**

8 [3] - 1:11, 7:6, 7:8
8-0 [1] - 5:14
80 [1] - 5:14
8701 [1] - 10:20

**9**

90071 [1] - 2:17
91103 [1] - 2:8
91367 [1] - 2:5
92501 [1] - 1:23
94609 [1] - 2:10

**A**

abdicated [1] - 9:1
ABOVE [1] - 10:10
ABOVE-ENTITLED [1] - 10:10
act [1] - 5:24
affect [1] - 7:19
afternoon [4] - 3:11, 3:14, 3:15, 3:18
agree [1] - 4:15
al [2] - 3:8, 4:4
ALVES [1] - 1:7
Alves [2] - 3:8, 4:3
Alves' [1] - 5:16
AND [3] - 10:5, 10:8, 10:10
Angeles [1] - 2:17
answer [1] - 4:9
answered [1] - 6:2
answering [1] - 4:7
answers [1] - 4:16
apart [1] - 8:14
apologize [1] - 6:2
appeal [1] - 8:12
appearances [1] - 3:9
APPEARANCES [1] - 2:1
appellate [2] - 8:9, 8:11
appreciate [3] - 7:18, 7:24, 8:18
APRIL [2] - 3:1, 10:15
April [1] - 1:17
assign [1] - 5:11
assistance [2] - 5:19, 5:22
attention [2] - 7:16, 7:24
Avenue [1] - 2:7

**B**

bailiff [1] - 3:25
BAKKEN [1] - 2:16

Bakken [1] - 3:16
behalf [4] - 3:12, 3:16, 7:15, 7:25
below [1] - 4:14
BERNAL [1] - 1:5
Bianco [2] - 3:16, 5:24
BIANCO [1] - 1:12
BISGAARD [1] - 2:15
Boulevard [1] - 2:5
Brian [3] - 4:18, 4:22, 5:12
bring [1] - 3:5
BRISBOIS [1] - 2:15
Burbank [1] - 2:5
Burton [1] - 3:12
BURTON [2] - 2:6, 2:7
BY [4] - 2:4, 2:7, 2:9, 2:15

**C**

CALIFORNIA [3] - 1:2, 3:1, 10:6
California [7] - 1:16, 1:23, 2:5, 2:8, 2:10, 2:17, 4:3
care [2] - 5:19, 5:22
case [6] - 3:7, 4:4, 4:17, 7:16, 7:17, 8:1
cases [1] - 7:18
Central [1] - 4:3
CENTRAL [2] - 1:2, 10:6
CERTIFICATE [1] - 10:1
CERTIFY [1] - 10:6
Chad [2] - 3:16, 5:24
CHAD [1] - 1:12
Circuit [1] - 8:13
clarify [1] - 8:13
clear [1] - 8:20
CLERK [10] - 3:7, 4:2, 6:10, 6:13, 6:16, 6:19, 6:22, 6:25, 7:3, 7:6
CODE [1] - 10:7
comfort [2] - 5:19, 5:22
companionship [2] - 5:18, 5:22
concluded [1] - 9:7
conclusion [1] - 7:21
conduct [2] - 5:11, 8:13
confer [1] - 6:4
CONFERENCE [1] - 10:11
CONFORMANCE [1] - 10:11
consult [1] - 8:15

contain [1] - 4:10
CORONER [1] - 1:12
correct [2] - 6:12, 6:15
CORRECT [1] - 10:8
counsel [2] - 3:9, 6:4
country [1] - 7:19
COUNTY [2] - 1:11, 1:11
county [3] - 3:8, 3:17, 8:16
County [1] - 4:4
COURT [19] - 1:1, 3:4, 3:14, 3:18, 3:21, 3:23, 3:25, 6:4, 6:8, 7:9, 7:12, 7:14, 8:4, 8:8, 8:11, 8:22, 10:5, 10:21
court [3] - 4:17, 8:19, 8:24
Court [3] - 1:22, 1:22, 4:2
courtroom [1] - 8:3
CSR [2] - 1:21, 10:20

