UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 22 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TRACY ALVES, Individually and as Successor in Interest for Kevin R. Niedzialek, deceased,<br><br>   Plaintiff-Appellee,<br><br> v.<br><br>COUNTY OF RIVERSIDE; CHAD BIANCO,<br><br>   Defendants-Appellants,<br><br>and<br><br>SONIA GOMEZ; et al.,<br><br>   Defendants. | No. 23-55532<br><br>D.C. No. 5:19-cv-02083-JGB-SHK<br>Central District of California, Riverside<br><br>ORDER |
| TRACY ALVES, Individually and as Successor in Interest for Kevin R. Niedzialek, deceased,<br><br>   Plaintiff-Appellant,<br><br> v.<br><br>COUNTY OF RIVERSIDE; CHAD BIANCO,<br><br>   Defendants-Appellees,<br><br>and | No. 23-55576<br><br>D.C. No. 5:19-cv-02083-JGB-SHK |

SONIA GOMEZ; et al.,

        Defendants.

Pursuant to the stipulation of the parties (Docket Entry No. 20 in 23-55532), Cross appeal No. 23-55576 is voluntarily dismissed. Fed. R. App. P. 42(b). This order served on the district court acts as the mandate of this court as to cross appeal No. 23-55576 only.

Appeal No. 23-55532 will proceed.

The opening brief for No. 23-55532 was submitted at Docket Entry No. 13. The answering brief is remains due December 26, 2023. The optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT