UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 15 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TRACY ALVES, Individually and as Successor in Interest for Kevin R. Niedzialek, deceased, | No. 23-55532 |
| Plaintiff-Appellee, | D.C. No. 5:19-cv-02083-JGB-SHK Central District of California, Riverside |
| v. | |
| COUNTY OF RIVERSIDE; CHAD BIANCO, | ORDER |
| Defendants-Appellants, | |
| and | |
| SONIA GOMEZ; BRIAN KEENEY; DOES, 3-10, | |
| Defendants. | |

Before: WARDLAW and SANCHEZ, Circuit Judges, and LYNN,[*] District Judge.

The parties should prepare to discuss at oral argument whether, assuming *arguendo* the district court correctly determined that the Defendants are not entitled to the remedy the Defendants seek, that determination is an independent and adequate basis on which the judgment of the district court may be affirmed.

**IT IS SO ORDERED.**

---

[*] The Honorable Barbara M. G. Lynn, United States District Judge for the Northern District of Texas, sitting by designation.