UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 09 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TRACY ALVES, Individually and as Successor in Interest for Kevin R. Niedzialek, deceased,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>COUNTY OF RIVERSIDE and SHERIFF-CORONER CHAD BIANCO,<br><br>    Defendants - Appellants,<br><br>and<br><br>DEPUTY SONIA GOMEZ; et al.,<br><br>    Defendants. | No. 23-55532<br><br>D.C. No. 5:19-cv-02083-JGB-SHK<br>U.S. District Court for Central California, Riverside<br><br>**MANDATE** |

The judgment of this Court, entered April 29, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $24.00.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT