# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY ALVES, Individually and as Successor in Interest for KEVIN R. NIEDZIALEK, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>RIVERSIDE COUNTY, RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, SHERIFF-CORONER CHAD BIANCO, DEPUTY SONIA GOMEZ, DEPUTY BRIAN KEENEY, and DOES 3–10,<br><br>Defendants. | Case No. 5:19-cv-02083-JGB (SHKx)<br><br>*Honorable Jesus G. Bernal*<br>*Mag. Judge Shashi H. Kewalramani*<br><br>**[PROPOSED] ORDER RE: PLAINTIFF'S EX PARTE APPLICATION FOR WRIT OF MANDATE TO COMPEL PAYMENT OF FINAL JUDGMENT (FED. R. CIV. P. 69)** |

The Court, being advised in the premises and for good cause shown, orders:

1. The *ex parte* application for writ of mandate pursuant to Federal Rule of Civil Procedure 69 and California Government Code § 970 is granted.

2. Defendant County of Riverside shall pay Plaintiff on August 29, 2025 the final judgment with all interest accrued as of August 29, 2025, or $1,678,179.93.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Jesus G. Bernal
United States District Judge