**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

**THE LAW OFFICES OF JOHN BURTON**
John Burton (SBN 86029)
jb@johnburtonlaw.com
128 North Fair Oaks Avenue
Pasadena, California 91103
Tel: (626) 449-8300; Fax: (626) 449-8197

**HELM LAW OFFICE, PC**
T. Kennedy Helm, IV, State Bar No. 282319
kennedy@helmlawoffice.com
644 40th Street, Suite 305
Oakland, California 94609
Tel: (510) 350-7517; Fax: (510) 350-7359

Attorneys for Plaintiff Tracy Alves, Individually and as Successor In Interest for Kevin R. Niedzialek, Deceased

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY ALVES, Individually and as Successor in Interest for KEVIN R. NIEDZIALEK, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>RIVERSIDE COUNTY, RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, SHERIFF-CORONER CHAD BIANCO, DEPUTY SONIA GOMEZ, DEPUTY BRIAN KEENEY, and DOES 3–10,<br><br>Defendants. | Case No. 5:19-cv-02083-JGB (SHKx)<br><br>*Honorable Jesus G. Bernal*<br>*Mag. Judge Shashi H. Kewalramani*<br><br>**DECLARATION OF T. KENNEDY HELM, IV IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR WRIT OF MANDATE TO COMPEL PAYMENT OF FINAL JUDGMENT** |

I, T. Kennedy Helm, IV, declare as follows:

1. I am an attorney duly licensed to practice law in the United States District Court for the Central District of California. I am one of the attorneys of record for Plaintiff Tracy Alves in this action. I have personal knowledge of the matters stated herein and would and could testify competently thereto if called. I make this Declaration in Support of Plaintiff's Ex Parte Application for Writ of Mandate to Compel Payment of Final Judgment.

2. Defendants County of Riverside, Sonia Gomez, Brian Keeney, and Sheriff-Coroner Chad Bianco are represented by:

Tony M. Sain
Abigail J.R. McLaughlin
LEWIS BRISBOIS BISGAARD & SMITH LLP
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Tel.: (213) 250-1800
Emails: tony.sain@lewisbrisbois.com
abigail.mclaughlin@lewisbrisbois.com

3. On May 2, 2025, Mr. Burton emailed Mr. Sain and Ms. McLaughlin stating:

> With the judgment affirmed, I suggest that the County pay it quickly, as interest is accruing at $187.98 per day. I've looked up the interest rate (4.53%) and made the calculations in the attached letter based on the assumption that we can receive the check on or about May 12. Please let me know if you find any errors and I will revise the accounting. If payment will be delayed substantially please let us know. Unless the Ninth Circuit outcome is vacated Plaintiff will be entitled to interest through the date payment is ultimately made. We've had this case on our dockets for quite a while and I would hope that we could all put it to rest now that the panel has spoken. Thank you for your prompt attention. John.

4. Attached hereto as **Exhibit 1** is a true-and-correct copy of Mr. Burton's May 2, 2025 letter requesting payment that was attached to the email.

5. On May 5, 2025, Ms. McLaughlin replied by email: "Hi John, We will get back to

1  you on this early next week, but wanted to let you know that you will likely not be
2  receiving the check on or about May 12. Thank you, Abigail."
3      6. Neither I nor Plaintiff's co-counsel hear back from either Ms. McLaughlin or Mr.
4  Sain during the week of May 12, 2025.
5      7. On July 9, 2025, Plaintiff's co-counsel Mr. Burton emailed Mr. Sain and Ms.
6  McLaughlin stating:

> Counsel, please see the attached letter setting forth my calculation that the Judgment will total $1,670,660.73 on July 21. Plaintiff requests that the County tender payment in that amount to my offices no later than the end of this month, as Plaintiff is most anxious to put this sad episode behind her.

    8. Attached hereto as **Exhibit 2** is a true-and-correct copy of Mr. Burton's July 9, 2025 letter requesting payment of $1,670,660.73 by July 21.

    9. On July 15, 2025, not having received any response from either Mr. Sain or Ms. McLaughlin regarding Mr. Burton's July 9 email and letter, I called Ms. McLaughlin and spoke with her by phone. She said that she would be meeting with her client in the next week or so, and would let me know by no later than July 25 regarding payment of the final judgment.

    10. On July 23, 2025, I called Ms. McLaughlin about this matter and left a voicemail.

    11. As of July 25, 2025, Ms. McLaughlin had not returned my call, or otherwise responded.

    12. On August 1, 2025, I left a voicemail with Ms. McLaughlin about this matter.

    13. On August 5, 2025, I e-mailed defense counsel—tony.sain@lewisbrisbois.com abigail.mclaughlin@lewisbrisbois.com–to notify Defendant County of Plaintiff's intention of filing an *ex parte* application requesting the Court issue a writ of mandate to compel payment of the final judgment.

    14. Later on August 5, 2025, Defendant County and its counsel emailed stating that Defendant County is still considering filing a petition for certiorari and will oppose this *ex parte* Application.

15. I declare under penalty of perjury that the foregoing is true and correct, and that this was executed this 5th day of August, 2025, at Oakland, California.

    /s/ *T. Kennedy Helm, IV*

    T. Kennedy Helm, IV