# EXHIBIT 1

# THE LAW OFFICES OF JOHN BURTON

THE MARINE BUILDING
128 NORTH FAIR OAKS AVENUE
PASADENA, CALIFORNIA 91103

ON THE WEB AT
WWW.JOHNBURTONLAW.COM

TELEPHONE: (626) 449-8300
FACSIMILE: (626) 449-4417

WRITER'S E-MAIL:
JB@JOHNBURTONLAW.COM

May 2, 2025

Tony M. Sain, Esq.                              **VIA MAIL AND EMAIL**
Abigail J.R. McLaughlin, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
633 West 5th Street, Suite 4000
Los Angeles, California 90071

   Re:    *Alves v. County of Riverside* – C.D. Cal. Case No. 19-CV-2083-JGB (SHKx)
                       Ninth Cir. Case No. 23-55532

Dear Counsel:

With the judgment affirmed, Plaintiff requests payment. The date of entry is April 12, 2023, making the interest rate 4.53 percent. Interest is accruing at $187.98 per day. The costs on appeal are $24.00. Accordingly, a check tendered May 12 should total:

| | |
|---|---:|
| Judgment | $1,500,000.00 |
| Trial Court Costs | $14,614.69 |
| Interest at 4.53% through May 12, 2025 | $142,863.44 |
| Costs on Appeal | $24.00 |
| **Total Due** | $1,657,502.13 |

Please make the check payable to John Burton Client Trust Account. I will distribute the proceeds to Plaintiff Tracy Alves and all lienholders.

Very truly yours,

John Burton

cc:    Dale G. Galipo, Esq.
        T. Kennedy Helm, IV, Esq.