# EXHIBIT 2

# The Law Offices of John Burton

The Marine Building
128 North Fair Oaks Avenue
Pasadena, California 91103

On the Web at
www.johnburtonlaw.com

Telephone: (626) 449-8300
Facsimile: (626) 449-4417

Writer's E-Mail:
jb@johnburtonlaw.com

July 9, 2025

Tony M. Sain, Esq.
Abigail J.R. McLaughlin, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
633 West 5th Street, Suite 4000
Los Angeles, California 90071

**VIA US MAIL AND EMAIL**

Re: *Alves v. County of Riverside* – C.D. Cal. Case No. 19-CV-2083-JGB (SHKx) and Ninth Cir. Case No. 23-55532

Dear Counsel:

Now that the Ninth Circuit has issued its mandate affirming the judgment, Plaintiff requests payment. The date of entry is April 12, 2023, making the interest rate 4.53 percent. Interest accrues at $187.98 per day. Accordingly, a check tendered July 21 should total:

| | |
|---|---:|
| Judgment | $1,500,000.00 |
| Trial Court Costs | $14,614.69 |
| Interest at 4.53% through July 21, 2025 | $156,022.04 |
| Costs on Appeal | $24.00 |
| **Total Due** | $1,670,660.73 |

Please make the check payable to John Burton Client Trust Account. I will distribute the proceeds to Plaintiff Tracy Alves and all lienholders.

Very truly yours,

John Burton

cc: Dale G. Galipo, Esq.
T. Kennedy Helm, IV, Esq.