**LEWIS BRISBOIS BISGAARD & SMITH LLP**
TONY M. SAIN, SB# 251626
  E-Mail: Tony.Sain@lewisbrisbois.com
ABIGAIL J. R. McLAUGHLIN, SB# 313208
  E-Mail: Abigail.McLaughlin@lewisbrisbois.com
TORI L. N. BAKKEN, SB# 329069
  E-Mail: Tori.Bakken@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants,
COUNTY OF RIVERSIDE and
SHERIFF-CORONER CHAD BIANCO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRACY ALVES, individually and as Successor in Interest for KEVIN R. NIEDZIALEK, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>RIVERSIDE COUNTY, RIVERSIDE SHERIFF'S DEPARTMENT, SHERIFF-CORONER CHAD BIANCO, DEPUTY BRIAN KEENEY, and DOES 3-10,<br><br>Defendants. | Case No. 5:19-CV-02083-JGB-SHK<br>*[Hon. Jesus G. Bernal, District Judge; Hon. Shashi H. Kewalramani, Magistrate Jude]*<br><br>**DECLARATION OF ABIGAIL J. R. MCLAUGHLIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS'** *EX PARTE* **APPLICATION FOR A WRIT OF MANDATE TO COMPEL DEFENDANT RIVERSIDE COUNTY TO PAY JUDGMENT (FED. R. CIV. P. 69)** |

I, Abigail J. R. McLaughlin, declare as follows:

1. I am an attorney duly admitted to practice in all of the courts of the State of California and I am a partner with Lewis Brisbois Bisgaard & Smith LLP, attorneys of record for Defendants COUNTY OF RIVERSIDE and SHERIFF-CORONER CHAD BIANCO (collectively "Defendants") herein. The facts set forth herein are of my own personal knowledge, and if sworn I could and would competently testify thereto.

2. In response to Plaintiffs' first May 2, 2025 request for payment of judgment in this matter, on May 5, 2025, I informed Plaintiffs that they would likely not be receiving a check on or before May 12, 2025, and then subsequently filed the Petition for En Banc Rehearing on May 13, 2025. A true and correct copy of this email correspondence is attached hereto as Exhibit "A".

3. Thereafter, on July 15, 2025, I spoke with Plaintiffs' counsel, Kennedy Helm, via phone about the fact that Defendants had not yet made a decision in regards to timing of payment and stated that defense counsel expected a decision to be made on or about July 25, 2025. When Mr. Helm called me again on July 23, 2025, a decision had not yet been made, so I could not provide a meaningful update.

4. On August 1, 2025, when Mr. Helm called again on this matter, I was in the process of boarding a plane to Utah to visit my newborn nephew, and so I planned to call Mr. Helm to inform them a decision had not yet been made when next available, likely on or about August 5, 2025.

5. However, Plaintiffs' counsel emailed defense counsel about the subject *ex parte* application before I was able to make that call. I responded that (1) lead defense counsel Tony Sain was currently out on vacation and a delay in filing this *ex parte* application until he returned on or about August 11, 2025 would be appreciated; and (2) that Defendants were currently determining next steps as to the judgment in this matter and defense counsel would update Plaintiffs' counsel on any decision, likely before August 31, 2025. A true and correct copy of this email correspondence is attached hereto as Exhibit "B".

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on this 6th day of August, 2025, at Los Angeles, California.

               */s/ Abigail J.R. McLaughlin*
               Abigail J. R. McLaughlin