# EXHIBIT A

## McLaughlin, Abigail

| | |
|---|---|
| **From:** | McLaughlin, Abigail |
| **Sent:** | Monday, May 5, 2025 10:52 AM |
| **To:** | John Burton; Sain, Tony |
| **Cc:** | Dale Galipo; Hang Le; Kennedy Helm |
| **Subject:** | RE: Alves (PC) Payment of Judgment |

Hi John,

We will get back to you on this early next week, but wanted to let you know that you will likely not be receiving the check on or about May 12.

Thank you,

Abigail

**Abigail J. R. McLaughlin** (She/Her)
**Partner**
Los Angeles
213.358.6001 or x2136001

**From:** John Burton <jb@johnburtonlaw.com>
**Sent:** Friday, May 2, 2025 12:50 PM
**To:** Sain, Tony <Tony.Sain@lewisbrisbois.com>; McLaughlin, Abigail <Abigail.McLaughlin@lewisbrisbois.com>
**Cc:** Dale Galipo <dalekgalipo@yahoo.com>; Hang Le <hlee@galipolaw.com>; Kennedy Helm <kennedy@helmlawoffice.com>
**Subject:** Payment of Alves Judgment

> EXTERNAL

Dear Tony and Abigail,

With the judgment affirmed, I suggest that the County pay it quickly, as interest is accruing at $187.98 per day. I've looked up the interest rate (4.53%) and made the calculations in the attached letter based on the assumption that we can receive the check on or about May 12. Please let me know if you find any errors and I will revise the accounting.

If payment will be delayed substantially please let us know. Unless the Ninth Circuit outcome is vacated Plaintiff will be entitled to interest through the date payment is ultimately made. We've had this case on our dockets for quite a while and I would hope that we could all put it to rest now that the panel has spoken.

Thank you for your prompt attention.

John

John Burton
Co-Counsel for Plaintiff
THE LAW OFFICES OF JOHN BURTON
128 North Fair Oaks Avenue
Pasadena, California 91103
jb@johnburtonlaw.com
Tel: (626) 449-8300