# EXHIBIT B

## McLaughlin, Abigail

| | |
|---|---|
| **From:** | McLaughlin, Abigail |
| **Sent:** | Tuesday, August 5, 2025 1:45 PM |
| **To:** | T. Kennedy Helm; John Burton |
| **Cc:** | Sain, Tony; Dale Galipo; Hang Le |
| **Subject:** | RE: Alves (PC) Plaintiff's Ex Parte for Payment of Judgment |

Dear Counsel:

Lead defense counsel Tony Sain is currently on vacation, so we would appreciate it if you would hold off filing this Ex Parte until he returns next week. Additionally, per my call with you a couple of weeks ago, our client is currently determining next steps as to the judgment in this matter and, while I originally believed that a decision would be made on or about July 25, 2025, the decision is still being discussed internally.

Of note, Defendant still has until on or about September 30, 2025 to file a Petition for Writ of Certiorari to the Supreme Court. Thus, any determination on timing of payment of judgment is still being made. We will keep you updated on when a decision will be made, likely before August 31, 2025. I did just speak with my client today on this issue. Thus, we believe it would be in all Parties' interests if Plaintiff holds off on an Ex Parte Application until we are able to inform you of Defendants' decision as to their appeal rights.

That being said, if you proceed with this Ex Parte, we will oppose.

Best,

Abigail

**Abigail J. R. McLaughlin** (She/Her)
**Partner**
Los Angeles
213.358.6001 or x2136001

---

**From:** T. Kennedy Helm <kennedy@helmlawoffice.com>
**Sent:** Tuesday, August 5, 2025 12:28 PM
**To:** John Burton <jb@johnburtonlaw.com>
**Cc:** McLaughlin, Abigail <Abigail.McLaughlin@lewisbrisbois.com>; Sain, Tony <Tony.Sain@lewisbrisbois.com>; Dale Galipo <dalekgalipo@yahoo.com>; Hang Le <hlee@galipolaw.com>
**Subject:** Re: Alves payment of the judgment.

> **EXTERNAL**

Dear Counsel--

Pursuant to L.R. 7-19.1, please find attached Plaintiff's proposed ex parte application to reopen this case and for a writ of mandate to compel payment of the final judgment. Please let us know as soon as possible if Defendant County opposes the application.

Sincerely,

Kennedy Helm
(Co-Counsel for Plaintiff)



**T. Kennedy Helm, IV**
Attorney and Principal, Helm Law Office, PC

T 510-350-7517| kennedy@helmlawoffice.com
www.helmlawoffice.com
MacArthur Annex, 644 40th Street, Suite 305, Oakland, CA 94609

On Wed, Jul 9, 2025 at 10:37 AM John Burton <jb@johnburtonlaw.com> wrote:

> Counsel, please see the attached letter setting forth my calculation that the Judgment will total $1,670,660.73 on July 21. Plaintiff requests that the County tender payment in that amount to my offices no later than the end of this month, as Plaintiff is most anxious to put this sad episode behind her.
>
> John Burton
> Co-Counsel for Plaintiff
> THE LAW OFFICES OF JOHN BURTON
> 128 North Fair Oaks Avenue
> Pasadena, California 91103
> jb@johnburtonlaw.com
> Tel: (626) 449-8300