John Burton, State Bar No. 86029
jb@johnburtonlaw.com
THE LAW OFFICES OF JOHN BURTON
128 North Fair Oaks Avenue
Pasadena, California 91103
Tel: (626) 449-8300

T. Kennedy Helm, IV, State Bar No. 282319
kennedy@helmlawoffice.com
HELM LAW OFFICE
644 40th Street, Suite 305
Oakland, California 94609
Tel: (510) 350-7517

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, State Bar No. 144074
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333

Attorneys for Plaintiff Tracy Alves, Individually and as Successor in Interest for Kevin R. Niedzialek, Deceased

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRACY ALVES, Individually and as Successor in Interest for KEVIN R. NIEDZIALEK, deceased,<br><br>Plaintiff,<br><br>v.<br><br>RIVERSIDE COUNTY, RIVERSIDE SHERIFF'S DEPARTMENT, SHERIFF-CORONER CHAD BIANCO, DEPUTY SONIA GOMEZ, DEPUTY BRIAN KEENEY, and DOES 3-10,<br><br>Defendants. | Case No. 19-CV-2083-JGB-SHK<br><br>**NOTICE OF RESOLUTION OF EX PARTE REQUEST** |

TO THE HONORABLE COURT:

The parties appear to have resolved the subject matter of the ex parte application Plaintiff filed last week and no Court action is required at this time.

Plaintiff anticipates filing a satisfaction of judgment within thirty days, which will resolve all pending matters in this Court.

The parties respectfully request that the Court take no action on the ex parte application at this time, and will notify the Court in the unexpected event that the status changes.

Respectfully submitted,

Dated: August 11, 2025

THE LAW OFFICES OF JOHN BURTON
LAW OFFICES OF DALE K. GALIPO
HELM LAW OFFICE

By: _____/s/ John Burton_____
John Burton
Attorneys for Plaintiff