**D**

Dale [1] - 3:11
DALE [2] - 2:4, 2:4
damages [1] - 5:17
DATED [1] - 10:15
DAY [1] - 10:15
death [4] - 5:2, 5:7, 5:10
deceased [1] - 1:8
defendant [2] - 3:16, 8:5
Defendant [1] - 3:17
Defendants [2] - 1:13, 2:14
defendants [1] - 4:4
defined [1] - 4:10
defines [1] - 7:22
DEPARTMENT [1] - 1:11
deputies' [1] - 5:1
deputy [6] - 4:18, 4:22, 4:23, 5:12, 5:13
detail [1] - 4:11
directions [1] - 4:8
disagreed [1] - 8:19
disregard [1] - 5:25
DISTRICT [5] - 1:1, 1:2, 1:5, 10:5, 10:6
District [3] - 1:22, 4:2, 4:3
division [1] - 4:3
DIVISION [1] - 1:3
DIVISION-RIVERSIDE [1] - 1:3

DO [1] - 10:6
during [1] - 7:16

**E**

eastern [1] - 4:3
EASTERN [1] - 1:3
EDCV [1] - 3:7
eDCV [1] - 1:10
effectively [1] - 9:2
efforts [1] - 7:23
either [2] - 5:1, 8:5
ENTITLED [1] - 10:10
et [2] - 3:8, 4:4
example [1] - 8:25
excessive [2] - 4:19, 8:14
excused [3] - 7:10, 8:2, 8:3
exits [1] - 8:3
explained [1] - 4:11
extend [1] - 7:15

**F**

fair [3] - 8:20, 8:23, 9:1
Fair [1] - 2:7
FCRR [2] - 1:21, 10:20
FEDERAL [2] - 10:4, 10:21
federal [1] - 1:22
filling [1] - 4:8
follow [1] - 4:8
following [3] - 4:7, 4:16, 5:11
FOR [2] - 10:5
force [2] - 4:19, 8:14
FOREGOING [1] - 10:8
foreperson [2] - 3:19, 6:3
FOREPERSON [2] - 3:22, 3:24
form [4] - 3:23, 4:6, 4:8
FORMAT [1] - 10:10
FRIDAY [1] - 3:1
Friday [2] - 1:17, 9:5
future [1] - 5:21

**G**

Galipo [1] - 3:11
GALIPO [6] - 2:4, 2:4, 3:11, 7:11, 9:4, 9:6
gentlemen [1] - 7:14
Gomez [3] - 4:19, 4:23, 5:13
guess [1] - 8:4

## H

hand [1] - 3:25
happy [1] - 9:5
hear [1] - 8:10
HELD [1] - 10:9
HELM [3] - 2:9, 2:9, 3:20
Helm [1] - 3:12
HEREBY [1] - 10:6
Hills [1] - 2:5
Honor [11] - 3:11, 3:15, 6:7, 7:11, 7:13, 8:7, 8:15, 8:21, 9:3, 9:4, 9:6
HONORABLE [1] - 1:5
hopefully [2] - 7:18, 8:12

## I

IN [3] - 10:5, 10:9, 10:10
Individually [1] - 1:7
instructions [4] - 4:7, 4:11, 4:12, 4:17
interest [1] - 1:7
IS [2] - 10:8, 10:10
issue [2] - 8:9, 8:11

## J

JESUS [1] - 1:5
John [1] - 3:12
JOHN [2] - 2:6, 2:7
JUDGE [1] - 1:5
judge's [1] - 8:18
judgment [1] - 8:6
JUDICIAL [1] - 10:11
Juror [6] - 6:10, 6:16, 6:19, 6:25, 7:3, 7:6
JUROR [8] - 6:12, 6:15, 6:18, 6:21, 6:24, 7:2, 7:5, 7:8
juror [2] - 6:13, 6:22
jurors [2] - 7:17, 8:1
jury [15] - 3:3, 3:4, 3:5, 3:6, 3:19, 3:21, 4:11, 4:12, 4:15, 6:3, 6:5, 6:6, 6:9, 7:9
Jury [2] - 1:11, 8:3
JURY [3] - 1:15, 3:22, 3:24
justice [1] - 7:21

## K

Keeney [3] - 4:18, 4:22, 5:12
KENNEDY [1] - 2:9
Kennedy [1] - 3:12

KEVIN [1] - 1:7
Kevin [11] - 4:20, 4:23, 5:2, 5:4, 5:6, 5:10, 5:14, 5:18, 5:21, 5:25

## L

ladies [1] - 7:14
LAW [3] - 2:4, 2:6, 2:9
legal [3] - 4:10, 4:13, 7:18
LEWIS [1] - 2:15
litigated [1] - 8:24
LLP [1] - 2:15
looks [1] - 8:25
Los [1] - 2:17
loss [2] - 5:18, 5:21
love [2] - 5:18, 5:21

## M

malice [1] - 5:24
MATTER [1] - 10:10
mean [1] - 8:23
meaning [1] - 4:13
million [2] - 5:20, 5:23
MR [13] - 3:11, 3:15, 3:20, 6:6, 7:11, 7:13, 8:7, 8:10, 8:15, 9:3, 9:4, 9:5, 9:6
must [1] - 4:9

## N

negligence [4] - 5:1, 5:6, 8:12, 8:14
negligent [3] - 4:23, 5:4, 5:11
NIEDZIALEK [1] - 1:8
Niedzialek [4] - 4:20, 4:23, 5:4, 5:14
Niedzialek's [7] - 5:2, 5:6, 5:10, 5:18, 5:21, 5:25
Ninth [1] - 8:12
NO [8] - 6:12, 6:15, 6:18, 6:21, 6:24, 7:2, 7:5, 7:8
North [1] - 2:7

## O

Oakland [1] - 2:10
Oaks [1] - 2:7
OF [10] - 1:2, 1:15, 2:4, 2:6, 10:1, 10:6, 10:8, 10:11, 10:15
OFFICE [1] - 2:9
OFFICES [2] - 2:4, 2:6
Official [1] - 1:22

OFFICIAL [3] - 10:1, 10:4, 10:21
once [1] - 7:23
one [1] - 8:5
oppression [1] - 5:25

## P

p.m [1] - 1:18
PAGE [1] - 10:10
paid [1] - 7:16
papers [1] - 8:24
parties [1] - 7:25
Pasadena [1] - 2:8
Pasion [1] - 3:19
past [1] - 5:18
PC [1] - 2:9
people [2] - 7:19, 7:20
percent [4] - 5:12, 5:13, 5:14, 5:15
percentage [1] - 5:9
PHYLLIS [4] - 1:21, 10:4, 10:18, 10:20
plaintiff [5] - 3:12, 4:4, 5:16, 8:5
Plaintiff [2] - 1:9, 2:3
poll [3] - 6:5, 6:6, 6:9
Ponce [1] - 6:9
post [1] - 8:13
post-restraint [1] - 8:13
prepare [1] - 8:6
presence [2] - 3:3, 3:6
present [1] - 3:13
presented [8] - 6:10, 6:13, 6:16, 6:19, 6:22, 6:25, 7:3, 7:6
PRESIDING [1] - 1:5
PRESTON [4] - 1:21, 10:4, 10:18, 10:20
proceedings [1] - 9:7
PROCEEDINGS [2] - 1:15, 10:9
proposed [1] - 8:6
protection [2] - 5:19, 5:22
provided [2] - 4:9, 4:11
PURSUANT [1] - 10:7

## Q

questions [4] - 4:7, 4:10, 4:13, 4:16

## R

reach [1] - 7:21
reached [2] - 3:4, 3:21
read [9] - 4:1, 6:11,

6:14, 6:17, 6:20, 6:23, 7:1, 7:4, 7:7
real [3] - 7:19, 8:25
really [1] - 7:24
REALTIME [1] - 10:4
reason [1] - 7:9
recalling [1] - 3:7
reckless [1] - 5:25
record [2] - 3:10, 8:17
refer [1] - 4:12
REGULATIONS [1] - 10:11
REPORTED [1] - 10:9
Reporter [1] - 1:22
REPORTER [3] - 10:1, 10:5, 10:21
REPORTER'S [1] - 1:15
responsibility [1] - 5:9
restrained [1] - 4:24
restraint [2] - 4:19, 8:13
return [1] - 4:16
rights [1] - 6:1
rise [1] - 8:13
RIVERSIDE [4] - 1:3, 1:11, 3:1
Riverside [3] - 3:8, 3:17, 4:4
riverside [2] - 1:16, 1:23
rulings [1] - 8:18

## S

SAIN [9] - 2:15, 3:15, 6:6, 7:13, 8:7, 8:10, 8:15, 9:3, 9:5
Sain [3] - 3:15, 7:12, 8:8
saw [1] - 7:18
SECTION [1] - 10:7
service [2] - 7:16, 7:20
serving [1] - 8:1
SHERIFF [1] - 1:12
Sheriff [1] - 3:16
SHERIFF'S [1] - 1:11
SHERIFF-CORONER [1] - 1:12
shot [1] - 9:1
sides [3] - 8:23, 8:24, 9:1
signature [1] - 8:6
signed [1] - 6:3
SMITH [1] - 2:15
society [2] - 5:19, 5:22
Sonia [3] - 4:19, 4:23, 5:13
sorry [1] - 8:10
special [2] - 4:6

staff [1] - 7:15
state [1] - 3:9
STATES [4] - 1:1, 10:5, 10:7, 10:12
States [2] - 1:22, 4:2
STENOGRAPHICALLY [1] - 10:9
stenojag@aol.com [1] - 1:24
Street [3] - 1:23, 2:10, 2:16
strive [1] - 8:22
Successor [1] - 1:7
Suite [3] - 2:5, 2:10, 2:16
support [2] - 5:19, 5:23
system [1] - 7:22

## T

term [1] - 4:13
terms [1] - 4:10
THAT [3] - 10:6, 10:7, 10:10
THE [34] - 3:4, 3:7, 3:14, 3:18, 3:21, 3:23, 3:25, 4:2, 6:4, 6:8, 6:10, 6:13, 6:16, 6:19, 6:22, 6:25, 7:3, 7:6, 7:9, 7:12, 7:14, 8:4, 8:8, 8:11, 8:22, 10:5, 10:6, 10:7, 10:8, 10:9, 10:10, 10:11, 10:12
THIS [1] - 10:15
thoughts [1] - 7:24
throughout [1] - 7:19
TITLE [1] - 10:7
TO [1] - 10:7
Tony [1] - 3:15
TONY [1] - 2:15
Tori [1] - 3:16
TORI [1] - 2:16
total [1] - 5:15
TRACY [1] - 1:7
Tracy [3] - 3:8, 4:3, 5:16
TRANSCRIPT [3] - 1:15, 10:8, 10:10
trial [1] - 8:25
Trial [1] - 1:11
TRIAL [1] - 1:15
TRUE [1] - 10:8
Twelfth [1] - 1:23

## U

unanimous [2] - 3:21, 4:9

**unanimously** [1] - 4:15
**under** [1] - 4:16
**uNITED** [1] - 1:1
**UNITED** [3] - 10:5, 10:7, 10:12
**United** [2] - 1:22, 4:2
**unreasonable** [1] - 4:19
**unsure** [1] - 4:12

## V

**verdict** [25] - 3:5, 3:21, 3:23, 4:1, 4:6, 4:8, 4:15, 4:17, 6:10, 6:11, 6:13, 6:14, 6:16, 6:17, 6:19, 6:20, 6:22, 6:23, 6:25, 7:1, 7:3, 7:4, 7:6, 7:7
**vs** [1] - 1:10

## W

**ways** [1] - 7:19
**well-litigated** [1] - 8:24
**West** [1] - 2:16
**WITH** [1] - 10:11
**Woodland** [1] - 2:5